1  Victoria Tenisha Shanae Dillihunt (Full Name)

2  dillihuntvictoria@yahoo.com (Email Address)

3  12035 S Broadway # K  Homeless this is old address (Address Line 1)

4  Los Angeles CA, 90061 (Address Line 2)

5  No Phone (Phone Number)

6  Plaintiff in Pro Per

7

**FILED**
CLERK, U.S. DISTRICT COURT

1/12/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CS _____ DEPUTY

8  ### UNITED STATES DISTRICT COURT

9  ### CENTRAL DISTRICT OF CALIFORNIA

10  CV24-363-WLH(KSx)

11  Victoria Tenisha Shanae Dillihunt ,    **Case No.**: _____
                                            (To be supplied by the Clerk)

12  Plaintiff,

13  vs.

14  **Catholic Health Association**    **Civil Rights Complaint Pursuant to**

15  **Santa Ana, CA**    **42 U.S.C. § 1983 (non-prisoners)**

16  **Joel and Victoria Osteen**

17  **Scottish Rites of Freemasonry**    **Jury Trial Demanded**:  ☒Yes ☐ No

18  Defendant(s).

19

20  *(All paragraphs and pages must be numbered.)*

21  ## I. JURISDICTION

22  1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23  Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25  ## II. VENUE

26  2. Venue is proper pursuant to 28 U.S.C. § 1391 because _____ The situation took

27  place in County of plaintiff's residence _____

28  _____

*Form prepared by Public Counsel. © 2010, 2023 Public Counsel. All rights reserved. Revised: October 2023*

1
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

### Congressional Record--Appendix, pp. A34-A35
### Current Communist Goals

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

*Mr. HERLONG.* Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

### CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

15. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

17. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

19. Use student riots to foment public protests against programs or organizations which are under Communist attack.

20. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.



21. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

24. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

25. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

26. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

27. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

28. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

29. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

30. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture--education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

36. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

40. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

42. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.



### III. PARTIES

3.     Plaintiff _____ Victoria Tenisha Shanae Dillihunt _____ resides at:

*(your full name)*

12035 S. Broadway #K _____

Los Angeles CA, 90061 _____.

*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _____ Catholic Health Association of the United States of America _____ works at

*(full name of Defendant)*

_____ 1625 Eye Street NW Suite 550 Washington DC 20006 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ President Sr. Mary Haddad _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because: defendant is a part of

the charades of witchcraft. Ex: This is hypocrisy because they started off

poisoning us so now its ALL PROFIT and they pretend to be helping us.

5. Defendant _____ Santa Ana _____ works at

*(full name of Defendant)*

_____ 22 Civic Center Plaza, Santa Ana, CA 92701 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Mayor Valerie Amezcua _____.

.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because: defendant is a part of

the charades of witchcraft. Ex: Santa(Satan) Ana(St. Anne) patron saint of

unmarried women, housewives, women who want to be pregnant.

**4**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _Joel and Victoria Osteen_____ works at
2   *insert ¶ #*                    *(full name of Defendant)*
    _3700 Southwest Freeway  Houston Texas_____
3                                   *(Defendant's place of work)*
4
5   Defendant's title or position is _Lakewood Church_____
6                                   *(Defendant's title or position at place of work)*

    This Defendant is sued in his/her (check one or both):
7
        ☐ individual capacity          ☒ official capacity
8
9   This Defendant was acting under color of law because _defendant is_
10  _a part of another persons charades of witchcraft_____
11
12  _____
13
14
15
16  ___. Defendant _Scottish Rite of Freemasonry_____ works at
17  *insert ¶ #*                    *(full name of Defendant)*
    _3800 N. Charles St. Baltimore MD 21218_____
18                                   *(Defendant's place of work)*
19
20  Defendant's title or position is _Freemasons_____
21                                   *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity          ☒ official capacity
25  This Defendant was acting under color of law because _defendant is a_
26  _part of charades of witchcraft_____
27
28

⑤
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1     ___. Defendant <u>Cathedral of Christ the King (Atlanta)</u>   works at
         Insert ¶ #                   (full name of Defendant)

2 <u>2699 Peachtree Road NE Atlanta, Georgia</u>
3                      (Defendant's place of work)

4

5 Defendant's title or position is <u>Roman Catholic (Mother Church)</u>
                                       (Defendant's title or position at place of work)

6

7 This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity                ☒ official capacity

9

10 This Defendant was acting under color of law because <u>defendant is part of the</u>

11 <u>charades of witchcraft. Ex: the defendant is the mother church in Georgia</u>

12 <u>which is the backdoor of Roman Catholics attempting to deceive with</u>

13 <u>their systematic witchery to attempt to stop Jesus Christ of Nazareth from</u>
<u>coming forth.</u>

14

15

16     ___. Defendant <u>Sveriges Riksbank</u>        works at
17          Insert ¶ #                   (full name of Defendant)

18 <u>Brunkebergstorg 11, 103 37 Stockholm Sweden</u>
19                    (Defendant's place of work)

20 Defendant's title or position is <u>Central Bank (Europe)</u>
21                                  (Defendant's title or position at place of work)

22

23 This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity                ☒ official capacity

25 This Defendant was acting under color of law because <u>defendant is part of the</u>

26 <u>charades of witchcraft. Ex: The $100 dollar bill was created in 1861.</u>

27 <u>This is what makes the $100 dollar bill with Benjamin Franklin on it</u>

28 <u>to be marked because 1861 is the mark of the beast (actually that includes</u>
<u>ANY $100 dollar bill from any currency)</u>

                          6
                        Page Number



1   \_\_. Defendant China Resources Holdings Company Limited works at
2   Insert ¶ #        *(full name of Defendant)*
3   2666 Keyuan South Road, Nanshan District, Shenzhen, Guangdong, China
                        *(Defendant's place of work)*
4
5   Defendant's title or position is Chairman Fu Yuning
6                                           *(Defendant's title or position at place of work)*
7   This Defendant is sued in his/her (check one or both):
8       ☐ individual capacity              ☒ official capacity
9
10  This Defendant was acting under color of law because defendant is a part of
11  the charades of witchcraft. Ex: Defendant helped set up America
12  in order to attempt to rise and establish Communism however
13  everything comes from the Word of God so that means everything
14  China has is stolen Goods since they chose to Denounce Jesus Christ
    of Nazareth. All CRH subsidiaries are subject to this claim.
15
16  \_\_. Defendant World Bank                                    works at
17  Insert ¶ #        *(full name of Defendant)*
18  1818 H Street Northwest, Washington DC
                        *(Defendant's place of work)*
19
20  Defendant's title or position is President Ajay Banga
21                                           *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity              ☒ official capacity
25  This Defendant was acting under color of law because defendant is a part of
26  the charades of witchcraft. Ex: Using witchcraft to play favoritism
27  while impovering other individuals that stored as employees for
28  many companies to make them rich as they stole from God and placed
    their name on it. In 1666 is when the European Bank created the
    100 Dollar Bill and 1666 is the Page Number number of the Beast which would
    symbolize Benjamin Civil Rights Complaint Pursuant to U.S.C. § 1983 Franklin & it was Charles
    the Great who was King of franks before he got crowned Emperor of Rome.

1 \_\_\_\_. Defendant Federal Reserve Bank of Boston \_\_\_\_\_ works at

Insert ¶ # *(full name of Defendant)*

2
3 6065 Atlantic Avenue Boston, MA 02210

*(Defendant's place of work)*

4
5 Defendant's title or position is CEO: Susan M. Collins \_\_\_\_\_

6 *(Defendant's title or position at place of work)*

7 This Defendant is sued in his/her (check one or both):

8 ☐ individual capacity          ☒ official capacity

9 This Defendant was acting under color of law because defendant is a part of

10 the charade of witchcraft. Ex: In 1661 Sweden was the first to print

11 banknotes. 1661 is mark of beast and it was a 100 daler

12 note that was printing representing today's Benjamin Franklin

13
14
15
16 \_\_\_\_. Defendant Federal Reserve Bank of New York \_\_\_\_\_ works at

17 Insert ¶ # *(full name of Defendant)*

18 33 Liberty Street New York, NY 10045

*(Defendant's place of work)*

19
20 Defendant's title or position is President: John C. Williams

21 *(Defendant's title or position at place of work)*

22
23 This Defendant is sued in his/her (check one or both):

24 ☐ individual capacity          ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part of the

26 charade of witchcraft. Ex: In 1661 Sweden was the first to print

27 banknotes. 1661 is mark of beast and it was a 100 daler note

28 that was printed which now represents today's Benjamin Franklin

8

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
 . Defendant _Federal Reserve Bank of Philadelphia_ works at

Insert ¶ # _(full name of Defendant)_

2
3
_Ten Independence Mall, Philadelphia, PA 19106_

_(Defendant's place of work)_

4
5
Defendant's title or position is _President : Patrick T. Harker_

_(Defendant's title or position at place of work)_

6
7
This Defendant is sued in his/her (check one or both):

8
☐ individual capacity     ☒ official capacity

9
10
This Defendant was acting under color of law because _defendant is a part of_

_the charade of witchcraft._

11
12
13
14
15
16
17
 . Defendant _Federal Reserve of Cleveland_ works at

Insert ¶ # _(full name of Defendant)_

18
_1455 East Sixth St. Cleveland, OH 44114_

_(Defendant's place of work)_

19
20
Defendant's title or position is _President : Loretta J. Mester_

_(Defendant's title or position at place of work)_

21
22
23
This Defendant is sued in his/her (check one or both):

24
☐ individual capacity     ☒ official capacity

25
This Defendant was acting under color of law because _defendant is a part of the_

26
_charade of witchcraft._

27
28

9

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Federal Reserve of Richmond_ works at

_Insert ¶ #_ _____ *(full name of Defendant)*

2    _701 East Byrd Street, Richmond, VA   232.19_

3    _____ *(Defendant's place of work)*

4

5    Defendant's title or position is _CEO: Thomas I. Barkin_

_____ *(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

8    ☐ individual capacity          ☒ official capacity

9

This Defendant was acting under color of law because _defendant is a part of_

10   _the charade of witchcraft._

11   _____

12   _____

13   _____

14

15

16   ___. Defendant _Federal Reserve of Atlanta_ works at

17   _Insert ¶ #_ _____ *(full name of Defendant)*

18   _1000 Peachtree Street NE, Atlanta GA 30309_

19   _____ *(Defendant's place of work)*

20   Defendant's title or position is _President : Raphael W. Bostic_

21   _____ *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24   ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because _defendant is a part of the_

26   _charade of witchcraft._

27   _____

28   _____

10

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
2  Defendant _Federal Reserve Bank of Chicago_ works at
   *(full name of Defendant)*

3  _230 South LaSalle Street, Chicago, IL 60604_
   *(Defendant's place of work)*

4
5  Defendant's title or position is _President: Austan D. Goolsbee_
   *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7
8      ☐ individual capacity                    ☒ official capacity

9  This Defendant was acting under color of law because _defendant is a part of_
10 _the charade of witchcraft._
11
12
13
14
15
16
17 Defendant _Federal Reserve Bank of St. Louis_ works at
   *(full name of Defendant)*

18 _One Federal Reserve Bank Plaza, Broadway and Locust Streets, St. Louis, MO 63102._
   *(Defendant's place of work)*

19
20 Defendant's title or position is _Interim President: Kathleen O'Neil Paese_
21 *(Defendant's title or position at place of work)*

22
23 This Defendant is sued in his/her (check one or both):

24     ☐ individual capacity                    ☒ official capacity

25 This Defendant was acting under color of law because _defendant is a part of the_
26 _charade of witchcraft._
27
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
2
3
___. Defendant _Federal Reserve Bank of Minneapolis_ works at
(insert ¶ #)                                (full name of Defendant)
_90 Hennepin Avenue, Minneapolis  MN  55401_
                                (Defendant's place of work)

5
6
Defendant's title or position is _President: Neal Kashkari_
                                (Defendant's title or position at place of work)

7
8
This Defendant is sued in his/her (check one or both):
        ☐ individual capacity                ☑ official capacity

9
10
11
This Defendant was acting under color of law because _defendant is a part of_
_the charade of witchcraft._

12
13
14
15
16
17
18
19
___. Defendant _Federal Reserve Bank of Kansas City_ works at
(insert ¶ #)                                (full name of Defendant)
_1 Memorial Dr, Kansas City, MO 64198_
                                (Defendant's place of work)

20
21
22
Defendant's title or position is _President: Jeffrey R. Schmid_
                                (Defendant's title or position at place of work)

23
24
This Defendant is sued in his/her (check one or both):
        ☐ individual capacity                ☑ official capacity

25
26
27
28
This Defendant was acting under color of law because _defendant is a part of the_
_charade of witchcraft._

12
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  Defendant _Federal Reserve Bank of Dallas_ works at
2  _Insert ¶ #_  _(full name of Defendant)_
3  _2200 North Pearl Street, Dallas TX 75201_
   _(Defendant's place of work)_
4
5  Defendant's title or position is _CEO: Lorie R. Logan_
6  _(Defendant's title or position at place of work)_
7  This Defendant is sued in his/her (check one or both):
8  ☐ individual capacity          ☒ official capacity
9
   This Defendant was acting under color of law because _defendant is a part of_
10 _the charade of witchcraft._
11
12
13
14
15
16  Defendant _Federal Reserve Bank of San Francisco_ works at
17  _Insert ¶ #_  _(full name of Defendant)_
18  _101 Market Street, San Francisco CA 94105_
    _(Defendant's place of work)_
19
20  Defendant's title or position is _President: Mary C. Daly_
21  _(Defendant's title or position at place of work)_
22
23  This Defendant is sued in his/her (check one or both):
24  ☐ individual capacity          ☒ official capacity
25  This Defendant was acting under color of law because _defendant is a part of the_
26  _charade of witchcraft._
27
28

13
_Page Number_

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ____. Defendar. _Genesis Limousine Service_____ works at

2 *Insert ¶ #*    (full name of Defendant)

17725 John F. Kennedy Blvd #206 Houston TX 77032

3    (Defendant's place of work)

4

5 Defendant's title or position is _Limo Service_____

    (Defendant's title or position at place of work)

6 This Defendant is sued in his/her (check one or both):

7 ☐ individual capacity        ☑ official capacity

8

9 This Defendant was acting under color of law because defendant used

10 in another parties charade of witchcraft. Ex: Genesis

11 is the 1st Book in the Bible so how is it a limousine Service unless somebody is driving

12 my story other than me + John F. Kennedy was the 1st Catholic President of the USA which

13 also proves whose perverting my story, chauffeuring me around, and collecting money

14 for prostituting my life story like they're my pimp.

15

16 ____. Defendant _Ice Cube )O'Shea Jackson Sr_____ works at

17 *Insert ¶ #*    (full name of Defendant)

18 2049 Century Park East, Suite 2550, Century City CA 90067

    (Defendant's place of work)

19

20 Defendant's title or position is _Artist | Actor_____

21    (Defendant's title or position at place of work)

22

23 This Defendant is sued in his/her (check one or both):

24 ☐ individual capacity        ☑ official capacity

25 This Defendant was acting under color of law because defendant used

26 in another parties charade of witchcraft. Ex: ICE CUBE

27 Symbolizes ICE = immigration & CUBE = BOX meaning boxed in by immigrants (or

28 surrounded by immigrants). Also, ICE = immigration & cube = cell & ICE CUBE is BLACK

meaning immigration lock up black! Finally, ICE CUBE = Eyes CUBE! Being
• Watched!

____14____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant  Hamm, Germany                                works at
     Insert ¶ #              (full name of Defendant)
2
3    Theodor-Heuss-Platz 16, 59065 Hamm
                                    (Defendant's place of work)
4
5    Defendant's title or position is  Lord Mayor: Marc Herter
                                           (Defendant's title or position at place of work)
6
7    This Defendant is sued in his/her (check one or both):
8            ☐ individual capacity              ☒ official capacity
9
10   This Defendant was acting under color of law because defendant is a part of
11   the charades of witchcraft. Ex: The Roman Catholic church is the
12   main operator of the war between Israel and Hamas. The same way
13   they allowed Nazis to kill Jews as they sat and watched. Well, here we have the
     same situation going on again. This goes to show you that the Muslims belong
14   to the Catholic church and are a weapon used against the chosen ones in order
     to bully, intimidate, or force their will upon the real tribes of Israel. Ex: Drugs,
15   movies, etc. which have been weapons of warfare stemmed from Germany. So Hamm is
     Germany & Math which makes Islam (Hamas) into I-slam (needles/points & drugs)
16
17   ___. Defendant  Venerable Patriarchal Church of Saint George  works at
     Insert ¶ #                (full name of Defendant)
18   Hawiz Sultan Selim, Dr. Sadik Ahmet Cad. No. 19, 34083 Fatih-Istanbul, Turkey.
                                    (Defendant's place of work)
19
20   Defendant's title or position is Archbishop: Bartholomew I of Constantinople
21                                       (Defendant's title or position at place of work)
22
23   This Defendant is sued in his/her (check one or both):
24           ☐ individual capacity              ☒ official capacity
25   This Defendant was acting under color of law because defendant is a part of
26   the charades of witchcraft. Ex:
27
28

                                    15
                                Page Number

                    Civil Rights Complaint Pursuant to U.S.C. § 1983

Defendant Deutsche Grammophon works at

Insert ¶ #

(full name of Defendant)

Stralauer Allee 1, 10245 Berlin, Germany

(Defendant's place of work)

Defendant's title or position is President: Frank Briegmann

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity   ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

Defendant BeeHive Records LLC works at

Insert ¶ #

(full name of Defendant)

514 N. Poplar St. Johnson City, TN 37604

(Defendant's place of work)

Defendant's title or position is _____

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity   ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft

16

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant United States Postmaster General _____ works at
   Insert ¶ #                    (full name of Defendant)
2
3  475 L'Enfant Plaza SW, Washington D.C. 20260
                    (Defendant's place of work)
4
5  Defendant's title or position is CEO: Louis DeJoy
                              (Defendant's title or position at place of work)
6
7  This Defendant is sued in his/her (check one or both):
8        ☐ individual capacity            ☒ official capacity
9
10 This Defendant was acting under color of law because defendant is a part of
   the charade of witchcraft. Ex: First Postmaster General was Benjamin
11
12 Franklin in 1775. Frank, Francis, etc is key to this claim also
13 Joy is in Louis DeJoy name & that's a fruit of the spirit.
14
15
16
17 ___. Defendant Pennsylvania House of Representatives _____ works at
   Insert ¶ #                    (full name of Defendant)
18 Have Box 202220 Harrisburg, PA 17120
                    (Defendant's place of work)
19
20 Defendant's title or position is At: Speaker Joanna McClinton
21                            (Defendant's title or position at place of work)
22
23 This Defendant is sued in his/her (check one or both):
24        ☐ individual capacity            ☒ official capacity
25 This Defendant was acting under color of law because defendant is a part of the
26 charade of witchcraft. Ex: Benjamin Franklin was in this position
27 from May 1764 - October 1764
28

17
Page Number

1   _____ . Defendant _Ambassador of the United States of America to France_ works at
    *Insert ¶ #*                    *(full name of Defendant)*
2   _41 Rue du Faubourg Saint Honore, 75008 Paris, France_
3                                   *(Defendant's place of work)*

4

5   Defendant's title or position is _Incumbent: Denise Bauer_
6                                    *(Defendant's title or position at place of work)*

7   This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity              ☒ official capacity

9

10  This Defendant was acting under color of law because _defendant is a part of_
    _the charade of witchcraft. Ex: Last place holder for this position_
11
    _was Benjamin Franklin._
12

13  _____

14

15

16  _____ . Defendant _Ambassador of the United States to Sweden_ works at
17  *Insert ¶ #*                    *(full name of Defendant)*
    _Dag Hammarskjölds Väg 31, SE-115 89 Stockholm_
18                                  *(Defendant's place of work)*
19

20  Defendant's title or position is _Incumbent: Erik Ramanathan_
21                                   *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity              ☒ official capacity

25  This Defendant was acting under color of law because _defendant is a part of the_
26  _charade of witchcraft. Ex: Benjamin Franklin was the last place_
27  _holder of this position._

28  _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Corona "A" Station Post Office ___ works at
2   *Insert ¶ #*          *(full name of Defendant)*
3   103-28 Roosevelt Ave Queens NY 11368 ___
                         *(Defendant's place of work)*

5   Defendant's title or position is Supervisor or Francisco Moya
                                   *(Defendant's title or position at place of work)*

7   This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity          ☒ official capacity

9   This Defendant was acting under color of law because defendant is a part of
10  the charades of witchcraft. Ex: Corona means crown in spanish. So
11  Crowning the Post office is like saying Royal mail of Queens.

16  ___. Defendant Congregation Tifereth Israel ___ works at
17  *Insert ¶ #*          *(full name of Defendant)*
18  10920 55th Ave, Queens, NY 11368 ___
                         *(Defendant's place of work)*

20  Defendant's title or position is Orthodox Judaism
                                   *(Defendant's title or position at place of work)*

23  This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because defendant is a part of
26  the charades of witchcraft. Ex: This is a backdoor way of the
27  Secular world making it seem like they're the real bride
28  because NY is city of gods & Israel represents the bride of Christ.

19
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

___ Defendant Hakeem Seriki (Chamillionaire) ___ works at
*Insert ¶ #*  *(full name of Defendant)*

Roadway Productions, LLC, PO Box 955, Manchaca, TX, 78652.
*(Defendant's place of work)*

Defendant's title or position is Artist
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity           ☒ official capacity

This Defendant was acting under color of law because defendant is part of the charades of witchcraft. Ex: Cha can be short for Charles The Great crowned the roman emperor

___ Defendant Trinidad James ___ works at
*Insert ¶ #*  *(full name of Defendant)*

1692 Springer St NW, Atlanta, Georgia 30318
*(Defendant's place of work)*

Defendant's title or position is Think It's A Game Record label Artist
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity           ☒ official capacity

This Defendant was acting under color of law because defendant is part of the Charades of witchcraft. Ex: Nicki Minaj is from Trinidad and Tobago so you would symbolize her other part when it comes to their sorcery

20
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  . Defendant Father Francesco Patton _____ works at

*Insert ¶ #*  *(full name of Defendant)*

2

3  Saint Saviour Monastery, 1 Saint Francis Street, P.O.B. 186, 9100101 Jerusalem.

*(Defendant's place of work)*

4

5  Defendant's title or position is Custos of the HolyLand

*(Defendant's title or position at place of work)*

6

7  This Defendant is sued in his/her (check one or both):

   ☐ individual capacity                    ☒ official capacity

8

9  This Defendant was acting under color of law because the defendant is

10 the alleged gatekeeper however it's the church that he belongs

11 to that is the main person (organization) behind Israel

12 getting hit by Hamas. "FRANKS" represent the Beast

13

14

15

16  . Defendant Cincinnati Reds _____ works at

*Insert ¶ #*  *(full name of Defendant)*

17

18 100 JOE NUXHALL WAY CINCINNATI, OH 45202

*(Defendant's place of work)*

19

20 Defendant's title or position is Baseball

*(Defendant's title or position at place of work)*

21

22

23 This Defendant is sued in his/her (check one or both):

24    ☐ individual capacity                   ☒ official capacity

25 This Defendant was acting under color of law because defendant is

26    part of the spell. Ex: Sin+Sin+nation + Reds = Cin - Cinn Noti. Reds

27

28

21

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  Defendant _Lake Charles, Louisiana_ works at
   Insert ¶ #                 *(full name of Defendant)*
2  _1015 Pithon St, Lake Charles, Louisiana 70601_
                       *(Defendant's place of work)*
3
4
5  Defendant's title or position is _Mayor (Re: Nicholas E. Hunter)_
                                    *(Defendant's title or position at place of work)*
6  This Defendant is sued in his/her (check one or both):
7
           ☐ individual capacity          ☒ official capacity
8
9  This Defendant was acting under color of law because _defendant is a_
10 _part of the charades of witchcraft_
11
12 _____
13
14
15
16  Defendant _Old Cathedral of St. Mary of the Immaculate Conception_ works at
    Insert ¶ #                        *(full name of Defendant)*
17
18 _660 California Street, San Francisco CA_
                    *(Defendant's place of work)*
19
20 Defendant's title or position is _Catholic Church (Re: Pualist Fathers)_
                                   *(Defendant's title or position at place of work)*
21
22
23 This Defendant is sued in his/her (check one or both):
24         ☐ individual capacity          ☒ official capacity
25 This Defendant was acting under color of law because _defendant is a part_
26 _of the charades of witchcraft, Example: Mary is the mother of_
27 _Jesus Christ of Nazareth. Mary is dead so canonizing her as a Saint is_
28 _only witchcraft because your summoning the dead. Dead cannot produce_
   _Pure Conception so this is deception however it can bring forth more_
   _demons & that isnt right!_    __22__
                                  Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1. ___. Defendant Katerina Sakellaropoulou works at
   *Insert ¶ #*                  *(full name of Defendant)*
   1st Vas. Sofias Ave 106 71 Athens Greece
   *(Defendant's place of work)*

Defendant's title or position is President or Foreign Affairs.
   *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because the defendant deals with the affairs pertaining to Greece and it's Greece where the ancient temples of pagan gods are located.

___. Defendant Luis Abinader works at
   *Insert ¶ #*                  *(full name of Defendant)*
   Palacio Nacional, AvMexico esq. Dr. Delgado, Gascue, Santo Domingo, Republic Dominicana
   *(Defendant's place of work)*

Defendant's title or position is President of Dominican Republic.
   *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because the defendant is the president of Dominican Republic which also has to do with the enemy using witchcraft to try and take possession of the Kingdom of Heaven by knowing through witchcraft what bloodline the chosen seed would come from.

23
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Florence Leontine Mary Welch   works at
2   Insert ¶ #                 (full name of Defendant)
    9601 Wilshire Blvd, 3rd floor, Beverly Hills CA 90210
3                           (Defendant's place of work)
4
5   Defendant's title or position is   Artist
6                                     (Defendant's title or position at place of work)
    This Defendant is sued in his/her (check one or both):
7
8       ☐ individual capacity              ☒ official capacity
9
    This Defendant was acting under color of law because defendant is a
10
    songwriter of the indie rock band Florence and the Machine
11
    which is a part of another parties charades of witchcraft
12
13
14
15
16  ___. Defendant Isabella Janet Florentina Summers   works at
17  Insert ¶ #                 (full name of Defendant)
    2100 Colorado Ave, Santa Monica CA 90404
18                           (Defendant's place of work)
19
20  Defendant's title or position is   Artist
21                                    (Defendant's title or position at place of work)
22
    This Defendant is sued in his/her (check one or both):
23
24      ☐ individual capacity              ☒ official capacity
    This Defendant was acting under color of law because defendant is a song-
25
    writer of the indie rock band Florence and the Machine which
26
    is a part of another parties charades of witchcraft
27
28

                        24
                    Page Number

            Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant  U.S. ARMY                                    works at
   *Insert ¶ #*           *(full name of Defendant)*
2  1400 Martin Road Redstone Arsenal, AL 35898
3                              *(Defendant's place of work)*

4

5  Defendant's title or position is  IMCOM Directorate - Sustainment
                                     *(Defendant's title or position at place of work)*
6  This Defendant is sued in his/her (check one or both):

7       ☐ individual capacity              ☒ official capacity

8

9  This Defendant was acting under color of law because  defendant is a
10 part of the charade of witchcraft

11

12

13

14

15

16  ___. Defendant  Ray Charles                               works at
    *Insert ¶ #*           *(full name of Defendant)*
17
18  2107 W. Washington Blvd, Los Angeles, CA  90018
                              *(Defendant's place of work)*
19

20  Defendant's title or position is  The Ray Charles Foundation
                                     *(Defendant's title or position at place of work)*
21

22

23  This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity              ☒ official capacity

25  This Defendant was acting under color of law because  defendant is a
26  part of the charade of witchcraft. Ex: Ray Charles symbolizes
27  being Blind and can't see. Most blind people use a blind guide (person/pet), a
28  white cane (mobility stick)(created by James Biggs from Bristol England in 1921 then in 1931 in
    France Guilly d' Herbemont launched a national white stick movement for blind people)

                              25
                         *Page Number*

                Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant **Lionel Richie** works at
2 Insert ¶ #                (full name of Defendant)
3 1755 Broadway, New York, NY
                    (Defendant's place of work)

5 Defendant's title or position is **Motown Records**
                            (Defendant's title or position at place of work)

6 This Defendant is sued in his/her (check one or both):

7 ☐ individual capacity          ☑ official capacity

9 This Defendant was acting under color of law because defendant is caught
10 in a charade of witchcraft. Ex: Lionel Richie symbolize Lion + Rich
11 meaning Rich Lion but since its a twisted truth that would
12 not represent the Lion of Judah however in astrology LEO sign is a Lion just like The
13 Lion King really is The LYING KING (false prophets, witches, etc getting RICH off Lies)

16 ___. Defendant **Redman** works at
17 Insert ¶ #                (full name of Defendant)
18 2220 Colorado Ave Santa Monica
                    (Defendant's place of work)

20 Defendant's title or position is **Shady Records**
                            (Defendant's title or position at place of work)

23 This Defendant is sued in his/her (check one or both):

24 ☐ individual capacity          ☑ official capacity

25 This Defendant was acting under color of law because defendant is caught
26 in a charade of witchcraft. Ex: Shady means shade (secrecy or concealment),
27 dishonest, unethical, or untrustworthy. Records means to set down in writing, furnish written
28 evidence, & to store sounds or moving pictures using electric equipment. Redman symbolizes
   ①Blood man, ② Red Dragon (Revelation 12:2 & Revelation 13:11 = two horns like a lamb but spoke
   as a dragon.                                                              meaning its a
                    Red Dragon Page Number   26                               : GOAT

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  __ Defendant  Queen Band                                    works at
   *Insert ¶ #*        *(full name of Defendant)*
2  P.O. Box 141, West Horsley, Surrey, KT24 9AJ, UK
3                           *(Defendant's place of work)*
4
5  Defendant's title or position is Band (The Official International Queen Fan Club)
6                                      *(Defendant's title or position at place of work)*
7  This Defendant is sued in his/her (check one or both):
8        ☐ individual capacity            ☒ official capacity
9
10 This Defendant was acting under color of law because defendant is a part of
11 the charades of witchcraft #1 by being men while being labeled
12 Queen (mocking my beliefs), #2 Queen Band symbolize transgender (Dionysus)
13 and gay marriage worship #3 being located in Surrey not like Compton (where I was born
   in US. Compton)
14 + their fan club mail is in W. Horsley, Surrey which symbolize making me House,
15 or a horse/whore = Whore on beach (witchcraft)(Backdoor rapping me spiritually +
   blackmailing me to be who I am not while stealing my place.
16
17 __ Defendant  Smokey Robinson                               works at
   *Insert ¶ #*        *(full name of Defendant)*
18 10585 Santa Monica Blvd Los Angeles CA 90025
19                           *(Defendant's place of work)*
20
21 Defendant's title or position is Artist
22                                      *(Defendant's title or position at place of work)*
23 This Defendant is sued in his/her (check one or both):
24       ☐ individual capacity            ☒ official capacity
25 This Defendant was acting under color of law because defendant is caught
26 in a charade of witchcraft. Ex Smokey Robinson symbolize
27 Smokey + Robbing + son = Drug dealers stealing from Jesus Christ
28 of Nazareth by using the Bible to build their backdoor empire to steal
   the wealth out the people's souls, then get them hooked on drugs which is a
   double score for Anti Christ!  27  *Page Number*

1    _____. Defendant  *Planet Fitness*  works at
2    Insert ¶ #                    (full name of Defendant)
3    4 Liberty Ln W, Hampton, NH 03842-1704
                    (Defendant's place of work)
4
5    Defendant's title or position is CEO: Christopher Rondeau
6                                          (Defendant's title or position at place of work)
7    This Defendant is sued in his/her (check one or both):
8         ☐ individual capacity          ☒ official capacity
9
10   This Defendant was acting under color of law because defendant is a part of
11   the charade of witchcraft.
12   _____
13   _____
14
15
16   _____. Defendant  *Dominoes Pizza*  works at
17   Insert ¶ #                    (full name of Defendant)
18   30 Frank Lloyd Wright Drive, Ann Arbor, MI, 48105
                    (Defendant's place of work)
19
20   Defendant's title or position is CEO: J. Patrick Doyle & Vice President Scott R Hinshaw
21                                          (Defendant's title or position at place of work)
22
23   This Defendant is sued in his/her (check one or both):
24        ☐ individual capacity          ☒ official capacity
25   This Defendant was acting under color of law because defendant is a part of the
26   charade of witchcraft.
27   _____
28   _____

                        28
                    Page Number

        Civil Rights Complaint Pursuant to U.S.C. § 1983

1  . Defendant <u>Christian Church (Disciples of Christ)</u> works at
*Insert ¶ #*                    *(full name of Defendant)*

2  <u>1293 Orange Grove Rd Charleston SC 29407</u> .
                    *(Defendant's place of work)*

5  Defendant's title or position is <u>Religious Church Pastor</u>
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because <u>the defendant is</u>
<u>caught up in the web of witchcraft when it comes to</u>
<u>having saints in your church.</u>

16  . Defendant <u>The Church of England</u> works at
*Insert ¶ #*          *(full name of Defendant)*

<u>Church House, 31 Great Smith St, London SW1P 3AZ, United Kingdom</u> .
                    *(Defendant's place of work)*

Defendant's title or position is <u>The Church Commissioners for England</u>
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because <u>the defendant has</u>
<u>partaken is the charades of misleading others behind another</u>
<u>parties sorcery</u>

<u>29</u>
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant _City of Kirksville_ works at
2  _Insert ¶ #_  _(full name of Defendant)_
3  _201 South Franklin Street Kirksville, MO 63501_
   _(Defendant's place of work)_
4
5  Defendant's title or position is _Mayor Pro Tem: John Gardner_
6  _(Defendant's title or position at place of work)_
   This Defendant is sued in his/her (check one or both):
7
8  ☐ individual capacity          ☒ official capacity
9
10 This Defendant was acting under color of law because _defendant is a part of_
11 _the charades of witchcraft. Ex: Kirkville K on South Franklin Street_
12 _as for their office however it really stands for Kirk Franklin_
13 _the gospel singer that is standing in the position of Roman_
14 _Catholics (eastern side)._
15
16 ___. Defendant _Ville de Quebec_ works at
17 _Insert ¶ #_  _(full name of Defendant)_
18 _2, Rue des Jardins, CP 700, svc. Upper Town, Quebec (Quebec) G1R 4S9_
19 _(Defendant's place of work)_
20
21 Defendant's title or position is _Mayor Bruno Marchand_
   _(Defendant's title or position at place of work)_
22
23 This Defendant is sued in his/her (check one or both):
24 ☐ individual capacity          ☒ official capacity
25 This Defendant was acting under color of law because _defendant is a part of_
26 _the charades of witchcraft. Ex: Norman Gene Macdonald directed_
27 _the movie the Great Gay Road_
28

30

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1      Defendant Sun City Democrats Club Georgetown, Texas works at
2  *Insert ¶ #*                                    *(full name of Defendant)*
3  P.O. Box 12068, Capital Station, Austin Texas 78711
                     *(Defendant's place of work)*
4

5  Defendant's title or position is District 5 Texas State Senator: Charles Schwertner
6                         *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):
8      ☐ individual capacity        ☒ official capacity

9  This Defendant was acting under color of law because defendant is a part of the
10 charades of witchcraft. Ex: Senator Charles name symbolizes Charles the Great the
11 King of franks who became Roman Emperor on Dec 25. 800, King Charles III of Britainy
12 & Pope Frances (because of franks). In District 5 he oversees many citius like: Red Rock, Buffalo,
13 Marquez, Milano, Rockedale, Franklin, Shepherd, Florence, Georgetown, Liberty Hill,
14 Riverside, etc and all these have some-thing to do with this case. just like the
15 city Huntsville (my last name is Bilthurst).

16     Defendant The City of Sugar Land          works at
17 *Insert ¶ #*                *(full name of Defendant)*
18 2700 Town Center Blvd. North Sugar Land Texas 77479
                   *(Defendant's place of work)*
19

20 Defendant's title or position is Councilman: William Ferguson
21                        *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):
24     ☐ individual capacity        ☒ official capacity
25 This Defendant was acting under color of law because defendant is a part of the
26 charades of witchcraft. Ex: Sugar is another form of Cane. Cain
27 Killed Abel then got cursed from the face of the earth.

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant **Food and Drug Administration** works at
2 _Insert ¶ #_ _(full name of Defendant)_
3 White Oak Campus, 10903 New Hampshire Ave, Silver Spring, Maryland 20993 .
   _(Defendant's place of work)_
4
5 Defendant's title or position is Commissioner Robert Califf
   _(Defendant's title or position at place of work)_
6
7 This Defendant is sued in his/her (check one or both):
8 ☐ individual capacity ☒ official capacity
9
10 This Defendant was acting under color of law because defendant is a part of
11 the charades of witchcraft. Ex: Mary Land Symbolize Roman
12 Catholic & Ham Symbolize Legions which are demons and
13 that's a spiritual beast. Ham also symbolize Perversion from Noahs Lineage
   that's why Canaan got cursed because of his dad Ham.
14
15
16 ___. Defendant **New Canaan Community YMCA** works at
17 _Insert ¶ #_ _(full name of Defendant)_
18 564 South Ave, New Canaan, CT 06840
   _(Defendant's place of work)_
19
20 Defendant's title or position is Social Services
21 _(Defendant's title or position at place of work)_
22
23 This Defendant is sued in his/her (check one or both):
24 ☐ individual capacity ☒ official capacity
25 This Defendant was acting under color of law because defendant is a part of
26 the charades of witchcraft. Ex: Rainbow Station Infant/Toddler & Full-
27 Day Preschool. Rainbow represents the LGBT community &
28 We already have them transgendering our children without permission. Also, this
   symbolizes the "Mother of Harlots" because New Canaan Community = Rome, 5+6+4=15
   1+5=6 South = South America        Social Services = Vatican Church in Italy.
   Connecticut has a town called ____Page Number
   New Canaan        Civil Rights Complaint Pursuant to U.S.C. § 1983
                            ( 32 )

1    ___. Defendant The Letterman Digital Arts Center    works at
2    insert ¶ #      (full name of Defendant)
3    1 Letterman Dr #B, San Francisco CA 94129
          (Defendant's place of work)
4

5    Defendant's title or position is ___ Arts Center
            (Defendant's title or position at place of work)
6    This Defendant is sued in his/her (check one or both):
7
     ☐ individual capacity        ☒ official capacity
8

9    This Defendant was acting under color of law because defendant is the home
10 of industrial light & magic, lucas film games, lucas animation, etc Which
11 are all a part of another parties charades of witchcraft.
12

13

14

15

16    ___. Defendant The Royal Fortress of Saint Francis    works at
17    insert ¶ #      (full name of Defendant)
18    Fort Mason, Bldg. 201 San Francisco CA, 94123
          (Defendant's place of work)
19

20    Defendant's title or position is Former U.S Army Post
           (Defendant's title or position at place of work)
21

22

23    This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity        ☒ official capacity
25    This Defendant was acting under color of law because in 1776 the Spanish
26 settlers established The Presidio of San Francisco however defendant
27 is a part of another parties charades of witchcraft
28

<div align="center">

**33**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983
</div>

1   ___. Defendant _Saint~Germain l'Auxerrois_____ works at
     Insert ¶ #                    (full name of Defendant)

2   _2 Pl. du Louvre, 75001    Paris, France_____
3                          (Defendant's place of work)

4

5   Defendant's title or position is _ArchBishop of Paris : Mgr Laurent Ulrich_.
                                      (Defendant's title or position at place of work)

6   This Defendant is sued in his/her (check one or both):

7       ☐ individual capacity          ☒ official capacity

8

9   This Defendant was acting under color of law because _defendant is a part of_

10  _the charades of witchcraft. Ex:_____

11  _____

12  _____

13

14

15

16  ___. Defendant _Opelousas Catholic School_____ works at
     Insert ¶ #                    (full name of Defendant)

17

18  _428 East Prudhomme Lane, Opelousas, J. Landry Parish, Louisiana 70570_.
19                         (Defendant's place of work)

20  Defendant's title or position is _Principal: Marty Heinz_____
21                               (Defendant's title or position at place of work)

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because _defendant is a part of_

26  _the charades of witchcraft. Ex: Some of the meanings of Opelousas is_

27  _black hair, black foot, black water, man with black leg, black head and even_

28  _salt water. Now its SAINT is St Landry (aka laundry like blackwashed). Do you_
    _see the Witchery—_

                            34
                        Page Number

1  \_\_ Defendant City of Frankfurt      works at
2  *Insert ¶ #*         *(full name of Defendant)*
3  Guileutstraße 82, 60329 Frankfurt am Main, Germany
               *(Defendant's place of work)*

4
5  Defendant's title or position is Lord Mayor Mike Josef
                     *(Defendant's title or position at place of work)*
6
7  This Defendant is sued in his/her (check one or both):
8  ☐ individual capacity        ☒ official capacity
9
10 This Defendant was acting under color of law because defendants are a
11 part of the charades of witchcraft. Just like France & Franconia is
12 the city is named after the Franks.

13
14
15
16 \_\_ Defendant Franconia, Germany      works at
17 *Insert ¶ #*         *(full name of Defendant)*
18 Government of Upper Franconia, Ludwigstraße 20, 95444 Bayreuth
            *(Defendant's place of work)*
19
20 Defendant's title or position is President Florian Luderschmid
21                  *(Defendant's title or position at place of work)*
22
23 This Defendant is sued in his/her (check one or both):
24 ☐ individual capacity        ☒ official capacity
25 This Defendant was acting under color of law because defendants are a
26 part of the charades of witchcraft. Just like France; the Franconians
27 were named after the Franks.
28

35
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Massacre Island, Ontario_ _____ works at
_Insert ¶ #_   _(full name of Defendant)_
_450 Scott St Fort Frances, ON, P9A 1H2_
_(Defendant's place of work)_

Defendant's title or position is _Rainy River District_
_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _Defendant has_
_partaken in the charades of misleading others due to another_
_parties witchcraft. Ex: This represents Rev 12 when the red dragon spewed out a_
_flood in attempt to destroy the Bride of Christ & her seed (massacre using multiple methods)_

___. Defendant _Stony Mountain Institution_ _____ works at
_Insert ¶ #_   _(full name of Defendant)_
_Highway 7, Winnipeg, R3C3W8, Canada_
_(Winnipeg)_   _(Defendant's place of work)_

Defendant's title or position is _Correctional Service of Canada_
_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant has_
_partaken in the charades of misleading others due to another parties_
_witchcraft_

**30**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Franciscan Monastery of the Holy Land in America works at
   *Insert ¶ #*                    *(full name of Defendant)*
2
3  1400 Quincy St NE, Washington DC 20017
                    *(Defendant's place of work)*
4
5  Defendant's title or position is Holy Land Secretary: Br. Alberto Pari
                                    *(Defendant's title or position at place of work)*
6
7  This Defendant is sued in his/her (check one or both):
8           ☐ individual capacity          ☒ official capacity
9
   This Defendant was acting under color of law because defendant has been
10
   used for another parties charades of witchcraft
11
12
13
14
15
16  ___. Defendant Republic of Singapore                    works at
17     *Insert ¶ #*              *(full name of Defendant)*
18  Orchard Road, Istana, Singapore 238823
                    *(Defendant's place of work)*
19
20  Defendant's title or position is Prime Minister: Lee Hsien Loong
21                                  *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
24           ☐ individual capacity          ☒ official capacity
25  This Defendant was acting under color of law because defendant has
26  been entangled in another parties charades of witchcraft
27  Ex: Religious backdoor scandal using Buddhism fighting
28  over Singing

                              37
                         Page Number

1  . Defendant His Majesty's Prison & Probation Service          works at
   *Insert ¶ #*                    *(full name of Defendant)*

2  70 Petty France, London, SW1H 9AJ
3                              *(Defendant's place of work)*

4

5  Defendant's title or position is Executive : Amy Rees
                                    *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7      ☐ individual capacity            ☑ official capacity

8

9  This Defendant was acting under color of law because defendant is a
10 part of the charades of witchcraft. Ex: This prison is
11 like saying God locks up people just by using the word Majesty then
12 1¢ = 1 meaning complete. France is symbolic for Charles the Great who
13 was the King of Franks before he was crowned as the Roman Emperor
14 on Dec 25, 800 which is the day when everybody celebrates the birth of Christ
15 as Satan hides in the background as the Anti-Christ which would sum up to
   King Charles III & Francis which would Be 2 men symbolically = 1

16 . Defendant Ministry of Justice          works at
17 *Insert ¶ #*                  *(full name of Defendant)*

18 102 Petty France, Westminister, London
                              *(Defendant's place of work)*

19

20 Defendant's title or position is Permanent Secretary Antonia Romeo
21                                 *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24     ☐ individual capacity            ☑ official capacity

25 This Defendant was acting under color of law because defendant is a part
26 of the charades of witchcraft. Ex: France represents Franks,
27 Francis, Charles the Great who was King of Franks and was crowned
28 the Roman Emperor on Dec 25, 800 which symbolizes Saint Nicholas aka
   Santa or Satan / Antonia is the girl version of Antonio

                          38
                     Page Number

              Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant St. Bride's Catholic Church                     works at

   _Insert ¶ #_                    _(full name of Defendant)_

2 Whitemoss Ave, East Kilbride, Glasgow G74 1NN, UK

3                          _(Defendant's place of work)_

4

5 Defendant's title or position is Rev. Francis G. McGachey

                          _(Defendant's title or position at place of work)_

6 This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity              ☒ official capacity

8

9 This Defendant was acting under color of law because _defendant is a part of_

10 _the charades of witchcraft. Ex: St Bride's Catholic Church is_

11 _symbolically claiming to be White (White Supremacy) with the aim_

12 _to kill the Bride of Christ and decreeing Glass to go do the job_

13

14

15

16 ___. Defendant St Bride's Major Community Council.              works at

17 _Insert ¶ #_               _(full name of Defendant)_

18 31 Ty Gwyn Dr, Brackla, Bridgend CF31 2QF

                          _(Defendant's place of work)_

19

20 Defendant's title or position is Re: Delyth Brunsdon (clerk)

21                          _(Defendant's title or position at place of work)_

22

23 This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity              ☒ official capacity

25 This Defendant was acting under color of law because _defendant is a part of_

26 _the charades of witchcraft._

27

28

                          39
                     Page Number

          Civil Rights Complaint Pursuant to U.S.C. § 1983

1     ____. Defendant _Monastère de la Grande Chartreuse_____ works at
      *Insert ¶ #*        *(full name of Defendant)*
2     _1084 Allée de la Grande Chartreuse, 38380 Saint-Pierre-de-Chartreuse, France._
3                                   *(Defendant's place of work)*

4

5     Defendant's title or position is _Carthusian Order_____
                                       *(Defendant's title or position at place of work)*

6     This Defendant is sued in his/her (check one or both):

7          ☐ individual capacity                ☒ official capacity
8

9     This Defendant was acting under color of law because _the defendant was_
10    _used by another parties charades of witchery_
11

12

13

14

15

16    ____. Defendant _Star City_____ works at
17    *Insert ¶ #*        *(full name of Defendant)*
18    _Cultural Center of the Philippines Complex, Pasay, Philippines_
19                                   *(Defendant's place of work)*

20    Defendant's title or position is _Amusement Park_____
21                                     *(Defendant's title or position at place of work)*

22

23    This Defendant is sued in his/her (check one or both):

24         ☐ individual capacity                ☒ official capacity

25    This Defendant was acting under color of law because _defendant was used_
26    _by another parties charades of witchery_
27

28

                              Page Number

                    Civil Rights Complaint Pursuant to U.S.C. § 1983

1     ___. Defendant Holy Catholic Cathedral of Saint Francis of Assisi works at
      Insert ¶ #           (full name of Defendant)
2     Dimokratias 28, Rodos 851 32, Greece
3                              (Defendant's place of work)

4
5     Defendant's title or position is Religious Temple
                                       (Defendant's title or position at place of work)
6     This Defendant is sued in his/her (check one or both):
7         ☐ individual capacity              ☒ official capacity
8
9     This Defendant was acting under color of law because defendant was
10    used for another parties charades of witchcraft
11
12
13
14
15
16    ___. Defendant George Floridis                              works at
      Insert ¶ #           (full name of Defendant)
17
18    1st Vas. Sofias Av. 10671 Athens, Greece
19                              (Defendant's place of work)

20
21    Defendant's title or position is Minister of Justice (Hellenic Government)
                                       (Defendant's title or position at place of work)
22
23    This Defendant is sued in his/her (check one or both):
24        ☐ individual capacity              ☒ official capacity
25    This Defendant was acting under color of law because defendant is a
26    part of another parties charades of witchcraft.
27    Example: George = King George III (a tyrant ruler)
28

                                    4/
                                Page Number
                    Civil Rights Complaint Pursuant to U.S.C. § 1983

1     . Defendant The Cathedral School of St. John the Divine     works at

2    *Insert ¶ #*           *(full name of Defendant)*

   1047 Amsterdam Ave New York, NY 10025

3                    *(Defendant's place of work)*

4

5 Defendant's title or position is Episcopal School (Re: Erica L Corbin).

6                    *(Defendant's title or position at place of work)*

7 This Defendant is sued in his/her (check one or both):

8      ☐ individual capacity           ☒ official capacity

9

This Defendant was acting under color of law because defendant is a part

10 of the charade of witchcraft

11

12

13

14

15

16     . Defendant Sacred Heart Cathedral Preparatory     works at

17    *Insert ¶ #*           *(full name of Defendant)*

18 1055 Ellis Street (Cathedral Hill) San Francisco CA 94109

19                  *(Defendant's place of work)*

20 Defendant's title or position is Principal Gary J. Cannon

21                   *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity           ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part

26 of the charade of witchcraft. Ex: There's no sacredness about

27 Roman Frank's heart pure evil.

28

<div align="center">

42

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

</div>

1    __. Defendant The St Francis Centre _____ works at
     *Insert ¶ #*          *(full name of Defendant)*
2    Southway Guildford Surrey GU2 8WZ, United Kingdom
3                          *(Defendant's place of work)*

4

5    Defendant's title or position is  Surrey County Council _____ .
                                        *(Defendant's title or position at place of work)*
6

     This Defendant is sued in his/her (check one or both):
7
             ☐ individual capacity          ☑ official capacity
8

9    This Defendant was acting under color of law because the defendant is
10   a representation of the name of one of the saints that is
11   used for the purpose of witchcraft also St Francis Hospital is next
12   door to Compton CA and I had my daughters there.
13

14

15

16   __. Defendant Surrey County Council _____ works at
     *Insert ¶ #*          *(full name of Defendant)*
17
18   The Quadrant, 35 Guildford Rd, Woking GU22 7QQ, United Kingdom
                          *(Defendant's place of work)*
19

20   Defendant's title or position is  Surrey County Council _____ .
21                                      *(Defendant's title or position at place of work)*
22

23   This Defendant is sued in his/her (check one or both):
24           ☐ individual capacity          ☑ official capacity
25   This Defendant was acting under color of law because the defendant is a
26   representation of Compton Surrey England which was used
27   for witchcraft purposes to me with me Victoria T Dilthwort
28   who was born in Compton CA.

                              43
                         *Page Number*

              Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Mission San Francisco de Asis_ works at
     Insert ¶ #                    *(full name of Defendant)*

2    _320 Dolores St San Francisco 94114_

3                         *(Defendant's place of work)*

4

5    Defendant's title or position is _Catholic Church_
                                   *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7         ☐ individual capacity          ☑ official capacity

8

9    This Defendant was acting under color of law because _defendant is a_

10   _part of the charades of witchcraft._

11

12

13

14

15

16   ___. Defendant _Roman Catholic Diocese of Santa Rosa in California_ works at
     Insert ¶ #                    *(full name of Defendant)*

17

18   _985 Airway Ct, Santa Rosa CA, 95403_

19                         *(Defendant's place of work)*

20   Defendant's title or position is _Bishop Robert Francis Vasa_
                                   *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity          ☑ official capacity

25   This Defendant was acting under color of law because _defendant is a part_

26   _of the charades of witchcraft. Ex: Airway can symbolize Buenos_

27   _Aires, Argentina which is where Pope Francis is from._

28

                              44
                          Page Number

           Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _Cathedral of Saint Mary of the Assumption_   works at
2   Insert ¶ #                          *(full name of Defendant)*
3   _1111 Gough St  San Francisco CA  94109_
                          *(Defendant's place of work)*
4
5   Defendant's title or position is _ArchBishop Salvatore Cordileone_
6                                        *(Defendant's title or position at place of work)*
7   This Defendant is sued in his/her (check one or both):
8       ☐ individual capacity                    ☑ official capacity
9
10  This Defendant was acting under color of law because _defendant is a part_
11  _of the charades of witchcraft_
12
13
14
15
16  ___. Defendant _Saints Peter and Paul Church_   works at
17  Insert ¶ #                          *(full name of Defendant)*
18  _666 Filbert St   San Francisco_
19                          *(Defendant's place of work)*
20  Defendant's title or position is _Roman Catholic_
21                                        *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity                    ☑ official capacity
25  This Defendant was acting under color of law because _defendant is a part_
26  _of the charades of witchcraft. Ex: The address is 666 that's_
27  _the number of the beast_
28

<center>45</center>
<center>Page Number</center>

<center>Civil Rights Complaint Pursuant to U.S.C. § 1983</center>

1  __. Defendant Drake's Seat _____ works at
2  Insert ¶ #            (full name of Defendant)
   983F + 4Q, Rte 37, St. Thomas St Thomas 00802, U.S. Virgin Islands.
3                       (Defendant's place of work)
4
5  Defendant's title or position is A Bench overlooking Magens Bay
6                                   (Defendant's title or position at place of work)
   This Defendant is sued in his/her (check one or both):
7
        ☐ individual capacity          ☑ official capacity
8
9  This Defendant was acting under color of law because defendant is a part of
10 the charades of witchcraft. Ex: Drake's seat was named after
11 the British privateer Sir Francis Drake
12

13

14

15

16    __. Defendant (Drake) Aubrey Drake Graham _____ works at
17 Insert ¶ #            (full name of Defendant)
18 899 Dundas St W, Toronto, ON, M6J1V1
19                     (Defendant's place of work)

20 Defendant's title or position is OVO Sound, LLC
21                                 (Defendant's title or position at place of work)
22
23 This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity          ☑ official capacity
25 This Defendant was acting under color of law because defendant is a part
26 of the charades of witchcraft
27
28

1     ___. Defendant *Emmanuel Macron* _____ works at

     Insert ¶ #          *(full name of Defendant)*

2

3    55, Rue du Faubourg, Saint-Honoré 75008, Paris, France ____.

                     *(Defendant's place of work)*

4

5   Defendant's title or position is *President of France* _____.

                        *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7

8        ☐ individual capacity           ☒ official capacity

9

10   This Defendant was acting under color of law because *the defendant is the*

11 *president of France. France was the 1st country to use the*

12 *Catholic Church's registry (System) and Frank is in France (without*

13 *the k) and it was Charles the Great (The King of Franks) that was crowned as*

14 *the Emperor of the Romans by Pope Leo III on December 25, 800.*

15

16     ___. Defendant *Silvio Berlusconi* _____ works at

17      Insert ¶ #          *(full name of Defendant)*

18    via Principe Amedeo, 2/10-20121 Milano ____.

                    *(Defendant's place of work)*

19

20   Defendant's title or position is *President of Milano, Italy*

21                         *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity           ☒ official capacity

25   This Defendant was acting under color of law because *the defendant is the*

26 *president of Italy, where the city Milano is located. It was the*

27 *Visconti of Milan also known as Lord of Milan whose motto is I will not*

28 *violate the customs of the serpent. The spell put Vice lords from Chicago USA as*

*if they are the beast when its not an accurate reality.*

47

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1     . Defendant Christina Milian      works at
2 *Insert ¶ #*      *(full name of Defendant)*
3 16830 Ventura Blvd Suite #501, Encino, CA 91436
     *(Defendant's place of work)*
4

5 Defendant's title or position is Milian Corporation, Inc
6      *(Defendant's title or position at place of work)*

7 This Defendant is sued in his/her (check one or both):
8      ☐ individual capacity      ☒ official capacity

9 This Defendant was acting under color of law because defendant is caught
10 in witchcraft. Ex: Christ Milan or Chris (another way to say
11 Crystal & Milan's motto: I will not violate the customs of
12 the serpent) it's said the deception that words, phonics, & names can
13 cause humanity.
14

15

16      . Defendant Frank Ocean      works at
17 *Insert ¶ #*      *(full name of Defendant)*
18 1410 Hills Place Northwest Atlanta Georgia 30318
     *(Defendant's place of work)*
19

20 Defendant's title or position is Red Zone Entertainment Label
21      *(Defendant's title or position at place of work)*
22

23 This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity      ☒ official capacity
25 This Defendant was acting under color of law because Defendant is caught
26 in a charade of witchcraft. Ex: Revelations 13:1-And
27 I stood upon the sand of the sea, and saw a beast rise out of the
28 sea, having seven heads & ten horns, and upon his heads the name of
blasphemy. (Frank= Roman & Ocean = Sea)

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant _Amber Rose_____ works at
   *Insert ¶ #*                    *(full name of Defendant)*
2  _9336  Civic Center Drive  Beverly Hills CA  90210_
3                              *(Defendant's place of work)*
4
5  Defendant's title or position is _Model_
6                                   *(Defendant's title or position at place of work)*
7  This Defendant is sued in his/her (check one or both):
8       ☐ individual capacity              ☑ official capacity
9
10 This Defendant was acting under color of law because _defendant is a part of the_
11 _Charades of Witchcraft. Ex: Saint Ambrose of Milan! Also Visconti of_
12 _milan is in Italy, it's how they tried to label my partner as a vice,_
13 _and this sorcery is why it seems as if my partner left me. or isn't coming_
14 _forward because of all the witchcraft of Saints, Church Temples, Countries, etc_
15 _that they put in between us to paint a lie to the masses which made my flight_
   _harder. They tried to use sorcery to put him w/the latino & me w/the latino so that they_
   _could still keep control of the kingdom since we are Gods chosen couple (deception)_
16
17 ___. Defendant _Santa Croce in Gerusalemme_____ works at
   *Insert ¶ #*                    *(full name of Defendant)*
18 _Piazza di S. Croce in Gerusalemme, 10, 00185 Roma RM, Italy_
19                              *(Defendant's place of work)*
20
21 Defendant's title or position is _Catholic Church_
                                    *(Defendant's title or position at place of work)*
22
23 This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity              ☑ official capacity
25 This Defendant was acting under color of law because _defendant is a part_
26 _of the charades of witchcraft. Ex: santa Croce in Gerusalemme means_
27 _Basilica of the Holy Cross in Jerusalem (however this is located in_
28 _Italy as it claims to be Jerusalem so this is witchcraft because it's deception_
   _theft, and pretending to be something it is Not)_

1
2  ___ Defendant Bayer AG (Crop Science Division) works at
   *Insert ¶ #*                    *(full name of Defendant)*
3  Alfred-Nobel-Str. 50, 40789 Monheim am Rhein, Germany
                        *(Defendant's place of work)*
4
5  Defendant's title or position is CEO Bill Anderson
6                               *(Defendant's title or position at place of work)*
   This Defendant is sued in his/her (check one or both):
7
8  ☐ individual capacity            ☑ official capacity
9
10 This Defendant was acting under color of law because defendant is a part of
11 the charades of witchcraft. Ex: Mixing biochemicals with natural
12 sources and also seeding: Anderson is my mothers last name.
13
14
15
16
17 ___ Defendant Roche Holding AG works at
   *Insert ¶ #*                    *(full name of Defendant)*
18 Roche Austria GmbH. Engelhorngasse 3, 1211 Vienna Austria
19                        *(Defendant's place of work)*
20
21 Defendant's title or position is CEO Thomas Schinecker
22                               *(Defendant's title or position at place of work)*
23 This Defendant is sued in his/her (check one or both):
24 ☐ individual capacity            ☑ official capacity
25 This Defendant was acting under color of law because defendant is a part of
26 the charades of witchcraft. Pharmaceuticals is witchcraft
27
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1. Defendant Zapp Band (Zapp & Rogers) Warner Records works at

*Insert ¶ #*          *(full name of Defendant)*

2. 777 S. Santa Fe Ave Los Angeles CA 90021

*(Defendant's place of work)*

Defendant's title or position is Artist Band

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because the defendant did songs Computer Love, I want to be your man, etc while being mislead due to another parties charades of witchcraft

2. Defendant Charlie Wilson (P Music Group) works at

*Insert ¶ #*          *(full name of Defendant)*

1248 Trent Dr, Fort Lauderdale Florida, 33321

*(Defendant's place of work)*

Defendant's title or position is Artist

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because the defendant was used for another parties charades of witchcraft. Ex: It was Charlemage (Charles the Great) who was crown Emperor of Rome (germany) on Dec 25, 800 which Dec 25 is Christmas = Christ Massacre. Charlemage symbolizes Charle + mage = Charles Magic. ✱ When crown Roman Emperor he was also the King of Franks meaning he was _____ two kings in 1 and in 2023 we now have both of them again. We have King Charles III and Pope Francis! Wilson symbolize Wil + son now put it all together it shows Charles III & Francis stole the Will of the son of God which is Jesus Christ of Nazareth.

*Page Number*

*Civil Rights Complaint Pursuant to U.S.C. § 1983*

1
2  ___ Defendant _Zeus Digital Theater LLC_____ works at

  Insert ¶ #        (full name of Defendant)

3  _120 Osage Ln, Waynesboro VA 22980_____

                    (Defendant's place of work)

4
5  Defendant's title or position is _Theater_____

                                    (Defendant's title or position at place of work)

6  This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity              ☒ official capacity

8
9  This Defendant was acting under color of law because _defendant is caught_

10 _in a charade of witchcraft_____

11
12
13
14
15
16 ___ Defendant _Zues El Mero Necio_____ works at

  Insert ¶ #        (full name of Defendant)

17
18 _2349 Metric Blvd Apt 1330 Austin TX 78758_____

                    (Defendant's place of work)

19
20 Defendant's title or position is _Artist for Blue Mariachi Productions. LLC_

21                                  (Defendant's title or position at place of work)

22
23 This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity              ☒ official capacity

25 This Defendant was acting under color of law because _defendant is caught_

26 _in a charade of witchcraft_____

27
28

                          52
                      Page Number

            Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant AeroSmith _____ works at
2    *Insert ¶ #*                    *(full name of Defendant)*

3    9130 Sunset Boulevard  Los Angeles CA _____.
                              *(Defendant's place of work)*

5    Defendant's title or position is Artist for Geffen Records ___
6                                          *(Defendant's title or position at place of work)*

7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity          ☑ official capacity

9    This Defendant was acting under color of law because defendant is a
10   part of another parties charade of witchcraft _____

11   _____

12

13   _____

14

15

16   ___. Defendant Carlos Humberto Santana _____ works at
17   *Insert ¶ #*                    *(full name of Defendant)*

18   46 Kensington Court, London W8. 5DP, United Kingdom.
                              *(Defendant's place of work)*

20   Defendant's title or position is Artist for EastWest Records ___
21                                          *(Defendant's title or position at place of work)*

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ☑ official capacity

25   This Defendant was acting under color of law because defendant is a part
26   of another parties charade of witchcraft like the East & West
27   portion of the Roman Empire Which is Germany (East Roman & Italy
28   West Roman Empire)

                            53
                       Page Number

         Civil Rights Complaint Pursuant to U.S.C. § 1983



1 ___: Defendant Matteo Renzi ___ works at
  Insert ¶ # _(full name of Defendant)_

2 Lungarno Vespucci, 33 - 50123 Firenze
3 _(Defendant's place of work)_

4

5 Defendant's title or position is __Senator of Florence, Italy__
6 _(Defendant's title or position at place of work)_

7 This Defendant is sued in his/her (check one or both):

8 ☐ individual capacity     ☒ official capacity

9

10 This Defendant was acting under color of law because __defendant serves__
11 __as the Senator of Florence, Italy so he oversees that__
12 __region of people and Florence, Italy is a part of the__
13 __injustice that was served in America pertaining the Florence13 taking__
   __care of me as I was growing up because there was a spell done.__

14

15

16 ___: Defendant Vladimir Putin ___ works at
17 Insert ¶ # _(full name of Defendant)_

18 23, Ulitsa Ilyinka, 103137, Moscow, Russia
19 _(Defendant's place of work)_

20 Defendant's title or position is __President of Russia__
21 _(Defendant's title or position at place of work)_

22

23 This Defendant is sued in his/her (check one or both):

24 ☐ individual capacity     ☒ official capacity

25 This Defendant was acting under color of law because __the defendant is the__
26 __president of Russia which once was the Soviet Union, dealt with__
27 __Communist first, and he oversees that country which is also__
28 __a part of the spell that was used against America. Also, some of__
   __his people practice Shamanism (sorcery).__

__54__
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant *The American Institute of Architects* works at
2 Insert ¶ #                    *(full name of Defendant)*
3 1735 New York Ave NW, Washington DC 20006
                          *(Defendant's place of work)*
4
5 Defendant's title or position is *President : Emily Grand Staff – Rice*
6                                  *(Defendant's title or position at place of work)*
7 This Defendant is sued in his/her (check one or both):
8    ☐ individual capacity            ☒ official capacity
9
10 This Defendant was acting under color of law because defendant is a part of
11 the charades of witchcraft.
12 _____
13 _____
14
15
16 ___. Defendant *French Academy in Rome* works at
17 Insert ¶ #                    *(full name of Defendant)*
18 Viale della Trinità dei Monti – 00187 Rome.
                          *(Defendant's place of work)*
19
20 Defendant's title or position is *President : Sam Stourche*
21                                  *(Defendant's title or position at place of work)*
22
23 This Defendant is sued in his/her (check one or both):
24    ☐ individual capacity            ☒ official capacity
25 This Defendant was acting under color of law because defendant is a part of
26 the charades of witchcraft. Ex: Established in 1666 (666 = mark of beast)
27 Zipcode 187 = Kill Rome.
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant _Moses Brown School_____ works at
   Insert ¶ #                      (full name of Defendant)
2
3  _250 Lloyd Avenue, Providence, Rhode Island____
                    (Defendant's place of work)
4
5  Defendant's title or position is _Head of School Katie Titus_
                              (Defendant's title or position at place of work)
6
7  This Defendant is sued in his/her (check one or both):
8      ☐ individual capacity          ☒ official capacity
9
10 This Defendant was acting under color of law because _defendant is a part of_
   _the charade of witchcraft. Ex: This school was founded in 1784 by Moses Brown,_
11 _a quaker abolitionist, and its one of the oldest prepatory schools in the_
12 _country_
13
14
15
16 ___. Defendant _Brown University_____ works at
   Insert ¶ #                      (full name of Defendant)
17
18 _Page - Robinson Hall  69 Brown Street  Providence, RI   02912_
                    (Defendant's place of work)
19
20 Defendant's title or position is _Provost: Francis J. Doyle III_
21                            (Defendant's title or position at place of work)
22
23 This Defendant is sued in his/her (check one or both):
24     ☐ individual capacity          ☒ official capacity
25 This Defendant was acting under color of law because _defendant is a part of the_
26 _charade of witchcraft. Ex: Moses Brown help establish this University_
27
28

                          _50_
                       Page Number
              Civil Rights Complaint Pursuant to U.S.C. § 1983

1   __. Defendant _Steve Harvey_____ works at

2   _Insert ¶ #_    _(full name of Defendant)_

3   _5665 New Northside Dr Suite 116, Atlanta, GA 30328_

    _(Defendant's place of work)_

4

5   Defendant's title or position is _The Steve & Marjorie Harvey Foundation_

6       _(Defendant's title or position at place of work)_

7   This Defendant is sued in his/her (check one or both):

8       ☐ individual capacity                    ☒ official capacity

9

10  This Defendant was acting under color of law because _defendant is a part_

11  _of the charades of witchcraft. Ex: the works with many_

12  _stars in many industries_

13

14

15

16  __. Defendant _Jurassic World-The Ride_____ works at

17  _Insert ¶ #_    _(full name of Defendant)_

18  _100 Universal City Plaza, Universal City CA 91608_

    _(Defendant's place of work)_

19

20  Defendant's title or position is _Theme Park_

21       _(Defendant's title or position at place of work)_

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity                    ☒ official capacity

25  This Defendant was acting under color of law because _defendant is a part_

26  _of the charades of witchcraft. Ex: he gave power to_

27  _the image of the beast_

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___: Defendant Uber Technologies, Inc      works at

*Insert ¶ #*    *(full name of Defendant)*

2
3    1515 Third Street  San Francisco  CA  94158

*(Defendant's place of work)*

4
5    Defendant's title or position is Chairman: Ronald Sugar

*(Defendant's title or position at place of work)*

6
7    This Defendant is sued in his/her (check one or both):

8      ☐ individual capacity      ☑ official capacity

9
10    This Defendant was acting under color of law because defendant is a part

11 of the charades of witchcraft. Defendant also played with

12 my rides and my food during the course of this issue

13 I was dealing with.

14
15
16   ___: Defendant Bird Global, Inc      works at

17 *Insert ¶ #*    *(full name of Defendant)*

18    392 NE 191ST Street #20388  Miami Florida 33179

*(Defendant's place of work)*

19
20    Defendant's title or position is CEO: Shane Torchiana

21 *(Defendant's title or position at place of work)*

22
23    This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity      ☑ official capacity

25    This Defendant was acting under color of law because defendant is a part

26 of the charades of witchcraft.

27
28

58

Page Number

1  ___ Defendant **Christos Dimas** _____ works at
   *Insert ¶ #*          *(full name of Defendant)*

2  1st Vas. Sofias Av. 10671 Athens, Greece
                      *(Defendant's place of work)*

5  Defendant's title or position is **Ministry of Culture (Hellenic Government)**
                                    *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):

8      ☐ individual capacity          ☒ official capacity

9  This Defendant was acting under color of law because **defendant is being**
10 **used by another parties charade of witchcraft. Example:**
11 **Christos = Jesus Christ + Dimas = Saint Dimas (the thief**
12 **at Jesus's crucifixion**

16  ___ Defendant **Francois Rebsamen (Dijon Town Hall)** _____ works at
    *Insert ¶ #*              *(full name of Defendant)*

18  Place de la Libération, CS 73310, 21033 Dijon Cedex
                       *(Defendant's place of work)*

20  Defendant's title or position is **Mayor of Dijon, France**
                                     *(Defendant's title or position at place of work)*

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because **defendant is being**
26 **used in another parties charades of witchery. Ex: Roman Catholics**
27 **Pope crowned Charles The Great (King of Franks) as the Roman**
28 **emperor on Dec 25. 800. The Popes Name was Pope Leo III**

**59**
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   __. Defendant Kings County                              works at
    *Insert ¶ #*        *(full name of Defendant)*
2
3   1400 W. Lacey Blvd. Hanford CA 93230
                        *(Defendant's place of work)*
4
5   Defendant's title or position is Deputy Clerk : Francesca Lizaola
                                    *(Defendant's title or position at place of work)*
6
7   This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity            ☑ official capacity

9
10  This Defendant was acting under color of law because defendant is a part of
    the charades of witchcraft. Ex: Santa Clarita (Santa=Kris Kringle (Saint Nick)
11  Clarita means Claire (clear light) in French, Francesca is a female version of
12  Francis and Lizaola is Ltz=Lizard (serpent) + aola (
13
14
15
16  __. Defendant Rancho San Antonio County Park              works at
    *Insert ¶ #*           *(full name of Defendant)*
17
18  22500 Cristo Rey Dr. Cupertino CA 95014
                        *(Defendant's place of work)*
19
20  Defendant's title or position is Planning/Development/Land Stewardship : Annie Thomson
21                                  *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
24       ☐ individual capacity            ☑ official capacity
25  This Defendant was acting under color of law because defendant is a part of
26  the charades of witchcraft. Ex: Rancho in frankish means Hiring (my opinion Hiring
27  is like saying hiring or hi-ring), San Antonio is Saint Anthony, and Cristo
28  means Christ, Rey is an Indian Film that landed at Ramahaidu Studios, and
    Rey is also a city in Iran, finally Dr means Doctor of Dr. *This Lord proves who
    is replicating me & him (Antonio) ___ while we are in California
                                *Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Crystal City, Texas _____ works at
2  *Insert ¶ #*              *(full name of Defendant)*
3  101 E. Dimmit St. Crystal City Texas 78839
                         *(Defendant's place of work)*
4
5  Defendant's title or position is Mayor Frank Moreno Jr .
6                              *(Defendant's title or position at place of work)*
7  This Defendant is sued in his/her (check one or both):
8         ☐ individual capacity        ☒ official capacity
9
10  This Defendant was acting under color of law because defendant is a part
11  of the charades of witchcraft. Example: Crystal symbolizes
12  the sea around Gods throne and the perverted form of Crystal is
13  Meth. Frank symbolizes Charles the Great who was king of franks when
14  he was crowned Roman emperor on Dec 25, 800.
15
16  ___. Defendant Crystal City, Virginia _____ works at
17  *Insert ¶ #*              *(full name of Defendant)*
18  1225 South Clark Street 3rd floor Suite 301 Arlington Virginia 22202
                         *(Defendant's place of work)*
19
20  Defendant's title or position is Crystal Gateway II (CGI) (Defense Security Cooperation University)
21                              *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
24         ☐ individual capacity        ☒ official capacity
25  This Defendant was acting under color of law because defendant is a part
26  of the charades of witchcraft. Ex: Wordplay is Crystal Gateway II
27  Which Is another way of saying an underground channel.
28

61
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
2
___. Defendant _Annapolis Maryland_ works at

*Insert ¶ #*                    *(full name of Defendant)*

3
_160 Duke of Gloucester, Annapolis, Maryland 21401_

*(Defendant's place of work)*

4
5
Defendant's title or position is _Councilwoman: Rhonda Pindell Charles_

*(Defendant's title or position at place of work)*

6
7
This Defendant is sued in his/her (check one or both):

8
☐ individual capacity          ☒ official capacity

9
10
This Defendant was acting under color of law because _defendant is a part_

11
_of the **charades** of witchcraft_

12
13
14
15
16
17
___. Defendant _State of Maryland_ works at

*Insert ¶ #*                    *(full name of Defendant)*

18
_100 Community Place, Crownsville, Maryland 21032_

*(Defendant's place of work)*

19
20
Defendant's title or position is _US Senator: Chris Van Hollen_

21
*(Defendant's title or position at place of work)*

22
23
This Defendant is sued in his/her (check one or both):

24
☐ individual capacity          ☒ official capacity

25
This Defendant was acting under color of law because _defendant is a part of_

26
_the charades of witchcraft. Ex: Maryland symbolizes Mary mother of_

27
_Jesus but she never resurrected so it symbolizes mother of the dead._

28
_Crownsville symbolizes Crown + Ville (town) = Crowned Town as the community_

_place (socialism) meaning socialism (community) crowns Mary as she is represented_

_by Crystal (Chris Van Hollen)_

*Page Number*

1   ___. Defendant <u>Cathedral of The Immaculate Conception</u> works at

2   *Insert ¶ #*                     *(full name of Defendant)*

3   935 Bilbo Street, Lake Charles, Louisiana

                            *(Defendant's place of work)*

4

5 Defendant's title or position is   <u>Catholic Church</u>

6                                     *(Defendant's title or position at place of work)*

7 This Defendant is sued in his/her (check one or both):

8     ☐ individual capacity            ☑ official capacity

9

10 This Defendant was acting under color of law because <u>defendant is a part</u>

11 of the charades of witchcraft, Ex: Cathedral of the Immaculate

12 Conception symbolizes Church of the Pure (Immaculate) Implantation,

13 fertilization, or embryo (Conception) that's witchcraft (spell magic) only God determines

14 who is pure and there's nobody except JESUS CHRIST of NAZARETH that is pure

15 not even Mary (because the Catholic Church is perverting her legacy by Idolizing her)

16   ___. Defendant <u>Diocese of Lake Charles</u>

17   *Insert ¶ #*                     *(full name of Defendant)*       works at

18 1201 Ryan St, Lake Charles, Louisiana 70601

                            *(Defendant's place of work)*

19

20 Defendant's title or position is   <u>Catholic Church</u>

21                                     *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24     ☐ individual capacity            ☑ official capacity

25 This Defendant was acting under color of law because <u>defendant is a part</u>

26 of the witchcraft of charades at hand against Gods

27 people. Charles (Franks) hiding behind Christ just like

28 on Christmas Day

                        63

                    Page Number

1  ___. Defendant  Easter Island                                                works at
2  Insert ¶ #                                (full name of Defendant)
3  Kiri Reva, Hanga Roa, Isla de Pascua, Valparaiso; Chile.
                                    (Defendant's place of work)
4
5  Defendant's title or position is Vice President : Francisco Haoa Hotus
6                                        (Defendant's title or position at place of work)
7  This Defendant is sued in his/her (check one or both):
8       ☐ individual capacity                    ☒ official capacity
9
10 This Defendant was acting under color of law because defendant is a part of
11 the charade of witchcraft. Exo: Easter is the worship of paganism
12 and Idolatry which then causes Rebellion, and rebellion
13 is as the seed of witchcraft.
14
15
16 ___. Defendant  Christmas Island                                          works at
17 Insert ¶ #                                (full name of Defendant)
18 George Fam Centre, 2 Murray Road, Christmas Island 6798
19                                    (Defendant's place of work)
20
21 Defendant's title or position is Farzian Zainal (Councillor)
22                                        (Defendant's title or position at place of work)
23 This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity                    ☒ official capacity
25 This Defendant was acting under color of law because defendant is a part of the
26 charade of witchcraft.
27
28

<center>64</center>
<center>Page Number</center>

<center>Civil Rights Complaint Pursuant to U.S.C. § 1983</center>

1  ___. Defendant Opera Bastille _____ works at

2  Insert ¶ #        *(full name of Defendant)*

Place de la Bastille, 75012 Paris France

3                    *(Defendant's place of work)*

4

5  Defendant's title or position is Director: Alexander Neef

6                         *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity        ☒ official capacity

9

10 This Defendant was acting under color of law because defendant was a part

   of the charades of witchcraft. Ex: It was inaugurated in 1989 (the year

11 I was born) as part of President François Mitterrand's Grands Travaux, it

12 became the main facility of the Paris National Opera.

13

14

15

16 ___. Defendant Klaus Iohannis _____ works at

17 Insert ¶ #        *(full name of Defendant)*

Cotroceni Palace, Boulevard Geniului no. 13 Sector 6 Bucharest-Romania, 060116

18                    *(Defendant's place of work)*

19

20 Defendant's title or position is President of Romania

21                         *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity        ☒ official capacity

25 This Defendant was acting under color of law because defendant's a part of

26 the charades of witchcraft. Ex: Grand Master President Klaus Iohannis

27 received Romania's highest civil Order which is the Order of the

   Star of Romania and it has 6 grades from Knight (lowest) to Grand Cross with

28 Collar (highest). He even has the Order of Michael the Brave (military award).

   Klaus also represents Santa _____ Claus for December 25 and it was

   Page Number

   Dec. 25, 800 that the Pope crowned Charles the Great who was King of

   Civil Rights Complaint Pursuant to U.S.C. § 1983

   Franks as the Roman Emperor. (Rome & Romania are both symbolic)

1  ___. Defendant Victoria-La Vallée                                    works at
2  Insert ¶ #          (full name of Defendant)
3  385 Broadway Blvd Grandfalls, New Brunswick E3Z 2K5, Canada
                          (Defendant's place of work)
4
5  Defendant's title or position is Liberal MLA (Chuck Chiasson)
                                      (Defendant's title or position at place of work)
6
7  This Defendant is sued in his/her (check one or both):
8         ☐ individual capacity          ☑ official capacity
9
10 This Defendant was acting under color of law because defendant is a part of
   the charades of witchcraft. Ex: My name is Victoria, the census division
11 is Victoria, Madawaska, Madawaska is known as Panhande (Beggar) which has been my
12 situation and my oldest daughters dad Albert nickname is Chucky & he's Catholic & Mexican.
13 Also, La Vallee means "The Valley" and that's how I've been living like a pauper.
14
15
16 ___. Defendant Organisation internationale de la Francophonie works at
17 Insert ¶ #          (full name of Defendant)
18 19-21 avenue Bosquet, Paris France. 75007
                          (Defendant's place of work)
19
20 Defendant's title or position is APF President (Re: Francois Paradis)
21                                   (Defendant's title or position at place of work)
22
23 This Defendant is sued in his/her (check one or both):
24         ☐ individual capacity          ☑ official capacity
25 This Defendant was acting under color of law because defendant is a part
26 of the charades of witchcraft
27
28

                              66
                         Page Number

              Civil Rights Complaint Pursuant to U.S.C. § 1983

1  \_\_ Defendant The Waldstadion (Frankfurt) \_\_\_\_ works at
   Insert ¶ #          (full name of Defendant)
2
3  Mörfelder Landstraße 362, 60528 Frankfurt am Main, Germany
                        (Defendant's place of work)
4
5  Defendant's title or position is owner: Projektwieklung
                                        (Defendant's title or position at place of work)
6
7  This Defendant is sued in his/her (check one or both):
8        ☐ individual capacity          ☒ official capacity
9
10 This Defendant was acting under color of law because defendant is a part of
11 the charades of witchcraft.
12
13
14
15
16 \_\_ Defendant Galatasaray Sports Club \_\_\_\_\_ works at
   Insert ¶ #          (full name of Defendant)
17
18 Rams Park, Huzur Mah. Seyrantepe 34396 Sariyer/Istanbul
                        (Defendant's place of work)
19
20 Defendant's title or position is Chairman: Dursun Aydin Özbek
21                                  (Defendant's title or position at place of work)
22
23 This Defendant is sued in his/her (check one or both):
24       ☐ individual capacity          ☒ official capacity
25 This Defendant was acting under color of law because defendant is a part of
26 the charades of witchcraft. Ex: It's a Turkish sports club based on the
27 European side of the city of Istanbul in Turkey.*Nicknames: Cimbom Avrupa Fatihi (The Conqueror
28 of Europe) Aslanlar (The Lions), Sari-Kirmizililar (The Yellow Reds).* Galatasaray Sports
   club was founded Desember 20, 1965

67
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Trinity Church (Manhattan)** ____ works at
*Insert ¶ #*          *(full name of Defendant)*

75 Broadway, Manhattan, New York
          *(Defendant's place of work)*

Defendant's title or position is **Religious Temple**
                                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant was founded by William III. of England who was the Prince of Orange (sovereign Principality of Orange which is now Southern France and ruled by sovereigns in the Netherlands (Holland)**

___. Defendant **Nice, France Town Hall** ____ works at
*Insert ¶ #*          *(full name of Defendant)*

5 Rue de l'Hôtel de ville, 06364 Nice
               *(Defendant's place of work)*

Defendant's title or position is **Mayor Christian Estrosi**
                                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant is nicknamed Nice la Belle meaning "Nice the Beautiful". In 350 BC, Greeks of Marseille (oldest city in France) founded a permanent settlement & called it Nikaia after Nike, the goddess of victory. Niki de Saint Phalle a French filmmaker most notable work is Nanas Tarot Garden in Italy which is full of Tarot cards. NANA is the nickname that my mother called me (only her) Saint Phalle was inspired by ___ Antoni Gaudí's Parc Güell in Barcelona, Spain**

(Page Number)

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
2 _____. Defendant Il Giardino dei Tarocchi _____ works at
       *Insert ¶ #*                    *(full name of Defendant)*
3 Garavicchio, 58011 Capalbio, Province of Grosseto, Italy
                              *(Defendant's place of work)*
4
5 Defendant's title or position is Tarot Garden
                                 *(Defendant's title or position at place of work)*
6
7 This Defendant is sued in his/her (check one or both):
8        ☐ individual capacity              ☒ official capacity
9
10 This Defendant was acting under color of law because defendant is a part of
11 the charades of witchcraft. Ex: A garden of witchcraft done by Niki
12 de Saint Phalle. A mockery for the fall of Eve
13
14
15
16 _____. Defendant Gold Coast Queenland, Australia _____ works at
       *Insert ¶ #*                    *(full name of Defendant)*
17
18 47 Nerang St, Southport QLD 4215, Australia
                              *(Defendant's place of work)*
19
20 Defendant's title or position is Government - (Ato: Mayor
21                                   *(Defendant's title or position at place of work)*
22
23 This Defendant is sued in his/her (check one or both):
24        ☐ individual capacity              ☒ official capacity
25 This Defendant was acting under color of law because defendant is a part of
26 the charades of witchcraft.
27
28

*Page Number* 69

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    __. Defendant RockStar                                    works at
2    *Insert ¶ #*              *(full name of Defendant)*
3    101 Convention Center Drive Suite 777, Las Vegas Nevada 89109
                              *(Defendant's place of work)*
4
5    Defendant's title or position is Ceo: Russ Weiner
6                                    *(Defendant's title or position at place of work)*
7    This Defendant is sued in his/her (check one or both):
8              ☐ individual capacity              ☒ official capacity
9
10   This Defendant was acting under color of law because defendant is a part of
11   the charades of witchcraft.
12
13
14
15
16   __. Defendant Monster                                    works at
17   *Insert ¶ #*              *(full name of Defendant)*
18   1 Monster Way, Corona CA 92879
                              *(Defendant's place of work)*
19
20   Defendant's title or position is CEO: Rodney Sacks
21                                    *(Defendant's title or position at place of work)*
22
23   This Defendant is sued in his/her (check one or both):
24             ☐ individual capacity              ☒ official capacity
25   This Defendant was acting under color of law because defendant is a part of
26   the charades of witchcraft. Ex: Monster represents a beast, 1
27   monster way symbolize 1st Monster Way and it's in Corona
28   (Corona in spanish is Crown) which is monster claiming to be king

                              70
                          Page Number
              Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ____. Defendant _Verizon Communications Inc_____ works at
   Insert ¶ #         *(full name of Defendant)*

2  _1095 Avenue of the Americas, New York City NY_____
3                    *(Defendant's place of work)*

4

5  Defendant's title or position is _Executive Vice President: Tony Skiadas_
6                                   *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):

8      ☐ individual capacity              ☒ official capacity

9

10 This Defendant was acting under color of law because _defendant is a part of_
11 _the charades of witchcraft._

12

13

14

15

16 ____. Defendant _Deutsche Telekom_____ works at
17    Insert ¶ #         *(full name of Defendant)*

18 _Friedrich-Ebert-Allee 140 53113, Bonn, Nordrhein-Westfalen Germany_
19                    *(Defendant's place of work)*

20 Defendant's title or position is _Chairman: Frank Appel_
21                                  *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24     ☐ individual capacity              ☒ official capacity

25 This Defendant was acting under color of law because _defendant is a part of_
26 _the charades of witchcraft. Ex: Owns T-Mobile_

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Reindeer Entertainment LLC                     works at

Insert ¶ #                    (full name of Defendant)

2
3   7095 Hollywood Blvd Ste 1018 Los Angeles CA 90028

(Defendant's place of work)

4
5   Defendant's title or position is Larry Rudolph

(Defendant's title or position at place of work)

6
7   This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

8
9   This Defendant was acting under color of law because defendant is a part
10  of the charades of witchcraft. Ex: Larry Rudolph is the former
11  manager of Britney Spears. Reindeer represent Shamanism.
12  Rudolph is a reindeer. Santa really symbolizes SATAN if you
13  take the N out of Santa and put it at the end that spells (witchcraft is a
14  SATAN. Also, Britney is the name of my little sister on my spell)
15  moms side who has connections in the industry.

16  ___. Defendant Santo Stephano Island                     works at

Insert ¶ #                    (full name of Defendant)

17
18  Santo Stefano Island, Italy

(Defendant's place of work)

19
20  Defendant's title or position is Island

(Defendant's title or position at place of work)

21
22
23  This Defendant is sued in his/her (check one or both):

24  ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because defendant is a
26  part of the charades of witchcraft

27
28

72

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___ Defendant Kane & Abel (Geffen Records)         works at
    *Insert ¶ #*    *(full name of Defendant)*
2  2220 Colorado Ave Santa Monica 90404
3                   *(Defendant's place of work)*
4
5  Defendant's title or position is ___ Artists
                          *(Defendant's title or position at place of work)*
6
7  This Defendant is sued in his/her (check one or both):
8
    ☐ individual capacity              ☑ official capacity
9
10  This Defendant was acting under color of law because  the defendants
11  represent The story of Genesis and we are in Revelations
12  so they were used in the situation too
13
14
15
16  ___ Defendant No Limit Records Inc (Steven Robinson) works at
    *Insert ¶ #*             *(full name of Defendant)*
17
18  845 Columbus Ave New York, NY 10025
19                   *(Defendant's place of work)*
20  Defendant's title or position is President
21                            *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity            ☑ official capacity
25  This Defendant was acting under color of law because  defendant was
26  used in another parties charades of witchcraft
27
28

73
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  \_\_\_\_ Defendant AT&T INC. _____ works at
2  *Insert ¶ #*                    *(full name of Defendant)*
3  Whitacre Tower, 208 S. Akard St. Dallas TX 75202
   *(Defendant's place of work)*

4

5  Defendant's title or position is Telecommunications (Re: Ceo John Stankey)
   *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7  ☐ individual capacity          ☒ official capacity

8

9  This Defendant was acting under color of law because defendant has partaken
10 in the witchery of another parties charades in the digital realm of
11 Satan aka Universe. Which has locked up the people in the realm
12 of the dead/demons

13

14

15

16 \_\_\_\_ Defendant DISH Network Corporation (Digital Sky Highway) works at
17 *Insert ¶ #*                         *(full name of Defendant)*
18 9601 S. Meridian Blvd Englewood CO 80112
   *(Defendant's place of work)*

19

20 Defendant's title or position is Chairman: Charlie Ergen
   *(Defendant's title or position at place of work)*

21

22

23 This Defendant is sued in his/her (check one or both):

24 ☐ individual capacity          ☒ official capacity

25 This Defendant was acting under color of law because defendant has partaken
26 in the witchery of another parties charades in the digital realm of
27 Satan aka Universe. Which has locked up the people in the realm
28 of the dead/demons

74
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Charleston, South Carolina _____ works at
   Insert ¶ #                    (full name of Defendant)
2  4045 Bridge View Drive, North Charleston, SC 29405
3                              (Defendant's place of work)
4
5  Defendant's title or position is Administrators Office
                                   (Defendant's title or position at place of work)
6
   This Defendant is sued in his/her (check one or both):
7
8         ☐ individual capacity              ☐ official capacity

9  This Defendant was acting under color of law because defendant is named
10 The Holy City even though its named after Charles II of England
11
12
13
14
15
16 ___. Defendant Fort St Charles _____ works at
   Insert ¶ #                    (full name of Defendant)
17
18 830 Whitewater Avenue, St Charles, MN 55972
                              (Defendant's place of work)
19
20 ___. Defendant's title or position is City of St Charles
21                             (Defendant's title or position at place of work)
22
23 This Defendant is sued in his/her (check one or both):
24        ☐ individual capacity              ☒ official capacity
25 This Defendant was acting under color of law because defendant is caught
26 in the charade of another parties witchcraft
27
28

75
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___ Defendant  Rice University _____   works at

2   *Insert ¶ #*                          *(full name of Defendant)*

3   6100 Main St, Houston, TX  77005 _____

                                *(Defendant's place of work)*

4

5   Defendant's title or position is President Reginald DesRoches ___.

                                *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7       ☐ individual capacity            ☑ official capacity

8

9   This Defendant was acting under color of law because  defendant is caught

10  in a charade of witchcraft.

11

12

13

14

15

16  ___ Defendant  DukeKunshan University _____   works at

17  *Insert ¶ #*                        *(full name of Defendant)*

18  8 Duke Ave, Kunshan, Jiangsu 215316, China _____

                                *(Defendant's place of work)*

19

20  Defendant's title or position is Chancellor : Mary Frances Luce ___.

21                              *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity            ☑ official capacity

25  This Defendant was acting under color of law because  defendant is founded

26  by Methodist and Quakers (George Fox and Margaret Fell were the founders)

27

28

<div align="center">

70

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

</div>

1  \_\_\_. Defendant _Buffalo Philharmonic Orchestra_____ works at
2  Insert ¶ #           (full name of Defendant)
3  _3 Symphony Cir, Buffalo NY 14201__
                        (Defendant's place of work)
4
5  Defendant's title or position is _JoAnn Falleta_____
                        (Defendant's title or position at place of work)
6  This Defendant is sued in his/her (check one or both):
7     ☐ individual capacity          ☒ official capacity
8
9  This Defendant was acting under color of law because _defendant is a_
10 _part of another parties charades of witchery_
11
12 _____
13 _____
14
15
16 \_\_\_. Defendant _San Francisco Symphony_____ works at
17 Insert ¶ #           (full name of Defendant)
18 _201 Van Ness Ave San Francisco CA 94102__
                        (Defendant's place of work)
19
20 Defendant's title or position is _Natts Foundation Music Director ( Re: Daniel Stewart )_
21                     (Defendant's title or position at place of work)
22
23 This Defendant is sued in his/her (check one or both):
24    ☐ individual capacity          ☒ official capacity
25 This Defendant was acting under color of law because _defendant is a part_
26 _of another parties charades of witchery_
27 _____
28 _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Christopher Percy Gordon Blackwell     works at
      *Insert ¶ #*         *(full name of Defendant)*

2    2220 Colorado Ave Santa Monica CA 90404
3                 *(Defendant's place of work)*

4

5 Defendant's title or position is Universal Music Group (Re: Chris Blackwell)
                                  *(Defendant's title or position at place of work)*

6

7 This Defendant is sued in his/her (check one or both):

8    ☐ individual capacity              ☒ official capacity

9

10 This Defendant was acting under color of law because defendant is
   caught in witchcraft

11

12

13

14

15

16    ___. Defendant Darcus Beese        works at
17       *Insert ¶ #*         *(full name of Defendant)*

18    27 Old Gloucester Street, London, WC1N 3AX
                *(Defendant's place of work)*

19

20 Defendant's title or position is Island Records
21                            *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24    ☐ individual capacity             ☒ official capacity

25 This Defendant was acting under color of law because defendant is
26    caught in witchcraft

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Vice Media Group LLC                                    works at
2   *Insert ¶ #*            *(full name of Defendant)*
    49 S. 2nd Street, Brooklyn NY 11249
3                                        *(Defendant's place of work)*
4

5   Defendant's title or position is Owner: Shane Smith
                                      *(Defendant's title or position at place of work)*
6   This Defendant is sued in his/her (check one or both):
7       ☐ individual capacity              ☒ official capacity
8

9   This Defendant was acting under color of law because defendant is a
10  Canadian representation of another parties charades of
11  witchcraft
12

13

14

15

16  ___. Defendant Lionsgate Films                                        works at
17  *Insert ¶ #*            *(full name of Defendant)*
    2700 Colorado Ave Santa Monica CA
18                                       *(Defendant's place of work)*
19

20  Defendant's title or position is CEO Frank Giustra
21                                    *(Defendant's title or position at place of work)*
22

23  This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity              ☒ official capacity
25  This Defendant was acting under color of law because defendant is a
26  Canadian representation of another parties charades of
27  witchcraft
28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  _____. Defendant Sony Music Entertainment UK Ltd _____ works at
   *Insert ¶ #*                    *(full name of Defendant)*

2 2 Canal Reach, London N1C 4DB, United Kingdom
3                              *(Defendant's place of work)*

5 Defendant's title or position is CEO: Jason Iley
                              *(Defendant's title or position at place of work)*

6 This Defendant is sued in his/her (check one or both):

7  ☐ individual capacity        ☒ official capacity

9 This Defendant was acting under color of law because defendant owners
10 RCA which distributed for Ram Records from Louisiana
11 & the CEO Myra Smith died 3 days after I was born in 1989.
12 Defendant is caught in another parties charades of witchcraft

16  _____. Defendant Sony Music Berlin _____ works at
17   *Insert ¶ #*                    *(full name of Defendant)*

18 Bulowstraße 80, 10783 Berlin Germany
19                              *(Defendant's place of work)*

20 Defendant's title or position is Publisher (Re: David Ventura & Tim Major)
21                              *(Defendant's title or position at place of work)*

23 This Defendant is sued in his/her (check one or both):

24  ☐ individual capacity        ☒ official capacity

25 This Defendant was acting under color of law because defendant is caught
26 in another parties charades of witchcraft

## 80
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ____. Defendant _Atlanta Falcons_____ works at

*Insert ¶ #*                                *(full name of Defendant)*

2  _4400 Falcon Parkway, Flowery Branch, GA 30542_____

3                        *(Defendant's place of work)*

4

5  Defendant's title or position is _Football (CEO: Rich McKay)_

                        *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7  ☐ individual capacity          ☒ official capacity

8

9  This Defendant was acting under color of law because _defendant is a_

10 _part of another parties charades of witchery_____

11

12

13

14

15

16 ____. Defendant _Atlanta United 2_____ works at

*Insert ¶ #*                                *(full name of Defendant)*

17 _Bel Franklin Gateway SE. Marietta GA 30067_____

18                        *(Defendant's place of work)*

19

20 Defendant's title or position is _Soccer (Re: Steve Cooke)_

                        *(Defendant's title or position at place of work)*

21

22 This Defendant is sued in his/her (check one or both):

23 ☐ individual capacity          ☒ official capacity

24 This Defendant was acting under color of law because _defendant is a_

25 _part of another parties charades of witchery_____

26

27

28

81

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ____ Defendant  Scale AI                                                     works at
2   Insert ¶ #                    (full name of Defendant)
3  155 5ᵗʰ St, San Francisco, CA 94103
                                  (Defendant's place of work)
4
5  Defendant's title or position is  CEO: Alexandr Wang
6                                        (Defendant's title or position at place of work)
7  This Defendant is sued in his/her (check one or both):
8        ☐ individual capacity              ☒ official capacity
9
10 This Defendant was acting under color of law because defendant is a part of
11 the charades of witchcraft. Ex: Artificial Intelligence is the realm
12 of demons that are controlling the people. (Revelation 17:13- These
13 have one mind, and shall give their power and strength unto the beast.)
14
15
16 ____ Defendant  Ring LLC                                                     works at
17  Insert ¶ #                    (full name of Defendant)
18 1523 26ᵗʰ Street, Santa Monica CA 90904
                                  (Defendant's place of work)
19
20 Defendant's title or position is  CEO: Jamie Siminoff
21                                      (Defendant's title or position at place of work)
22
23 This Defendant is sued in his/her (check one or both):
24        ☐ individual capacity              ☒ official capacity
25 This Defendant was acting under color of law because defendant is a part of
26 the charades of witchcraft.
27
28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant The Diocese of Lancaster - England works at
Insert ¶ #                              (full name of Defendant)

The Pastoral Centre, Balmoral Road Lancaster LA1 3BT
                              (Defendant's place of work)

Defendant's title or position is Bishop Paul Swarbrick
                                   (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Example: DCFS placed my daughter
who got raped & DCFS covered it up in their system, they placed her
far away in Lancaster & told her she couldn't talk to me. Well, her
dad name is Paul & we both are protestant and filled with the holy
ghost & we both got attacked during this fight.

___. Defendant Diocese of Solsona                         works at
Insert ¶ #                              (full name of Defendant)

Placa del Palau Episcopal, 1, 25280 Solsona, Lleida, Spain
                              (Defendant's place of work)

Defendant's title or position is Francisco Simón Conesa Ferrer
                                   (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. Ex: The ERECTION Date for this church is July, 19, 1593
as a diocese. It's erection BULL is super universes (The such Superuniverses
is based on the Urantia Book) (The Urantia book is a spiritual book that comes from
chicago, Illinois. The Urantia is the great cult mystery that was founded
by William Sadler & his brother ___ Page Number ___ in law Wilfred Kellogg. The Bishop over
Diocese of Vic named Roman Casanova was over this Diocese prior to the Diocese
of Vic.                    Civil Rights Complaint Pursuant to U.S.C. § 1983

 **ACADEMIC**

*Academic Dictionaries and Encyclopedias*

| Enter text to search in dictionaries and encyclopedias | Search! |

Wikipedia

**Interpretations**

## Wikipedia

# List of mayors of Compton, California

List of mayors of Compton, California
This is a **list of** <u>Mayors</u> of <u>Compton, California</u>.

## Mayors

| Mayor | Term | Party |
|---|---|---|
| <u>C. A. Dickison</u> | 1924–1933 | Republican |
| <u>C. S. Smith</u> | 1933–1936 | Democratic |
| <u>A. Leroy Aylmer</u> | 1936–1941? | Republican |
| Roy W. Tarleton | 1945–1946? | Republican |
| Milton Andrew | 1946?–1946 | |
| Monte Snavely | 1946–1946 | Democratic |
| Harry T. Laugharn | 1946–1953 | |
| Frank G. Bussing | 1953–1957 | Republican |
| <u>Del M. Clawson</u> | 1957–1963 | Republican |
| <u>Chester R. Crain</u> | 1963–1969 | Democratic |
| <u>Douglas Dollarhide</u> | 1969–1973 | Democratic |
| <u>Doris A. Davis</u> | 1973–1977 | Democratic |
| <u>Lionel Cade</u> | 1977–1981 | Democratic |
| <u>Walter R. Tucker, Jr.</u> | 1981–1990 | Democratic |
| <u>Walter R. Tucker III</u> | 1991–1992 | Democratic |
| <u>Omar Bradley</u> | 1993–2001 | |
| <u>Eric J. Perrodin</u> | 2001–Present | |

## Mayoral races

(winners are in **bold**)

### Contents

- <u>1 Mayors</u>
- <u>2 Mayoral races</u>

← I was born August 26, 1909 @ Dominguez Hospital during the time Walter R. Tucker Jr was the Mayor of Compton. He died in 1990 after I was born and they did not fill the Mayor position until about 6 months to 1-year later. I used to live on Tucker/ Long Beach Blvd @ the Uptown Apts (sounds like Uptown Records) and I lived on Tucker/McDivitt which is LoL! 1 block away from Willow St & two blocks from Rose St in Compton (Oh The Irony) BigTime Witchcraft!!!

| Year | Winner | Runner-up |
|---|---|---|
| 2005 | Eric J. Perrodin<br>3,548 | Cecil W. Rhambo, Jr.<br>1,204 |
| 2001 | Omar Bradley<br>5,103 | Eric J. Perrodin<br>5,367 |
| 1997 | Omar Bradley | Unknown |
| 1993 | Omar Bradley<br>3,483 | Patricia A. Moore<br>3,134 |
| 1991* | Walter R. Tucker III<br>2,389 | Patricia A. Moore<br>1,863 |
| 1989 | Walter R. Tucker, Jr.<br> | E. Boyd (Chuck) Esters |
| 1985 | Walter R. Tucker, Jr.<br>6,588 | Maxcy D. Filer<br>1,065 |
| 1981 | Lionel Cade<br>2,791 | Walter R. Tucker, Jr.<br>4,338 |
| 1977 | Lionel Cade<br>3,494 | Walter R. Tucker, Jr.<br>3,184 |
| 1973 | Douglas Dollarhide<br>4,867 | Doris A. Davis<br>6,063 |
| 1969 | Douglas Dollarhide<br>5,711 | Walter R. Tucker, Jr.<br>4,072 |
| 1965 | Chester R. Crain | Conway Cooke |
| 1961 | Del Clawson<br>4,656 | Unopposed |
| 1953 | Frank G. Bussing | Edmund F. Shaheen |
| 1949 | Harry Laugharn | Unknown |
| 1933 | C. A. Dickison<br>855 | C. S. Smith<br>971 |
| 1929 | C. A. Dickison<br>1,001 | Ivy Clark<br>720 |

NOTE: If no incumbent, winner is listed first.

- (*) Special election to fill vacancy. Highest vote getter wins, even with less than 50% of vote.
  Categories:
- Lists of mayors of places in the United States
- Mayors of Compton, California
- Lists of people from California
- Los Angeles County, California geography stubs

*Wikimedia Foundation. 2010.*

Игры ☺   Нужно решить контрольную?                                   ☒

*(handwritten annotations):*

He ran against Patricia A. Moore (Britain/Europe) Patrick treasures of Universal Moores symbolically meaning and Patrick treasures of Universal Moores

He ran against E. Boyd (Chuck) Esters symbolically means Catholic Church and Eastern Stars (Italy)

② How I came to this conclusion? Easily, Patrick Arthur Powers distributed the first Mickey Cartoons which gave power to a beast plus my father is who they falsely labeled Beast is my (aware) (LOVE) and his name is Antonio Powers.

② Then (Chuck) Esters is a representation of my baby daddy (Hispanic) whose nickname is Chuck E and his family is Catholic then Esters can symbolize Eastern Stars because the 3 wise men followed the Star in the East to find Jesus



# Los Angeles Times

CALIFORNIA

## Hospital Closure in Long Beach Expected to Hit Compton Hard : Health care: After Dominguez Medical Center closes its doors May 31, many fixed-income residents will have to travel several miles to nearest county facility for treatment.

BY DAVID HALDANE

APRIL 21, 1991 12 AM PT

TIMES STAFF WRITER

LONG BEACH — The long halls of Dominguez Medical Center are almost deserted now.

The footsteps of the hospital's few remaining patients echo through the corridors. The voices of idle clerks and technicians waft along the walls. On a recent afternoon, maintenance workers stacked folding chairs in the main lobby following a job fair to help the facility's 550 non-physician employees find new jobs.

"We're all very sad," said an emergency room clerk who would not give her name. "We don't know what's going on. People are very upset."

Last month, National Medical Enterprises Inc., the Santa Monica-based firm that has owned the 250-bed acute-care hospital since 1969, announced that financial losses would force it to close the facility--located near Artesia Boulevard on the border of Compton and North Long Beach--on May 31.

The hospital stopped accepting non-emergency patients two weeks ago. And at the end of the month, administrators say, the facility's emergency room also will shut its doors while the hospital maintains services only for outpatients and a handful of others who remain.

Compton officials said the closure of Dominguez, the closest medical facility to Compton, will be devastating to the community. Many indigent and fixed-income residents probably will have to travel several miles to the nearest county facility--Martin Luther King Jr.-Drew Medical Center in Watts--to receive medical care, officials said.

For emergencies, even the closest private hospitals will be at least five minutes farther by ambulance from most Compton locations, officials said.

"It's going to impact us terribly," Compton Councilwoman Patricia A. Moore said. "Our people will have to go to other hospitals where they will be at the low end of the totem pole. It will be a terribly long wait."

Besides endangering lives, she said, the longer distances will drive up the budget for the city's ambulance service, which is supported by taxpayers.

David Langness, vice president of communications for the Hospital Council of Southern California, said that the loss of Dominguez--which averages 1,300 emergency visits a month--will place an added burden on an already overtaxed health-care system, especially for patients who are indigent or on fixed incomes and receiving government aid.

"They will have a more difficult time finding care," Langness said, referring to patients on MediCare and MediCal, the federal and state health programs. "You will find more patients winding up in the county system and those who go to private hospitals will face longer waits and more difficulty in getting treatment."

But officials at National Medical Enterprises and other area hospitals disagreed.

"It's regrettable that any hospital has to close," said Neil Sorrentino, an executive vice president for National Medical, which owns 37 other hospitals worldwide. "But we don't

honestly believe that it will create a major void because there are other hospitals in the area that can pick up the slack."

Spokesmen for several nearby hospitals--including St. Francis in Lynwood, Charter Suburban in Paramount and Memorial in Long Beach--also said their hospitals should be able to handle increased demands.

Ironically, it was the large number of fixed-income patients treated at Dominguez that led to the center's financial losses, which totaled about $16 million over the last three years, Sorrentino said.

In recent years, Sorrentino said, about 85% of the hospital's average 30,000 patients a year were either indigent or received government health-care subsidies. But the state and federal governments, pinched by budget restraints, have not reimbursed the hospital adequately for treating those patients. "The reimbursement has not kept up with hospital costs," Sorrentino said.

Officials at National Medical Enterprises said they plan to have the building demolished if they can't find a buyer.

Compton officials say they are talking to medical firms around the country to try to find a buyer for the failing hospital, but so far have been unsuccessful.

Officials in Long Beach, while decrying the loss of the hospital, say that residents of their city will be less affected by the closure because of the proximity of other hospitals.

But that is little consolation for Esther Washington, 66, a Compton resident who has been coming to the hospital for years for various medical treatments.

Washington, who lives on a fixed income, said she probably will have to go to the county medical center in Watts after Dominguez closes.

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    MAILPLUS    Upgrade Now

# WORKED AT THE PALLADIUM

Starred    Search in starred...    Advanced ∨

Home

Compose

← Back    Archive    Move    Delete    Spam

Inbox        2.1K
Unread
**Starred**
Drafts          5
Sent
Archive
Spam
Trash
∧ Less

Views        Hide
Photos
Documents
Emails to myself
Subscriptions
Receipts
Credits
Travel

Folders      Hide
+ New Folder
Notes

To: <familyrise2023@gmail.com>

--------- Forwarded message ---------
From: Singleton Brite Cleaning <hello@sbritecleaning.com>
Date: Wed, Aug 24, 2022, 5:55 PM
Subject: Cleaning Crew Invite
To: <heyshanaepray@gmail.com>

Hi Victoria,

Thank you for your interest in joining our cleaning crew at the
Hollywood Palladium/The Wiltern. We are happy to extend
an invitation to have you join our team. Please do not hesitate to reach
out to either of us at any time for any questions or concerns.

818.452.8566 (Alicia) / 310.909.4986 (Amir)

**Scheduled Shifts**
Friday, August 26, 2022, @ The Wiltern 5:30 PM - 2:00 AM.
Saturday, August 27, 2022, @ The Wiltern 5:30 PM - 2:00 AM.

**Calendar of Events**
The calendar of events for August and September is attached.

**Uniform**
Please wear a black (no patterns or logos) shirt and pants, and
comfortable closed-toe rubber/tennis shoes (shoes do not need to be
black). Leggings are OK as long as they're not see-through. No ripped
jeans or crocs.

**Identification**
Please arrive 15-20 minutes earlier than your scheduled shift to
complete new hire paperwork upon arrival. Also, please bring
documents for employment eligibility verification. Acceptable
documents include US Passport **OR** Driver's license or ID issued by a
state or outlying possession of the United States provided it contains a
photograph or information such as name, date of birth, gender, height,
eye color, and address _AND_ Social Security Card.

**Parking**
"Hollywood Palladium" staff parking is located at the VIACOM
parking lot. 1500 El Centro Ave. Take a parking ticket and go to the left
to go down to the 2nd level. You can park anywhere on the 2nd level
and below. Parking validation will be provided at the end of your shift.

"The Wiltern" staff parking is located at 3785 Wilshire Blvd. The
entrance to the parking lot is on Oxford St. Enter on the RETAIL
parking side of the lot - do NOT park on the Residence side of the lot.

Victoria ॰
familyrise2023@gmail.com
+ Add to contacts

← On my birthday I
worked at the Wiltern
Cleaning after a Rock Band
Concert (August 26th, 2022)

← On August 27th, 2022
I worked at the Wiltern
for a K-POP Concert

← On August 31st, 2022
I worked at the Palladium
for the BLXST concert then
was let go from the cleaning
job for NO REASON just like
other jobs I have taken
throughout my life. However,
I believed it had to do with
who I am, the connection
with LIVE NATION and
somebody recognizing who
I am while I was working.

Definitions: PALLADIUM

① In Greek & Roman Mythology, the Palladium or Palladion ( Greek ) ( Latin )
was a cult image of great antiquity on which the safety of
Troy and late Rome was to depend, the wooden statue of Pallas
Athena. Since 1600, the word Palladium has been used figuratively
to mean anything believed to provide protection or safety.

12/27/23, 7:28 PM (2,127 unread) - dillihuntvictoria@yahoo.com - Yahoo Mail



HOME SEED NEWS FINANCE SPORTS ENTERTAINMENT LIFE SEARCH SHOPPING [ ] PLUS Upgrade Now

Starred ∨    Search in starred...    Advanced ∨    Home

Compose    ← Back  ↩  ⤺  ⤻  ⬛ Archive  ↪ Move  🗑 Delete  💬 Spam

Inbox    2.1K    Fwd: Daniel Hoang    Yahoo/Inbox ⭐

Unread
Starred                    Shanae                    Sun, Dec 3 at 12:27 AM ⭐
Drafts    S            From:
                        heyshanaepray@gmail.com
Sent                    To:
Archive                 dillihuntvictoria@yahoo.com
Spam
Trash            --------- Forwarded message ---------
                 From: V Dillihunt <ramrecordz@gmail.com>
~ Less           Date: Fri, Jul 29, 2022, 9:53 AM
                 Subject: Daniel Hoang
Views    Hide    To: <heyshanaepray@gmail.com>

Photos           If you give this to DCFS then that keeps giving them power to
                 fabricate documents on me and my family. He has my daughter
Documents        talking about he hates me. He's told her she's going with her paternal
Emails to myself grandmother. They took my visits away since the beginning of this
                 case and all they have done is make moves to keep me and my
Subscriptions    children further and further a part. I have a recording that I recorded
Receipts         while talking to Miracle's foster sister. That lady is lying on Richards
                 behalf she told me he told her to avoid my calls. He's mad bcuz I
Credits          sent that first complaint about his professional negligence. The lady
Travel           said it out from her own mouth that I could have been had my kids back
                 but that Richard is working against me... This is madness, he hadn't
                 spoken to me in over a month. Stop giving him power bcuz he's
Folders   Hide   misusing it and every time I go to expose them this is the mess I get.
                 They can't keep using my kids as child soldiers to keep me quiet but
+ New Folder     then keep attacking me my depriving all my attempts to get my kids
Notes            back. DCFS is playing the courts against the parents.

                        ↩  ⤺  ↪  ⋯

            Reply, Reply All or Forward

─ Vietnamese Attorney who advised me to take my
case higher after I was indirectly
booth @ Children's Court during
my 2hr trial about my case,
the violations, set up, lack of
support, and sabotage from
DCFS officials using influential
peddling in their attempt to cover
their tracks for the things they
did to me and my family without
cause.
            This was July 2022

12/27/23, 7:29 PM          (2,127 unread) - dillihuntvictoria@yahoo.com - Yahoo Mail



Starred    Search in starred...    Advanced ⌄                                      HOME

← Back  ↩  ↩  →  ▣ Archive  ☒ Move  🗑 Delete  🚫 Spam

Inbox        2.1K
Unread
Starred
Drafts
Sent
Archive
Spam
Trash
~ Less

--------- Forwarded message ---------
From: **Rising Above Measure** <dillihunt <dillihunt@gmail.com>>
Date: Tue, Aug 17, 2021 at 10:16 PM
Subject: Organized Crimers attacks again
To: victoriusovercomer@icloud.com <victoriusovercomer@icloud.com>

Can you please speak to the person over DCFS department and see if I can get a monitor because I feel like that is a direct attack on my daughter.

See on August 11th she supposedly ran away but truth be told I know it was organized because they did it the day before court but they didn't know I already spoke to you and my court was hearing was extended.
1) bouz the police called me and told me instead of my oldest or the caretaker. However, the foster mom seen her in the streets at 3 pm, she pulled up on her with my oldest daughter, asked her to get in she said No so the lady sped off while telling my oldest daughter that the police willing pick up Miracle. The lady should have never left and waited for the cops to arrive. However, her husband is a retired cop so she had no real concern letting her be in the streets because she knew what was going on(my assumption that was confirmed by the following list of behaviors)
2)The police tried to detain me after acting like he was coming to speak with me about Miracle while I was at the beach but instead he really came to search my car and interrogate me upon not finding Miracle like he thought he would; he decided he was going to try and detain me for talking to Meriya(all of a sudden when supposedly they came for Miracle) (they were looking for another way to cross me up) so arresting me talking about the restraining order pertaining to Meriya was their goal until I told them it was overruled by Children Court. (They didn't want me talking to Meriya and finding out about the lady seeing Miracle in the streets, pulling up on her, then speeding off while leaving her in the streets)
3) Then, I was with missing children detective and they kept interrogating me like they knew I had her but I didn't have her so I left their office and instead of going to LA from Long Beach; I went to Orange County instead( thank God I followed my intuition because normally I stop in Compton at Circle K every time I'm on my way home or I'm leaving my house).
4) Then, I got a call at midnight saying they found her in Compton at a store I always go to(but she's NEVER been to that Circle K with me before however, she knows the owner from his old store).
5)I personally know that store owner deals with the cops so that also told on they using my daughter as bait.

Organized Crime just like every time they keep sabotaging all my attempts to get my kids back with circumstances they intentionally have come my way, people they send to attack me, gaslighting techniques, gang stalking tactics, etc.

Views         Hide
🖼 Photos
📄 Documents
👥 Emails to myself
🔁 Subscriptions
🧾 Receipts
💳 Credits
✈ Travel

Folders       Hide
+ New Folder
Notes

Shanae  Q
heyshanaepray@gmail.com
+ Add to contacts.

← Another email to Daniel Hoang about my children, my rights that were constantly violated, and the lack of support from government officials. This was August 2021



Exhibit 3. Notice the change of dates however
the dollar amounts stayed the same. Now,
what I can say is I received a notice every
time I began working to stand up for
myself so it was like they were trying
to Blackmail me into staying quiet
as they violated me without any remorse
for my well being and what makes things
worst is Everybody violating me played VICTIM & I
Was the VILLIAN.





The Serpent Stole Her Seed & Made them His Own through Sorcery, Education, Jobs, etc

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

___. Insert ¶ # Romans 8:28 - And we know that all things work together for good to them that love God, to them who are the called according to his purpose. Matthew 11:25 - At that time Jesus answered, and said, I thank thee, O Father, Lord of heaven and earth, because thou hast hid these things from the wise and prudent, and hast revealed them unto babes. ✱ Matthew 11:25 is why the Elite has always went after the children: ① Looking for the lamb and bride in order

___. Insert ¶ # to pervert (twisted truth) their identity, image, and beliefs so that the Elite could rob them of their destiny. ② To steal from the youth their innocence (perversion as a weapon), creative ability from a pure form, and to rob and/or kill and God given insight, visions, or dreams (if they robbed them it was for capitalization and if they killed their gift it is to make sure nobody could see their true motive, expose their tactics, and overturn their position that was built from stolen

___. Insert ¶ # power). Matthew 12:24-27 (24) But when the Pharisees heard it, they said, This fellow doth not cast out devils, but by Beelzebub the prince of devils. (25) And Jesus knew their thoughts, and said unto them, Every kingdom divided against itself is brought to desolation, and every city or house divided against itself shall not stand: (26) And if Satan cast out Satan, he is divided against himself; how shall then his kingdom stand? (27) And if I by Beelzebub cast out devils, by whom do your children cast them out? therefore they shall be your judges. ✱ Matthew 12:24-27 = This passage of scripture is

verse 24

1  . a revealer of multiple truths. Here are a few: ① Beelzebub
2  Insert ¶ # in Greek (G954) is beelzeboul meaning dung-god; beelzebul, a
3  name of Satan, Baal of (the) Fly, and in Hebrew (H1168) it would
4  be Baal, a Phoenician diety, (H1167) it is a master, owner (like slavery)
5  confederate (with H1235), adversary and according to (H1166) Baal means
6  to have dominion (over) wife (like pimping and hoeing). ② Beelzebub
7  (Beelzebul & Ba'al) are the prince of Satan (devils/demons). Job 41:34
8  ⑩ He beholdeth all high things: he is a king over all the
9

10  . children of pride.* Job 41:34 is referring to Leviathan
11  Insert ¶ #. as being the King over the children of pride. John 8: 42-45 says
12  ② Jesus said unto them, If God were your Father, ye would
13  love me: for I proceeded forth and came from God; neither
14  came I of myself, but he sent me. ④ Why do ye not understand
15  my speech? even because ye cannot hear my word. ④ Ye
16  are of your father the devil, and the lusts of your father
17  ye will do. He was a murderer from the beginning, and
18
19
20  . abode not in the truth, because there is no truth
21  Insert ¶ #. in him. When he speaketh a lie, he speaketh of his
22  own: for he is a liar, and the father of it. ④⑤ And
23  because I tell you the truth, ye believe me not.
24  Genesis 3:14-16 ⑭ And the LORD God said unto the serpent, Because
25  thou hast done this, thou art cursed above all cattle, and above
26  every beast of the field; upon thy belly shalt thou go, and
27  dust shalt thou eat all the days of thy life: ⑮ And I
28  will put enmity between thee and the woman, and

**15 B**

Page Number

1 _____. between thy seed and her seed; it shall bruise thy
2 _Insert ¶ #_ head, and thou shalt bruise his head [16] Unto the woman he
3 said, I will greatly multiply thy sorrow and thy conception;
4 in sorrow thou shalt bring forth children, and thy desire
5 shall be to thy husband, and he shall rule over thee.
6 Summary: Matthew 12:24 (paraphrased) Beelzebub the prince of devils aka Ba'al
7 Job 41:34 (paraphrased) King over the children of pride, John 8:44 (paraphrased)
8 Ye are of your father the devil, Genesis 3:14 (paraphrased) And the LORD
9

10 _____. God said unto the serpent, because thou hast done this, thou
11 _Insert ¶ #_ art cursed above all cattle, and above every beast of the field.
12 All these passages of scripture define different identities of
13 the enemy of God (King of kings and LORD of lords) while using different
14 names but speaking about the same spirit (ex: Beelzebub, King, Father,
15 the devil, and serpent). When speaking about his seed they are
16 devils & children of pride, drug dealers (pharmaceuticals and big
17 companies, etc) and to verify this passage is talking about
18

19 _____. people in the positions to lead by example the sheep that they are
20 _Insert ¶ #_ supposed to be watching or governing is because in Genesis 3:14 (paraphrased)
21 God told the serpent that because of what he did (which was to
22 use manipulation, deception, and perversion (a twisted truth based off of envy,
23 wrong motives, twisting words that mislead people from GOD's Real
24 Truth in order to gain control of their lives, and misrepresenting
25 the TRUE God all in the while replicating God so that the
26 people will serve the creature more than the creator) beyond
27 that the serpent would be cursed above all the cattle
28

**15 C**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ... and every beast of the field. Right here in Genesis 3:14-
2  *Insert ¶ #*  Satan has become cursed because of his cunning ways that
3  deceived Eve into leading Adam to rebel against God. After
4  being rebuked by God in Genesis 3:15, The LORD says to the
5  serpent that he would put enmity between him and the woman
6  and between his seed and the womans seed... When God
7  was speaking about the serpent seed and the woman's seed
8  there's a distinction between the two that I will like.
9

10  ... To clarify for the sake of Gods undeniable TRUTH.
11  *Insert ¶ #*  (A) First of all, MAN came before Woman when it comes to
12  the order of how God created humanity. (B) Secondly, MAN
13  carry the seed of life, women carry the eggs that becomes
14  impregnated by the mans seed, and then she carries
15  the seed of life until the time is right to give Birth (that
16  sounds like birthright). (C) Thirdly, the woman gives birth to her
17  child however in this case she gave birth to the serpents
18
19
20  ... seed first (due to her disobeying the divine instructions given to
*Insert ¶ #*
21  her husband) that's why many say she slept with the serpent
22  but the truth behind Eve's fall is that she was deceived. So,
23  before we talk about her seed let me explain her proclamation
24  of being deceived (beguiled). First off, Eve was NOT created
25  when GOD spoke to Adam and told him not to eat of the tree of
26  knowledge. Also Adam had dominion over Gods enemy
27  because he was given responsibility to dress (H5647=to serve), keep (H8104=to protect)
28  and he was given authority over the animals (wasn't

**15 D**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

D

Insert ¶ #

1  it a serpent which is an animal who knew the Word but
2  twisted it in order to deceive Eve?). Due to the fact that Eve
3  came from Adams rib that made her spiritually aware
4  of what God told Adam. However, the serpent understood
5  the Power of Gods Word that's why he did not go
6  straight to Adam because Adam had the spirit
7  of God (God blew the breath of life into Adam when He created Him)
8  so Adam would discern the deception and also

Insert ¶ #

10  . Adam had dominion over the animals. But Eve had
11  not the Spirit of God, had not heard God speak to her
12  yet, and did not understand the Power of the Word of
13  God being God Himself. ② Eve was questioned by the serpent
14  about what God said pertaining to the trees in
15  the garden (Genesis 3:1- Now the serpent was more subtil
16  than any beast of the field which the LORD God had made.
17  And he said unto the woman, Yea, hath God said, Ye shall

Insert ¶ #

20  not eat of every tree of the garden? ) Let's break down Genesis 3:1
21  in Hebrew: Serpent (H5175= nâchâsh) meaning a snake from its hiss
22  or according to H5172= nâchash meaning to hiss, whisper a (magic) spell;
23  prognosticate (predict, foretell, indicate by signs, omen, (augur according to
24  ancient Rome is a religious official who interpreted omens to guide public
25  policy. Augurs are in the regions of Rome, Roma, Eternal City, Italian capital,
26  capital of Italy) because they indicate by signs and these signs bork
27  bad news), divine, enchanter, use enchantment, learn by experience,
28  (idiom) indeed, diligently observe (* in my opinion just like an observatory).

---

**15 E**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  __.__ was (H1961 = hâyâh) meaning to exist, be or become, come
Insert ¶ #
2  to pass, beacon (ⓐ a fire (usually on a hill or tower) that can be seen from a
3  distance ⓑ A radio station that broadcasts a directional signal for
4  navigational purposes, ⓒ a tower with a light that gives warning of
5  shoals to passing ships. ⓓ came, ⓔ has been, ⓕ were happened.
6  subtil (H6175 = ârûwm) meaning cunning (shrewdness as demonstrated
7  by being skilled in deception), crafty, prudent. beast (H2416 = chay)
8  meaning appetite, (wild) beast, company, congregation, maintenance,
9

10  __.__ (phrase) merry, multitude. field (H7704 = sâdeh) meaning to
11  Insert ¶ #
   spread out country, ground, land, soil. LORD (H3068 = Yᵉhôvâh)
12  meaning (the) self-Existent or Eternal; Jehovah or according to H3050 =
13  Yahh meaning the same, Jah, the sacred name, Jah, the Lord, most
14  vehement. God (H430 = 'ĕlôhîym) meaning gods in ordinary sense
15  but specifically used of the supreme God or according to H433 = 'ĕlôwahh
16  meaning a deity.) Now, that I have broken down some of
17  the words from Genesis 3:1 in Hebrew we can finally see
18

19  __.__ why Eve felt like she was deceived (beguiled) by the
20  Insert ¶ #
   Serpent. The serpent manipulated (twisted) The word of God which
21  caused Eve to be bewitched by the serpents spell or
22  enchantment. The way the serpent was able to bewitch
23  Eve started with a question based upon him observing & (spying)
24  and studying The Word of God (John 1:1 - In the beginning
25  was The Word, and the Word was with God, and the Word
26  was God. John 1:2 The same was in the beginning with
27  God). The serpent was once with God so he studied God

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    . who is The Word and that is how he was able to
2  Insert ¶ #  bewitch Eve with the word because she hadn't had a
3  chance to get to know God before the serpent (sorcerer,
4  magician, wizard, necromancer (one who practices divination by
5  conjuring up the dead) (conjuring means calling up a spirit (spirit is
6  defined as ① the vital principle or animating force within living things, ② the
7  general atmosphere of a place or situation and the effect it has on people,
8  ③ a fundamental emotional and activating principle determining one's
9

10    . character ④ any incorporeal supernatural being that can become
11  Insert ¶ #  phones, TV, movies, etc.
   visible (or audible) to human beings, ⑤ the state of a person's emotions
12  (especially with regard to pleasure or dejection) ⑥ animation; and energy
13  in action or expression, ⑦ the intended meaning of a communication). Conjuring
14  means calling up a spirit or devil (devil is defined as ① an evil supernatural
15  being, ② a word used in exclamation of confusion, ③ a rowdy or mischievous
16  person, ④ a cruel wicked and inhumane person) Ephesians 6:12 - For
17  we wrestle not against flesh and blood, but against principalities,
18
19    . against powers, against the rulers of darkness of this
20  Insert ¶ #  world, against spiritual wickedness in high places.) Eve
21  was under the enchantment of the serpents word curse
22  Genesis 3:4 And the serpent said unto the woman, Ye
23  shall not surely die. Genesis 3:5 - For God doth know that
24  in the day ye eat thereof, then your eyes shall be opened,
25  and ye shall be as gods, knowing good and evil. Genesis 3:6
26  And when the woman saw that the tree was good for food, and that
27  it was pleasant to the eyes, and a tree to be desired to make

**15 G**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

G

_____. one wise, she took of the fruit thereof, and did eat, and gave also unto her husband with her; and he did eat. Genesis 3:7 And the eyes of them both were opened, and they knew that they were naked, and they sewed fig leaves together, and made themselves aprons. Genesis 3:8 And they heard the voice of the LORD God walking in the garden in the cool of the day: and Adam and his wife hid themselves from the presence of the LORD God

Insert ¶ #

_____. amongst the trees of the garden. * In Genesis 3:4 The serpent gives Eve a false promise & reassurance that she will not really die (he was speaking about the flesh of Eve but GOD was speaking about the spiritual connection between Him and humanity). In Genesis 3:5-7 The serpent verbally painted Eve a mental picture that gave her a different perspective about herself while she was barely beginning to find out why she was created. So basically, she didn't even

Insert ¶ #

_____. have an ideal yet of who she was and why she was created. So when the serpent verbally painted her a mental picture of her eyes being opened and her having the ability to be as gods that enticed her to eat due to her own lack of knowledge of God, herself, her husband, and their unity as a covenant. She gave it to Adam thinking that he wanted to know who he was as well due to the fact that she came from his rib but what Eve did not know was that Adam was the one that would give her the answers to who she was and he would

Insert ¶ #

**15 H**
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. be the one to name her. However, due to Eve being Adams
2 *Insert ¶ #* rib and them being joined together by way of the spirit it
3 caused Adam to eat as well because they were still one
4 even though God made two (because she came from him). However,
5 due to Eve listening to the serpent she became King in the serpents
6 Kingdom (feminist agenda) and her demonic authority drove her
7 which still conflicted with Adams authority and that caused strange
8 fire which is still a form of sorcery. Thats how they realized that

10 ___. they were naked, they had the knowledge to get fig leaves
11 *Insert ¶ #* and so them together to cover their nakedness and they named
12 them aprons. In Genesis 3:8 Adam and his wife HID themselves
13 from the presence of the LORD God amongst the trees of the
14 garden. This is how you know that they were deceived because they
15 really believed that they could hide from GOD. As if He wouldn't know that
16 they were walking in a false light (sorcery) when it may have appeared
17 to look like GOD but it didn't have the characteristics of God due

20 ___. to eating from the tree of Knowledge. See, they had the image
21 *Insert ¶ #* of God but not the HEART (motive behind why they did/do the things that
22 they did/do) of the LORD. That was their fall because they got
23 caught in the Intellectual side of life while forgetting to
24 live by way of the spirit of the LORD. ✱✱✱ⓔ Moving past
25 this topic because it's alot I can breakdown, lets now get to
26 her seed. Genesis 4: 1-2 says ①And Adam knew Eve his wife; and
27 she conceived, and bare Cain, and said, I have gotten a man
28 from the LORD. ② And she again bare his brother Abel. And

**15 I**
Page Number

1    . Abel was a keeper of sheep, but Cain was a tiller of the

Insert ¶ #

2    ground. Genesis 4:7-8 says: If thou doest well, shalt thou

3    not be accepted? and if thou doest not well, sin lieth

4    the door. And unto thee shall be his desire, and thou shalt

5    rule over him. And Cain talked with Abel his brother:

6    and it came to pass, when they were in the field, that

7    Cain rose up against Abel his brother, and slew him.

8    *Both sons came out of Eve however the difference

10   . between the two was the intent of their hearts. Cain

Insert ¶ #

11   (serpent seed) had jealousy/envy towards Abel so he killed Abel

12   for nothing, that Abel did wrong to him. Abel (chosen seed) was

13   only doing what the LORD put on his heart to do. Now Genesis 4:7

14   (paraphrased) is the LORD basically telling Cain why his offering

15   wasn't pleasant in Gods eyes. What God was saying was that

16   The MOTIVE of WHY you do, create, or speak something

17   will determine in Gods eyes whether He is pleased. IF your motive

19   . is good he will see that but if your motive is bad then the

Insert ¶ #

20   enemy will play off of that. The serpent seeds are ill-willed

21   towards others, they devise evil things, they are haters of God, etc.

22   Her seed LOVE GOD with their heart, they're not perfect, they have

23   issues, however they are not out for self at the expense of somebody

24   else, they don't intentionally devise plans, plots, systems, groups,

25   etc to hurt others. They are Genuine, Broken, Rejected, Persecuted,

26   different, etc. The matter (motive) of their heart is to improve

27   the lives of others. Last but not least THEY LOVE JESUS CHRIST of

NAZARETH!

Civil Rights Complaint Pursuant to U.S.C. § 1983

J

Year WWW+Melele lets you see the TRUTH

1  . In year WWW B.C. There was a king named Ashurbanipal
2  Insert ¶ # who ruled the Assyrian Empire. They labeled him the
3  Genocidal King. He constructed the Library of Ashurbanipal
4  which was located in Ninevah, a city located in modern-day Iraq.
5  In year WWW in the Middle East the death of Ramla bint Abi
6  Sufyan, a wife of Muhammad died. In year Melele The French
7  Academy of Sciences was founded by Louis XIV. In Melele,
8  Isaac Newton discovered the spectrum of light, worked out
9

10  . his system of Fluxions the precursor of modern calculus, and
11  Insert ¶ # then started considering gravity. **I put all this together to let
12  you understand the serpents seed from another aspect now all
13  those highlighted areas are learned history so let me show you how
14  I broke down the drug field that explains the perversion that has
15  affected America but started on the other side of the world that is
16  governed by Britain (U.K.), Italy (Vatican), etc. 1) Adam & Eve's first son
17  is Cain who killed his brother Abel. Cain = Cocaine (Paisas) or
18

19  . Crack Cocaine (Blacks) that's Genesis 4:8 where Cain killed Abel.
20  Insert ¶ # Genesis 4:11 is where God curses Cain for killing his brother HOWEVER
21  this verse has been twisted (perverted too). Genesis 4:11- And now art thou
22  cursed from the earth, which hath opened her mouth to receive thy
23  brother's blood from thy hand;. * In this verse of scripture, Cain
24  who is the builder of the city (Genesis 4:17- And Cain knew his wife; and
25  she conceived, and bare Enoch: and he builded a city, and called
26  the name of the city, after the name of his son, Enoch) has transferred
27  his curse through the arts and artist in order to get back
28

**15 K**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

_____ . at God because of him killing his brother out of jealousy.

*Insert ¶ #*

Basically, the creative arts are weapons of sorcery against humanity in order mock God. Prime example of the twist in the Bible we call Gods Word **Scriptures** however in the industry of film when you're reading a piece for a part they call that a **script**. When we read the Bible we say chapter 3 **verse.** ② of whatever book we're reading. When people talk about music you may hear somebody say his **verses** were hot!

_____ . You may also hear them say his **bars** are fire (bars

*Insert ¶ #*

really symbolize a mental prison). The World has been stealing Gods word then creating a twisted version of the word as they steal from God to make money for Satan. Now, Back to drugs. In Genesis 9:20-25 Noah is drunk from wine and passes out after being in the Ark for 40 days that it was flooding; Noah had 3 sons Shem, Japheth, and Ham. Ham walked in on Noah passed out and naked so he goes and tells

_____ . his brothers. His brothers walk in the room backwards

*Insert ¶ #*

and covers up their dad. When Noah wakes up he says, Cursed be Cana cu (for the perversion). The enemy twists up this story for drugs because Ham had a son named Cush (that's marijuana) and out of jealousy of Shem being blessed by God he turned shem into Sherm (water because it was a flood) and he also turns Shem which is the bloodline Jesus is to come from (during those times) into a He/She. ③ Revelation 6:8 (Pale Horse) symbolizes fentanyl ④ Revelations 6:5 (Black Horse) symbolizes Heroin Revelation 4:io (see crystal clear as glass) symbolizes Meth (crystal)

**15 L**

Page Numb-

Science is 6666

Why they build a drug empire to try to destroy my faith?

ONLY CHEMIST created drugs

SOUTH AMERICA

The AntiChrist's Kingdom drugged us to set up the Blacks to fall for what they did!!

1  · Genesis 2:7 And the LORD God formed man of the dust of
   *Insert ¶ #*
2  the ground, and breathed into his nostrils the breath of life;
3  and man became a living soul. **** Hebrew Definitions:
4  ①LORD (H3068) in Hebrew is Yehovah ②formed (H3335) in Hebrew
5  is yâtsar meaning to mould into a form and/or to purpose.
6  ③Dust (H6083) in Hebrew is 'aphar meaning earth, powder, clay, etc
7  ④Ground (H127) in Hebrew is 'adamah meaning husbandman, soil (from its redness)
8  country, land, etc. ⑤Breathed (H5301) in Hebrew is naphach
9
10
11 ___. meaning to kindle, to puff, blow, give up, cause to lose (life),
   *Insert ¶ #*
12 snuff, see thing (extremely angry) ⑥Nostrils (H639) in Hebrew is
13 'aph meaning forehead, forebearing, anger (-gry), suffering, wrath, etc.
14 ⑦Breath (H5397) in Hebrew is neshâmâh meaning vital breath,
15 divine inspiration, intellect, spirit, etc ⑧life (H2416) in Hebrew
16 is chay meaning alive, raw (flesh), fresh (plant, water, year),
17 strong, (wild) beast, company, congregation, running, etc.
18 ⑨Soul (H5315) in Hebrew is nephesh meaning will.
19
20 *** The backwards twist and witchery of the
   *Insert ¶ #*
21 scripture breaks down to this: Ye (Kanye West) and
22 Hovah (Jay-Z) purpose came from powder land which
23 is South America's ways to kindle anger, suffering, and
24 wrath as the vital breath, divine inspiration & intellect,
25 coming alive as a wild beast in every company & congregation
26 running on Satan's will. (let's verify with scripture) Revelation 13:11,15
27 ⑪And I beheld another beast coming up out of the earth; and he had two horns like a lamb,
28 and he spake as a dragon. ⑮And he had power to give life unto the image of the beast, that the
   image of the beast should both speak, and cause that as many as would not worship the
   image of the beast should be killed. **15M** Revelation 4:6- And before the throne there was a sea
   *Page Number*
   of glass like unto crystal: and in the midst of the throne, and round about the throne,
   **Civil Rights Complaint Pursuant to U.S.C. § 1983**
   were four beast full of eyes before and behind. Revelation 6:8- And I looked, and
   behold a pale horse: and his name that sat on him was Death, and Hell followed
   with him. And power was given unto them over a fourth part of the earth.

# Matthew 4:1-11                Jesus Tempted

1. Then was Jesus led up of the Spirit into the wilderness to
be tempted of the devil. ② And when he had fasted 40 days and
forty nights, he was afterward an hungered. ③ And when the
tempter came to him, he said, if thou be the Son of God, command
that these stones be made bread. ④ But he answered and said,
It is written, Man, shall not live by bread alone, but by every word
that proceedeth out of the mouth of God. ⑤ Then the devil taketh
him up into the holy city, and setteth him on a pinnacle of the
temple, ⑥ And saith unto him, If thou be the Son of God, cast
thyself down: for it is written, He shall give his angels charge
concerning thee: and in their hands they shall bear thee
up, lest at any time thou dash thy foot against a stone.
⑦ Jesus said unto him, It is written again, Thou shalt
not tempt the Lord thy God. ⑧ Again, the devil taketh
him up into an exceeding high mountain, and sheweth
him all the kingdoms of the world, and the glory of them;
⑨ And saith unto him, All these things will I give thee,
if thou wilt fall down and worship me. ⑩ Then saith Jesus
unto him, Get thee hence, Satan: for it is written, Thou shalt
worship the LORD thy God, and him only shalt thou serve.
⑪ Then the devil leaveth him, and behold angels came and ministered unto
him.   A few definitions in street terminology: Stones = Masons,
companies, congregations, companies, drugs (rocks), etc. and
Bread = Money.

Civil Rights Complaint Pursuant to U.S.C. § 1983

MARK 13:1

1 ① And as he went out of the temple, one of his disciples
*Insert ¶ #*
2 saith unto him, Master, see what manner of stones and what
3 buildings are here! ② And Jesus answering said unto him, Seest
4 thou these great buildings? there shall not be left one stone
5 upon another, that shall not be thrown down. ③ And as he
6 sat upon the mount of Olives over against the temple, Peter
7 and James and John and Andrew asked him privately,
8 ④ Tell us, when shall these things be? and what shall be

10 the sign when all these things shall be fulfilled? ⑤ And Jesus
*Insert ¶ #*
11 answering them began to say, Take heed lest any man deceive
12 you: ⑥ For many shall come in my name, saying, I am
13 Christ; and shall deceive many. ⑦ And when ye shall hear
14 of wars and rumors of wars, be ye not troubled: for such
15 things must needs be; but the end shall not be yet. ⑧ For nation
16 shall rise against nation, and kingdom against kingdom: and
17 there shall be earthquakes in divers places, and there shall

19 be famines and troubles: these are the beginning of sorrows.
*Insert ¶ #*
21 ⑨ But take heed to yourselves: for they shall deliver you up to
22 councils; and in the synagogues ye shall be beaten: and ye shall
23 be brought before rulers and kings for my sake, for a
24 testimony against them.

Civil Rights Complaint Pursuant to U.S.C. § 1983

Romans 11:1-12

①. I say then, Hath God cast away his people? God forbid.

*Insert ¶ #*

For I also am an Israelite, of the seed of Abraham, of the tribe of Benjamin. ② God hath not cast away his people which he foreknew. Wot ye not what the scripture saith of Elijah? How he maketh intercession to God against Israel saying ③ LORD, they have killed thy prophets, and digged down thine altars; and I am left alone, and they seek my life. ④ But what saith the answer of God unto him? I HAVE RESERVED TO MYSELF SEVEN

____. Thousand men, who have not bowed the knee to the image of

*Insert ¶ #*

Baal. ⑤ Even so then at this present time also there is a remnant according to the election of grace. ⑥ And if by grace, then is it no more of works: otherwise grace is no more grace. But if it be of works, then is it no more grace: otherwise work is no more work ⑦ What then? Israel hath not obtained that which he seeketh for; but the election hath obtained it. and the rest were blinded. ⑧ According as it is written, God hath given

____. the the spirit of slumber, eyes that they should not see, and

*Insert ¶ #*

ears that they should not hear; unto this day. ⑨ And David saith, Let their table be made a snare, and a trap, and a stumbling block, and a recompense unto them: ⑩ Let their eyes be darkened, that they may not see, and bow down their back always. ⑪ I say then, Have they stumbled that they should fall? God forbid: but rather through their fall salvation is come unto the Gentiles for to provoke them to jealousy. ⑫ Now if the fall of them be the riches of the world, and the diminishing of them the riches of the Gentiles, how much more their fullness?

15B

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Step 1a. Understanding Cestui Que Vie Act 1666

## Existence of Life

**Cestui Que Vie**

London 1666, during the black plague and great fires of London, Parliament enacted an act behind closed doors, called Cestui Que Vie Act 1666.

The act being debated was to subrogate the rights of men and women, meaning all men and women were declared dead, lost at sea/beyond the sea. (back then operating in Admiralty law, the law of the sea, so lost at sea).

The state (London) took custody of everybody and their property into a trust. The state became the trustee/husband holding all titles to the people and property, until a living man comes back to reclaim those titles, he can also claim damages.

When CAPITAL letters are used anywhere in a name this always refers to a legal entity/fiction, Company or Corporation no exceptions. e.g. John DOE or Doe: JANE

1)  CEST TUI QUE TRUST: (pronounced setakay) common term in New Zealand and Australia
2)  STRAWMAN: common term in United States of America or Canada

These are the legal entity/fiction created and owned by the Government whom created it. It is like owning a share in the Stock Market, you may own a share… but it is still a share of the Stock.

Legally, we are considered to be a fiction, a concept or idea expressed as a name, a symbol. That legal person has no consciousness; it is a juristic person, ENS LEGIS, a name/word written on a piece of paper. This traces back to 1666, London is an IndependentCityState, just like Vatican is an IndependentCityState, just like WashingtonDC is an Independent City State.

The Crown is an unincorporated association. Why unincorporated? It's private. The temple bar is in London, every lawyer called to the "bar" swears allegiance to the temple bar. You can't get called without swearing this allegiance.

Our only way out is to reclaim your dead entity (strawman) that the Crown created, become the executor and then collapse the called Cestui Que Vie trust and forgive yourself of your debts and then remove yourself from the admiralty law that holds you in custody.

When London burned, the subrogation of men's and women's rights occurred. The responsible act passed… CQV act 1666 meant all men and women of UK were declared dead and lost beyond the seas. The state took everybody and everybody's property into trust. The state takes control until a living man or woman comes back and claims their titles by proving they are alive and claims for damages can be made.

This is why you always need representation when involved in legal matters, because you're dead.

The legal fiction is a construct on paper, an estate in trust. When you get a bill or summons from court it is always in capital letters, similar to tomb stones in grave yards. Capital letters signify death. They are writing to the dead legal fiction. A legal fiction was created when someone informed the government that there was a new vessel in town, based upon your birth.

Birth Certificates are issued to us by the Doc. just as ships are given berth Certificates at the Dock. It's about commerce. We come from our mothers waters. Your mother has a birth canal just like a ship. The ship moves by the sea current just as we are able to move by the currency.

All this information relates to how the general public are still legally tied through Maritime Admiralty Law. Through this ancient legal construct we can be easily controlled and duped. Learning about your legal fiction helps you to unlock yourself. Otherwise you are just an empty vessel floating on the sea of commerce. Parents are tricked into registering the birth of their babies.

In about 1837 the Births, Deaths and Marriages act was formed in UK and the post of registrar general was established. His job was to collect all the data from the churches which held the records of birth.

Regis – from Queen or Crown. All people are seen to be in custody of," The Crown". This allows people to function in commerce and to accept the benefits provided by state. We have to understand who we are as men and women and how we can relate in the system. The City of London is a centre for markets,

where merchants work. Then there is Mercantile Law. It comes from Admiralty Law. Look at the symbols in your City Courts that relate to Admiralty.

So where you have commerce and money, you also have "justice" and "injury". You need to understand the bankruptcy before you can understand the judiciary. We have accepted the claim to accept the summons, yet ONLY the dead can be summoned. There is an obligation to accept any liability which has been created.

We are operating in Admiralty. A not guilty plea, or ANY plea admits jurisdiction. The strawman, aka legal fiction is always guilty. Barristers and solicitors make a living out of creating controversy. By creating a controversy you become liable for the case.

Honour and dishonour. To remain in honour you have to accept a claim and settle (discharge) it. Then you add conditions, ie. *"I accept on proof of claim and proof of loss"*. This gives the liability back to them. The legal fiction is always guilty. Only in the High Court, can the real man or woman appear. Games are played on courts, hence the name 'court'. It is a game with actors (acting on acts). It has to be treated as a game and just business. Court room dramas are misinformation.

In the public, we are operating in bankruptcy and you receive benefits. It takes a lot of time, effort and study to understand and use these tools. You have to be prepared to go fully through the process, get the right tool out of your toolbox at the right time.

People need to learn how to act as a creation of God rather than a creation of Man.

Evidence of Life Evidence of Person Entitled to payment Form 206

# Rights Suspension and Corruption
# Cestui Que Vie Trust

Canon 2036 (link)
A Cestui Que VieTrust, also known later as a "Fide Commissary Trust" and later again as a "Foreign Situs trust" and also known as a form of "Secret Trust"is a fictional concept being a Temporary Testamentary Trust, first created during the

3

reign of Henry VIII of England through the Cestui Que Vie Act of 1540 and updated by Charles II through the Cestui Que Vie Act of 1666 wherein an Estate may be effected for the Benefit of one or more Persons presumed lost or abandoned at "sea" and therefore assumed/presumed "dead" after seven (7) years. Additional presumptions by which such a Trust may be formed were added in later statutes to include bankrupts, minors, incompetents, mortgages and private companies.

Canon 2037 (link)
The original purpose and function of a Cestui Que (Vie) Trust was to form a temporary Estate for the benefit of another because some event, state of affairs or condition prevented them from claiming their status as living, competent and present before a competent authority. Therefore, any claims, history, statutes or arguments that deviate in terms of the origin and function of a Cestui Que (Vie) Trust as pronounced by these canons is false and automatically null and void. A Cestui Que (Vie) Trust may only exist for seventy (70) years being the traditional accepted "life" expectancy of the estate.

Canon 2039 (link)
As all Cestui Que (Vie) Trusts are created on one or more presumptions based on its original purpose and function, such a Trust cannot be created if none of these presumptions can be proven to exist.

Canon 2042 (link)
In 1534, prior to the 1st Cestui Que Vie Act (1540), Henry VIII declared the first Cestui Que Vie type estate with the Act of Supremecy which created the Crown Estate. In 1604, seventy (70) years later, James I of England modified the estate as the Crown Union (Union of Crowns). By the 18th Century, the Crown was viewed as a company. However by the start of the 19th Century around 1814 onwards upon the bankruptcy of the company (1814/15) , it became the fully private Crown Corporation controlled by European private banker families.

Canon 2043 (link)
Since 1581, there has been a second series of Cestui Que Vie Estates concerning the property of "persons" and rights which migrated to the United States for administration including:

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

(i)     In 1651 the Act for the Settlement of Ireland 1651-52 which introduced the concept of "settlements", enemies of the state and restrictions of movement in states of "emeregency"; and

(ii)    In 1861 the Emergency Powers Act 1861; and

(iii)   In 1931 the Emergency Relief and Construction Act 1931-32; and

(iv)    in 2001 the Patriot Act 2001.


Canon 2044 (link)

Since 1591, there has been a third series of Cestui Que Vie Estates concerning the property of "soul" and ecclesiastical rights which migrated to the United States for administration including:

(i) In 1661 the Act of Settlement 1661-62; and

(ii) In 1871 the District of Columbia Act 1871; and

(iii) In 1941 the Lend Lease Act 1941.


Canon 2045 (link)

By 1815 and the bankruptcy of the Crown and Bank of England by the Rothschilds, for the 1st time, the Cestui Que Vie Trusts of the United Kingdom became assets placed in private banks effectively becoming "private trusts" or "Fide Commissary Trusts" administered by commissioners (guardians). From 1835 and the Wills Act, these private trusts have been also considered "Secret Trusts" whose existence does not need to be divulged.


Canon 2046 (link)

From 1917/18 with the enactment of the Sedition Act and the Trading with the Enemy Act in the United States and through the United Kingdom, the citizens of the Commonwealth and the United States became effectively "enemies of the state" and "aliens" which in turn converted the "Fide Commissary" private secret trusts to "Foreign Situs" (Private International) Trusts.


Canon 2047 (link)

In 1931, the Roman Cult, also known as the Vatican created the Bank for International Settlements for the control of claimed property of associated private central banks around the world. Upon the deliberate bankruptcy of most countries, private central banks were installed as administrators and the global Cestui Que Vie/Foreign Situs Trust system was implemented from 1933 onwards.


Canon 2048 (link)

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

Since 1933, when a child is borne in a State(Estate) under inferior Roman law, three (3) Cestui Que (Vie) Trusts are created upon certain presumptions, specifically designed to deny the child forever any rights of Real Property, any Rights as a Free Person and any Rights to be known as man and woman rather than a creature or animal, by claiming and possessing their Soul or Spirit.

Canon 2050 (link)
Since 1933, when a child is borne, the Executors or Administrators of the higher Estate knowingly and willinglyclaim the baby as chattel to the Estate. The slave baby contract is then created by honoring the ancient tradition of either having the ink impression of the feet of the baby onto the live birth record, or a drop of its blood as well as tricking the parents to signing the baby away through the deceitful legal meanings on the live birth record. This live birth record as a promissory note is converted into a slave bond sold to the private reserve bank of the estate and then conveyed into a 2nd and separate Cestui Que (Vie) Trust per child owned by the bank. Upon the promissory note reaching maturity and the bank being unable to "seize" the slave child, a maritime lien is lawfully issued to "salvage" the lost property and itself monetized as currency issued in series against the Cestui Que (Vie) Trust.

Canon 2052 (link)
The Three (3) Cestui Que Vie Trusts are the specific denial of rights of Real Property, Personal Property and Ecclesiastical Property for most men and women, corresponds exactly to the three forms of law available to the Galla of the Bar Association Courts. The first form of law is corporate commercial law is effective because of the 1st Cestui Que Vie Trust. The second form of law is maritime and trust law is effective because of the 2nd Cestui Que Vie Trust. The 3rd form of law is Talmudic and Roman Cult law is effective because of the 3rd Cestui Que Vie Trustof Baptism.

Canon 2053 (link)
The Birth Certificate issued under Roman Law represents the modern equivalent to the Settlement Certificates of the 17th century and signifies the holder as a pauper and effectively a Roman Slave. The Birth Certificate has no direct relationship to the private secret trusts controlled by the private banking network, nor can it be used to force the administration of a state or nation to divulge the existence of these secret trusts.

Canon 2054 (link)

6

As the Cestui Que Vie Trusts are created as private secret trusts on multiple presumptions including the ongoing bankruptcy of certain national estates, they remain the claimed private property of the Roman Cult banks and therefore cannot be directly claimed or used.

Canon 2055 (link)
While the private secret trusts of the private central banks cannot be directly addressed, they are still formed on certain presumptions of law including claimed ownership of the name, the body, the mind and soul of infants, men and women. Each and every man and woman has the absolute right to rebuke and reject such false presumptions as a holder of their own title.

Canon 2056 (link)
Given the private secret trusts of the private central banks are created on false presumptions, when a man or woman makes clear their Live Borne Record and claim over their own name, body, mind and soul, any such trust based on such false presumptions ceases to have any property.

Canon 2057 (link)
Any Administrator or Executor that refuses to immediately dissolve a Cestui Que (Vie) Trust, upon a Person establishing their status and competency, is guilty of fraud and fundamental breach of their fiduciary duties requiring their immediate removal and punishment.

7



✱ The Fall of Man ✱                    ✱ Fall Begin September 23, 2023 ✱

Robbery of Front Door = Temple (Body) and Temple (Residence) (Garden)
using the Back Door = Perverting Sound, words, Sex, Senses, etc.
Result = Serpent Steals, Kills, and Destroys

## IV. STATEMENT OF FACTS

(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)

1 . Genesis 3:1-24 ① Now the serpent who was more subtile
than any beast of the field which the LORD God had made.
And he said unto the woman, Yea, hath God said, Ye shall
not eat of every tree of the garden? ② And the woman said
unto the serpent, We may eat of the fruit of the trees of the
garden: But of the fruit of the tree which is in the midst
of the garden, God hath said, Ye shall not eat of it, neither

2 . shall ye touch it, lest ye die. ④ And the serpent said
unto the woman, Ye shall not surely die. ⑤ For God doth
know that the day ye eat thereof, then your eyes shall be
opened, and ye shall be as gods, knowing good and evil.
⑥ And when the woman saw that the tree was good for
food, and that it was pleasant to the eyes, and a tree
to be desired to make one wise, she took of the fruit thereof,

3 . and did eat, and gave also unto her husband with
her; and he did eat. ⑦ And the eyes of them both were opened,
and they knew that they were naked; and they sewed fig
leaves together, and made themselves aprons. ⑧ And they heard
the voice of the LORD God walking in the garden in the cool
of the day: and Adam and his wife hid themselves from the
presence of the LORD God amongst the trees of the garden.
⑨ And the LORD God called unto Adam, and said unto him, Where
art thou? ⑩ And he said, I heard thy voice in the garden, and

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   **4** . I was afraid, because I was naked; and I hid myself.
2   *Insert ¶ #*  ⑪ And he said, Who told thee that thou wast naked? Hast thou
3   eaten of the tree, whereof I commanded thee that thou
4   shouldest not eat? ⑫ And the man said, The woman whom thou
5   gavest to be with me, she gave me of the tree, and I did eat.
6   ⑬ And the LORD God said unto the woman, What is this that
7   thou hast done? And the woman said, The serpent beguiled
8   me, and I did eat. ⑭ And the LORD God said unto the serpent,

10  **5** . Because thou hast done this, thou art cursed above all
11  *Insert ¶ #*  cattle, and above every beast of the field; upon thy belly
12  shalt thou go, and dust shalt thou eat all the days of thy
13  life. ⑮ And I will put enmity between thee and the woman, and
14  between thy seed and her seed; it shall bruise thy head, and
15  thou shalt bruise his heel. ⑯ Unto the woman he said, I will
16  greatly multiply thy sorrow and thy conception; in sorrow
17  thou shalt bring forth children, and thy desire shall be.

19  **6** . to thy husband, and he shall rule over thee. ⑰ And
20  *Insert ¶ #*  unto Adam he said, Because thou hast hearkened unto the
21  voice of thy wife, and hast eaten of the tree, of which I
22  commanded thee, saying, Thou shalt not eat of it: cursed is
23  the ground for thy sake; in sorrow shalt thou eat of it all the
24  days of thy life; ⑱ Thorns also and thistles shall it bring forth
25  to thee; and thou shalt eat the herb of the field: ⑲ In the sweat
26  of thy face shalt thou eat bread, till thou return unto the ground;
27  for out of it wast thou taken: for dust thou art, and unto dust shalt

**2**

Page Number

1  7 . thou return. (20) And Adam called his wife's name Eve; because
   Insert ¶ #
2  she was the mother of all living. (21) Unto Adam also and to
3  his wife did the LORD God make coats of skins, and clothed
4  them. (22) And the LORD God said, Behold, the man is become
5  as one of us, to know good and evil; and now, lest he
6  put forth his hand, and take also of the tree of life, and
7  eat, and live for ever. (23) Therefore the LORD God sent him forth
8  from the garden of Eden, to till the ground from whence he was taken.

9
10  8 (24) So he drove out the man; and he placed at the east of the
    Insert ¶ #
11
12  garden of Eden Cherubim, and a flaming sword which turned
13  every way, to keep the way of the tree of life. Genesis 4:1-26
14  (Cain and Abel) (1) And Adam knew Eve his wife; and she conceived,
15  And bare Cain, and said, I have gotten a man from the LORD.
16  (2) And she again bare his brother Abel. And Abel was a keeper of
17  sheep, but Cain was a tiller of the ground. (3) And in process of
18  time it came to pass, that Cain brought of the fruit of the

19
20  9 . ground an offering unto the LORD. (4) And Abel, he also
    Insert ¶ #
21  brought of the firstlings of his flock and of the fat thereof.
22  And the LORD had respect unto Abel and to his offering. (5) But
23  unto Cain and to his offering he had not respect. And Cain
24  was very wroth, and his countenance fell. (6) And the LORD
25  said unto Cain, Why art thou wroth? and why is thy countenance
26  fallen? (7) If thou doest well, shalt thou not be accepted? and
27  if thou doest not well, sin lieth at the door. And unto thee shall
28  be his desire, and thou shalt rule over him. (8) And Cain talked

3
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

10 . with Abel his brother: and it came to pass, when they
Insert ¶ #
were in the field, that Cain rose up against Abel his brother,
and slew him. ⑨ And the LORD said unto Cain, Where is Abel
thy brother? And he said, I know not: Am I my brother's
keeper? ⑩ And he said What hast thou done? the voice of
thy brother's blood crieth unto me from the ground. ⑪ And
now art thou cursed from the earth, which hath opened her
mouth to receive thy brother's blood from thy hand. ⑫ When

11 . thou tillest the ground, it shall not henceforth yield unto
Insert ¶ #
thee her strength; a fugitive and a vagabond shalt thou be
in the earth. ⑬ And Cain said unto the LORD, My punishment
is greater than I can bear. ⑭ Behold, thou hast driven me
out this day from the face of the earth; and from thy
face shall I be hid; and I shall be a fugitive and a
vagabond in the earth; and it shall come to pass, that
every one that findeth me shall slay me. ⑮ And the

12 . LORD said unto him, Therefore whosoever slayeth Cain,
Insert ¶ #
vengeance shall be taken on him sevenfold. And the LORD
set a mark upon Cain, lest any finding him should kill him.
⑯ And Cain went out from the presence of the LORD, and
dwelt in the land of Nod, on the east of Eden. ⑰ And
Cain knew his wife; and she bare Enoch: and he builded
a city, and called the name of the city, after the
name of his son, Enoch. ⑱ And unto Enoch was
born Irad: and Irad begat Mehujael: and Mehujael

4
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



13 . begat Methusael: and Methusael begat Lamech.
*Insert ¶ #*
19 And Lamech took unto him two wives: the name
of the one was Adah, and the name of the other
Zillah. 20 And Adah bare Jabal: he was the father
of such as dwell in tents, and such as have cattle.
21 And his brother's name was Jubal: he was the father
of all such as handle the harp and organ. 22 And Zillah,
she also bare Tubal-cain, an instructer of every

14 . artificer in brass and iron: and the sister of
*Insert ¶ #*
Tubal-cain was Naamah. 23 And Lamech said unto
his wives, Adah and Zillah, hear my voice; ye
wives of Lamech, hearken unto my speech: for
I have slain a man to my wounding, and a young
man to my hurt. 24 If Cain shall be avenged seven-
fold, truly Lamech seventy and sevenfold. 25 And
Adam knew his wife again; and she bare a son,

15 . and called his name Seth: For God, said she, hath
*Insert ¶ #*
appointed me another seed instead of Abel, whom Cain
slew. 26 And to Seth, to him also there was born a
son; and he called his name Enos: then began men
to call upon the name of the LORD.
*** Now I will break down Genesis 3 and 4 to show
you the role play that has been taken place like a movie
being directed, organized, and filmed by individuals
whose main purposes were to deceive, mislead, and

16 : indoctrinate the minds of humanity while attempting
*Insert ¶ #* to steal, kill, and destroy the TRUE REMNANT OF GOD'S
CHOSEN ONES without leaving a trace of evidence
that will point out who is who, who did what, and
what methods were used as weapons of warfare ✶✶✶
Let's start with the story of Adam and Eve being the
Kings and Queens of Royalty in Europe. Then the
serpent being the spirit of perversion starting with

17 : Incest in the Royal Bloodlines in order to keep the
*Insert ¶ #* kingdom locked down. According to the Wikipedia "List
of Coupled cousins" the "Royalty in Europe" had 215
Kingdoms in Europe that reigned under the Spirit
of Perversion because of Incest ✶ Mind you, Perversion
only truly means a twisted truth ✶ Let's start with
Nero Claudius Drusus born October 7 c. 14 BC in Rome,
Italy. He also went by the name Drusus Julius Caesar

18 : and he married his paternal cousin Claudia Livia
*Insert ¶ #* in AD 4 which was the same year her first husband
Gaius Caesar died. To bring my statement concurrent
to modern times, Queen Victoria of the United Kingdom
of Great Britain and Ireland from June 20, 1837 until
her death in 1901 who was also granted the title the
Empress of India in 1876 married her cousin
Prince Albert of Saxe-Coburg and Gotha stemming
from the Royal German Bloodline. Now between both

19. Drusus Julius Caesar and Queen Victoria of Great
*Insert ¶ #*
Britain and Ireland there were 213 other kingdoms that
reigned under Perversion which sums up to a total of
215 Kingdoms. Out of the perversion seed of incest
Queen Victoria's eldest son Edward VII was the first
Saxe-Coburg-Gotha monarch who ascended to the House of Wettin (German)
throne on Jan 22, 1901. When you look at Prince Albert's incest
with Queen Victoria you can see the serpent of sexual perversion.

20. However, the serpent appears to reflect itself in multiple
*Insert ¶ #*
fashions in this situation. For instance, Prince Albert and
Queen Victoria are not just cousins but they are husband
and wife; however she has the label Queen and he has
the label Prince right there is two other types of perversion
hidden ① Husband + Wife = King + Queen not Queen + Prince
which equals Mother and Son ② Queen + Prince in this case
equals Wife + Husband which means the Queen is King =

21. Dionysus/Transgender (based on role) + Prince is Husband
*Insert ¶ #*
which reveals the Serpent from Adam and Eve's Fall because
when they fall she became King in the serpents Kingdom.
So this proves that the Europeans are the twisted TRUTH (Fallen State)
of my original essence that's why they've caused so much
damage yet dark skinned/brown skinned people have payed
the price. This also explains the movie "The Great Gay
Road" and the blackmail of America & Christianity/Jews.
If you look at Prince Albert and Queen Victoria

7

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



22. as Adam and Eve then their oldest son Edward VII would
*Insert ¶ #* represent Cain and by him being the first Saxe-Coburg-Gotha
monarch to ascend to the throne on Jan 22, 1901 that
means Saxe-Coburg-Gotha would represent the land of
Nod that Edward VII, playing as Cain would build while
on the throne. Mind you that Cain was born of the serpent
seed in Genesis then he killed Abel and God placed
a mark on him so nobody would kill him (paraphrasing GENESIS 4)

23. Edward VII had a son named George V who was King of
*Insert ¶ #* United Kingdom, British Dominions, and Emperor of India from
1910-1936. George V had a son named Albert Frederick
Arthur George. (Prince Albert of York) there became King George VI
of United Kingdom, Dominions, and of the British Commonwealth
who married Queen Elizabeth The Queen Mother (Queen Elizabeth II mother).
Now watch what happened under King George VI reign and
also what occurred afterwards. In 1939, King George VI,

24. his British Empire, and most of Commonwealth countries (except
*Insert ¶ #* Ireland) declared war on Nazi Germany (for whatever reason
they proclaimed pertaining to Poland) however during WWII
between 1941 and 1945 Nazi Germany while under Hitlers
rule killed around 6 million Jews using genocide (the
Holocaust) as it's tool of weaponry. There were also approximately
5 million prisoners of war murdered as well. However, my
key point is that the Jews were tortured in a war that
wasn't even about them. This is similar to how Cain

8

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

25. Killed Abel without cause. Now, let me rewind back
_Insert ¶ #_
to Queen Victoria of Britain and Prince Albert of Saxe-
Coburg and Gotha (House of Wettin) which stemmed from
the Royal German Bloodline. Under their reign of perversion
(twisted truth) due to incest is when the German chemist Albert
Niemann in 1859 isolated cocaine from coca leaves and published
his findings in 1860. His thesis dissertation in German is titled
Über eine neue organische Base in de Cocablättern meaning On a

26. New Organic Base in the Coca Leaves. His paper talks about
_Insert ¶ #_
how he isolated cocaine, a crystalline alkaloid (the word crystal
derives from the Ancient Greeks word "Kristallos" meaning both
ice and "rock crystal". ✳ Right, here shows that in this perverted
role play of Adam and Eve. Being Prince Albert of Gotha (for short)
and Queen Victoria, then that would make German chemist
Albert Nieman out to be Cain which is their first son
(the serpent seed). Crack cocaine was given to the blacks to

27. Sell in the streets which is a form of genocide against themselves &
_Insert ¶ #_
their own kind which is streets so just like the Hebrew
said "Face Street, Face Down". Then coke was given to paisas
which is still genocide against the blacks first since it is a
substance that stems from the word. After, they obtain it and
use or distribute it then they have unknowingly or knowingly waged spiritual
war against Eve's seed by playing Cain and killing Abel since
Abel was a keeper of sheep (Pastor/Church) however this is
the Backdoor of attempting to kill the kingdom of Jesus Christ

9

_Page Number_

Civil Rights Complaint Pursuant to U.S.C. § 1983

28 . of Nazareth by drugs as others profited off of the
*Insert ¶ #*
proceeds of the broken and downtrodden. This is
another way they attempted to discredit the Authenticity
of Jesus's life while robbing his church in order to
build more Cains to kill Abel. I explained drugs as
a backdoor tactic because, under the Queens reign;
Queen Victoria's oldest son represents Cain in the
world especially after being the first to ascend to

29 . to the throne, as Edward VII the King of Saxe-
*Insert ¶ #*
Coburg and Gotha (House of Wettin) from the Royal
German Bloodline. ✱✱ Moving back forward to her
great great grandson Albert Frederick Arthur George (originally
Prince Albert of York) who became King George VI of the
United Kingdom, Dominions, and British Commonwealth
and his wife Queen Elizabeth The Queen Mother. Albert
aka King George VI symbolizes Cain under the name Albert

30 . because he was named after his great-great Grandfather
*Insert ¶ #*
Prince Albert (Queen Victoria's Husband) however this is according
to Kingdom (front door). But when you look at him under the
role play of Adam; then even though he waged war on Nazi
Germany; Germany would be his son Cain because the
Nazis killed the JEWS (Able). Now, after Adolf Hitler
completed the Holocaust against the Jews he turned around
and committed suicide (just like Judas hung himself after he
betrayed Jesus and sold him to the Romans to be crucified).

10
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

31   Now, another thing I would like to point out is
*Insert ¶ #* that, it was during Adolf Hitler's youth that he tried to become an artist (drawing) but was rejected by the city's Academy of Fine Arts. All this occurred after his mother died when he was 18 years old. Hitler left his hometown Linz (lens, sight, glasses, etc) and moved to Vienna (Vienna sausages), the glamorous capital of the Austro-Hungarian Empire. He thought moving to Vienna would be the ideal place to pursue his dream of being an artist.

32   He tried to get into the Academy of Fine Arts again yet they
*Insert ¶ #* rejected him again. He ended up moving from one cheap room to another, even living in a homeless shelter for a time. Then he started earning money by selling his paintings to tourist and frame sellers which earned him enough money to move out the shelter and to move into a mans home. Being a frustrated young artist Hitler became interested in politics. In Vienna, there was a Jewish store owner who was one of Hitlers loyal customers

33   So his time in Vienna shaped Hitlers worldview. Hitler ended
*Insert ¶ #* up moving to Munich where he found some well off customers who commissioned works from him but his progress came to an halt when the Munich police tracked him down for not registering for the military draft in Linz. He didn't pass the fitness exam at first however he then voluntarily enlisted that August after the outbreak of World War I ended his stint as a struggling young artist. It was his time in Vienna and his frustrated art career that became part of the myth-making by Hitler himself and by his

11
Page Number

1  34 . Followers that helped drive his fateful rise to power in
   Insert ¶ #
2  Germany. Hitler railed against modern art, calling it the
3  "degenerate" product of Jews and Bolsheviks and a threat
4  to the German national identity. In 1937, the Nazis rounded
5  up some 16,000 works of this type from German museums
6  and put hundreds of them on display in Munich. The exhibition
7  intended to heap scorn on the artist ended up being attended
8  by 2 million people. Looking at Hitlers military time let's talk about
9

10  35 . drugs. The use of Methamphetamine, better known as crystal
    Insert ¶ #
11  meth, was a pill form of the drug called Pervitin and it was
12  distributed by the millions to the Nazi troops before their successful
13  invasion of France in 1940. Developed by the Temmler pharmaceutical
14  company, based in Berlin, Pervitin was introduced in 1938 and
15  marketed as a magic pill for alertness and an anti-depressant.
16  A military doctor experimented on 90 college students and
17  decided based on the results the drug would help Germany win
18
19
20  36 . the war. Other allied soldiers used amphetamines (speed)
    Insert ¶ #
21  in the form of Benzedrine in order to battle combat and fatigue.
22  Others used anesthetics like Goring whose nickname was
23  actually Morin from morphine. Meth was Pervitin until a
24  Japanese chemist, Nagai Nagayoshi first synthesized meth in
25  1893. In 1919 a younger protégé of Nagai named Akira
26  Ogata discovered another method of synthesizing the
27  crystalline form creating a new stimulant called
28  crystal meth. ** Drugs have been used as weapons

---

12
Page Number

1  37   of warfare, blackmail, human trafficking, etc in
Insert ¶ #
2  the USA however Americans have paid the price for
3  Systematic corruption and sorcery strategically organized
4  in Europe. *** The next perverted role play of Adam
5  and Eve resembles Prince Philip (The Duke of Edinburgh)
6  and Queen Elizabeth II. Their marriage resembles that of
7  Queen Victoria when it comes to Philip being Prince and
8  Elizabeth II being Queen. Also, Prince Philip and Queen
9
10  38   Elizabeth were third cousins so they're marriage is
Insert ¶ #
11  another reflection of incest. Philip was also Prince of
12  Greece and Denmark which would represent the Greek
13  religion of the Twelve Olympians starting with Zeus, the
14  king of gods, who was married to his sister Hera. The
15  other eleven Olympians were Ares, Poseidon, Athena, Demeter,
16  Dionysus (born a boy changed into a girl), Apollo, Artemis, Aphrodite,
17  Hephaestus, Hermes, and Hestia (the goddess of the hearth
18
19  39  and sacred flame, which was more likely the most
20  prayed to of all gods. * Apart from these gods, the Greek pan-
Insert ¶ #
21  theon was filled with dozens of other gods, demigods, and mortal
22  and immortal beings which varied by local and over the
23  evolution of Greek culture. A variety of other mystical
24  beliefs and nature spirits such as nymphs and other magical
25  creatures were foundational to the ancient Greek understanding
26  of the world around them. Now, Elizabeth II was Queen/King
27  of the United Kingdom and other Commonwealth realms.
28

13
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

40. Their religion is known to be protestant for the
United Kingdom and Commonwealth. However protestant
is just a breakoff of Roman Catholics because the Roman
Catholic church split into 3 categories under christianity
which was Catholic, Eastern Orthodox, and Protestant.
But they do not represent the same belief patterns as
us because they're still governed by the Pope and their
sorceries which is why they came up with systems in

41. attempt to block Jesus Christ of Nazareth from rising
and establishing His kingdom. Well, under Queen Elizabeth II
reign, another form of genocide occurred. This plague or
genocide is called Covid 19. This plague killed many
people, isolated many people, and weakened humanity
within the realm of spirituality when it came to fellowship
in the temple which then turned into social religion (a
gathering of multiple religions onto one platform in the

42. digital realm; what this did was attempt to kill off
The Body of Christ by placing the True Believers of God in
a fallen state because the digital realm is created by
man and stems from space symbolizing the 2nd heaven
where the prince of darkness is when the Throne of
Jehovah Mekadesh (God our Holiness) is the third
Heaven). What this also did was attempt to mark the
Chosen Ones with the Mark of the Beast so that
Roman Catholic could pretend to be the woman

14

43. From Revelation 12 and The Chosen ones would
look like the Red Dragon in Revelation 12 ***
Moving Forward to the ROMAN CATHOLIC church
I will give a breakdown of this church from the fallen
story of Adam & Eve. The sorcery and perverted truth
behind Roman Catholics ① Catholic is Adam and Eastern
Orthodox (still catholic) is Eve - then The Roman Catholic
Archdiocese is Cain (who was Eve's first son and killed

44. Eve's second son Abel (let's say Abel is The Protestant Christians/THE
TRUE PROTESTANTS)). ② Roman Catholics according to Roman
in the Trinity format will sum up to Roman Empires
as Satan acting as The Father, The AntiChrist as
the Son, and the false prophets as the Spirit. The
Roman Empires are: Babylon as Satan, Medo-Persia
as the Son, and Greece as the spirit. Babylon
is Modern Day IRAQ as Satan, Medo-Persia is

45. Modern Day IRAN (Media is a region of North-Western
Iran, known for it's political and cultural base of the medes)
Symbolizing The AntiChrist, Greece is a country in Southeast
Europe symbolizing the false prophets (pagan Gods of Hellenism).
Roman Catholics using IRAQ/IRAN = Southwestern
Asia & Greece which is Southeast Europe is the backdoor
to attempt to keep me out the Kingdom by demonizing
everybody using deceptive strategies to deceive the
people, and indirectly marking them with the beast.

Civil Rights Complaint Pursuant to U.S.C. § 1983

* December 25 = Christmas = Christ Massacre, not Christ birthday.

1  46. Let's now explain Adam & Eve according to
   *Insert ¶ #*
2  Rome & Germany whiched birthed out The Holy
3  Roman Empire. On December 25 800, Pope Leo III
4  crowned Frankish King Charlemagne as Roman Emperor
5  reviving the title in Western Europe, after the fall of the
6  ancient Western Roman Empire in 476 it fell in 924 then
7  was revived again in 962 until the 12th century as the most
8  powerful monarch in Europe. In 1262 Ottone I Visconti
9

10 47. was elected as archbishop of Milan, Italy which
   *Insert ¶ #*
11 earned him one of the Holy Roman Seats in Italy.
12 after he conquered Milan from their rival Della
13 Torre family in 1277. The Visconti of Milan are a
14 noble Italian Family. Their motto is: "I will not violate
15 the customs of the serpent." The Visconti was called
16 LORD of Milan (from 1277-1395) and the Duke of Millan
17 (from 1395-1447). Their symbol is a picture of a half man
18

19 48. in the mouth of a serpent. Visconti = Vice Comes.
   *Insert ¶ #*
20 Vice "Deputy" + Comes "Count". * This is the backdoor
21 way of how they marked my partner due to his gang
22 in Chicago named "Vicelords" which is a bloodgang.
23 Then I can break down ViceComes into Victorious
24 Ice (Crystal Meth) LORD and Comes into Nut (Seal) Count representing
25 the 12 tribes of Israel. Ironically, the headquarters
26 of the Nation of Islam (False 12 tribes) is located
27 in Chicago, Illinois as well. So this explains how
28      ₱ for America.

49. they have marked my lover as the red dragon and as the Crystal Meth drug lord when he doesn't even sell drugs but now I see why every time I was with him intimately then I wanted to smoke after I left. Now, we all know that Meth was in pill form first called Pervitin during Hitlers reign in Germany Nazi military, then a German chemist synthesized meth, and a japanese

50. chemist crystallized meth into rock form. So this explains alot about Europe's Kingdom and their demonic Church(to be continued). Moving forward, In 1356 the golden bull was created without the pope (Pope Innocent VI) involvement but he did not oppose it either because he need the King to aid him with his enemy Visconti. By not opposing it made this pope just as guilty as the other side because it symbolized Idolatry. On

51. August 10, 1397 Albert II of Germany also known as Albert the Magnanimous KG was elected King of the Romans as Albert II. He also was king of the Holy Roman Empire and a member of the House of Habsburg (House of Austria). KG stands for The Most Noble Order of the Garter. It's an order of chivalry (order of knights typically founded during the original Catholic military orders of Crusades (c. 1099-1291)) and paired with medieval concepts of ideals of chivalry (code of conduct in Europe from 1170-1220), The Most Noble Order

1  52. Order of the Garter was founded by Edward III
   Insert ¶ #
2  of England in 1348. It is the most senior order of
3  knighthood in the British honours system except for
4  the Victoria Cross and the George Cross. Back to King
5  Albert II his wifes name was Elizabeth of Luxembourg
6  Who was queen consort of Germany and Bohemia.
7  The Bohemian language of the 19th Century was the language Czech
8  of the Diet (Diet Assembly) is the general assembly of the
9
10  53. Imperial Estates of the Holy Roman Empire. Diet is
    Insert ¶ #
11  also a designation for modern day legislative bodies of
12  certain countries and states such as the NATIONAL
13  Diet of Japan, or the German Bundestag the FEDERAL
14  Diet. * It was two different german chemist that
15  did cocaine and amphetamine and it was a
16  japanese chemist who crystalized amphetamine and
17  created Methamphetamine (crystal meth). Also, it was
18
19  54. Elizabeth who taught me how to snort meth @ 13 yrs
20     Insert ¶ #
21  old and Albert who taught me how to smoke meth until @ 14 yrs old
22  I ended up pregnant with his daughter * King Albert II
23  of Germany persecuted, had the Jews arrested, took their
24  belongings, etc. Before King Albert II of Germany became King
25  the Jews in the Austrian duchy had been subject to local
26  persecutions during the 13th and 14th century however their
27  position remained relatively safe. The Jewish communities
28  prospered in several towns like Krem or the area around

18
Page Number

55. the Judenplatz at Vienna. It was after the death
*Insert ¶ #*
of Duke Albert IV in 1404 that their situation worsened
sharply, culminating in the blaze of the Vienna synagogue
on Nov 5. 1406, followed by riots and lootings. When
Albert V came of age in 1411 and interfered in the Hussite
Wars, he repeatedly established new taxes imposed on the
Jewish community to finance his campaignes. On the
other hand, After the Hussites had davestated the duchy,

56. the Austrian Jews were accused of collaboration and
*Insert ¶ #*
arms trade in favor of the enemies. The accusations
of a host desecration at Enns in 1420 gave Albert pretext
for the destruction of the Jewish community. According
to the 1463 Chronica Austriae by chronicler Thomas Ebendorfer,
the duke order on May 23, 1420 the imprisonment and
forcible conversion of the Jews. Those who had not converted
or escaped was sent off in boats down the Danube River

57. (just like they did Blacks) while wealthy Jews remained under
*Insert ¶ #*
arrest, Several of them tortured and stripped of their property.
March 12, 1421 Albert sentenced the remaining Jews to death
Ninety-two men and 120 women were burned at the stake
South of the Vienna city walls. The Jews were placed under
an eternal ban and their synagogue was demolished.
*** As you can see the Jews have constantly been
robbed, imprisoned, persecuted, abused, accused, etc when
they've done no wrong only so the world empires could

58. sensed their prosperity. Which is a form of the devil blackmailing Gods people just to claim what isn't his and so he could put his image and inscription on it while pretending to be God or by using people to act like they are the chosen ones so that he could steal the worship and inheritance that God promised to his people. This is also how he deceived the world and caused everybody to believe in his lies. So what we are

59. seeing again today, is the enemies using the same strategies to kill, steal, and destroy. However, they attempt to cover up their evil with false accusations, set ups, influential peddling, obstruction of justice, deceptive policies, laws, international agreements, contracts, systems, etc. Which is why the whole world is in disillusionment behind treason, tyranny, and deep systematic corruption. The serpent and his seeds

60. (kids) are trying to avoid exposure by keeping the spotlight on fake news and by torturing the innocent. This is the same behavior, issues, and circumstances that we are seeing today behind thieves & liars in high positions that don't have the people who they are supposed to lead good will at heart. Their agenda is selfish, they are narcissist, and people want to see a real change in life than ALL SELFISH AGENDA'S must be destroyed, because WE ARE THE PEOPLE and UNITY is better than division.

#SAVE THE CHILDREN
#SAVE THE WORLD
#BE FREE
#MORE PRAYER, MORE POWER LESS PRAYER LESS POWER

#JESUS CAME TO SET US FREE
#THE Devil has to be STOPPED
#PRIDE & EGO has to CEASE

Civil Rights Complaint Pursuant to U.S.C. § 1983

61. It was said that the Jewish were prosperous in the town
Insert ¶ #
of Krems which is in Austria. There's a wine region called
Kremstal that lies on the south-eastern arc of the
Waldviertel and the Dunkelsteiner Wald ridge, built up
from hard crystalline rock, and opens out into the Alpine
foothills towards the east, where unconsolidated rock prevails.
The Kremstal vineyards are divided into three distinct areas:
Stein district that borders with the Wachau, The Krems Valley, and

62. the small wine villages south of Danube clustered around the
Insert ¶ #
imposing Göttweig Abbey. *** Jews symbolize Gods chosen
people, wine symbolizes Gods blessing for his people, and three
symbolizes Father, Son, and Holy Ghost. Deuteronomy
7:6 For thou art a holy people, unto the LORD thy
God: the LORD thy God hath chosen thee to be a special
people unto himself, above all people that are upon
the face of the earth. Deuteronomy 7:12-13 (12) Wherefore

63. it shall come to pass, if ye hearken to the judgements, and
Insert ¶ #
keep, and do them, that the LORD thy God shall keep unto
thee the covenant and the mercy which he sware unto thy
fathers: (13) And he will love thee, and bless thee, and multiply
thee: he will also bless the fruit of thy land, thy corn,
and thy wine, and thy oil; the increase of they Kine,
and the flocks of thy sheep, in the land which he
sware unto thy fathers to give thee. Matthew 28:19
Go ye therefore, and teach all nations, baptizing them

Civil Rights Complaint Pursuant to U.S.C. § 1983

64. in the name of the Father, and of the Son, and
*Insert ¶ #* of the Holy Ghost. 1 John 5:7 - For there are three
that bear record in heaven, the Father, the Word,
and the Holy Ghost: and these three are one.
✳ As you see in Matthew 28:19 and 1 John 5:7
Jesus is the fulfilment of the Word of His Father
which makes Jesus spirit the Holy Ghost which
is the spirit of Prophecy (past, present, and future).

65. ✳✳✳ Returning to Rome & Germany, I'd like to bring
*Insert ¶ #* up the Italian Social Republic also known as the Republic
of Salo. It was considered a Nazi-German puppet state
with little diplomatic recognition until World War II, which
existed from the beginning of the German occupation of
Italy in September 1943 until the surrender of German
troops in Italy in May 1945. The German occupation
triggered widespread national resistance against it and

66. the Italian Republic leading to the Italian Civil War.
*Insert ¶ #* Most of the 8,000 Italian Jews who died in the Holocaust
were killed during the 20 months of the Salo (Italian
Social Republic) regime. ✳ It seems as if Italy (whether Rome
or Vatican), Britian Kingdom, and Germany (whether Holy Roman
Empire of Germany or Nazi) always seem to be socializing or
"pretending" to be at war when Jews get killed and their stuff
gets seized. The common denominator is Roman Catholic
and Britian who stands by and watch however he is the

67 . King over the kingdoms. This is organized Crime in
the most subtle and cunning ways possible just like the
serpent and Eve who then gave it to Adam and he ate
which caused them to fall. Moving forward to finalize my
stance I will add one more component about Germany. On November
1, 1895, Max Skladanowsky and his brother Emil demonstrated
their self invented film project, the Bioscop, at the Wintergarten
music hall in Berlin. On December 28, 1895 the first paying

*Insert ¶ #*

68 . public display of the Lumière brothers' Cinematographe
was in Paris. In 1910, the first German "artistic" films began
to be produced, an example is the film Edgar Allan Poe adaptation
The Student of Prague (1913) which was co-directed by Paul Wegener
and Stellan Rye. In 1917 a process of concentration and partial
nationalisation of the German film industry began with the
founding of Universum Film AG (UFA), which was partly
a reaction to the very effective use that the Allied Powers had

*Insert ¶ #*

69 . found for the new medium for purpose of propaganda. An
early step towards the foundation of UFA was taken January 13, 1917
with the creation of the Bild und Filmant (BUFA) by Germany's
Supreme Army Command. Formed as a reaction to the perceived
advantage of Germany's enemies in the realm of film propaganda,
BUFA's task was to use film for psychological warfare. In 1924-
1926 UFA had two large scale productions, Nibelungen and
Metropolis. Metropolis was the first film thus distinguished on
UNESCO's Memory of the World Register and Woman in the Moon

23
*Page Number*

1  70. to this day. From 1933-1937 UFA experienced a new
2  Insert ¶ #
   commercial boom in the Nazi era (Nazification); not least
3  due to the government's protectionist measures, which freed
4  UFA from bothersome competition. On top of occupying
5  almost all of Europe, the Nazi regime provided UFA
6  new sales markets, as well as placing distribution outlets
7  in such "neutral" countries as the United States. By 1938,
8  after taking over foreign film production facilities in France,
9

10  71. Belgium, and other countries, one-third of the company's
11  Insert ¶ #
    sales came from abroad. UFA's economic boom made it
12  Possible to further expand the so-called "star system", which
13  had already been developed in the silent film era. In an
14  act of anticipatory obedience to the Nazi regime, UFA
15  management fired several Jewish employees. In the
16  summer of 1933, the Nazi regime created the film
17  Chamber of the Reich, which adopted regulations officially
18

19  72. excluding Jewish filmakers from all German studios.
20  Insert ¶ #
21  * Even in the film industry the wicked tried to get rid
22  of the Jews without probable cause however if they were
23  so dedicated to separating themselves from Gods people
24  then the people have to give back everything they stole
25  from God's people so the separation can TRULY happen. (End)
26  *** Next topic under Roman Empire and Germany that
27  equates to Roman Catholics in the form of Adam
28  & Eve's story being twisted is the German Monk Martin

73. Luther as Germany (Adam) and Catholic Church (as Eve) feud that birthed out the 95 Theses which is the **Disputation on the Power of Indulgences** (Cain) that cause. The Protestant Reformation (Abel) which they have been indirectly working together to destroy God's people while stealing from the people (Cain's excuse to kill Abel). But not only that, they have intentionally worked to stop the rise of JESUS Kingdom from coming forth while

74. acting like they were for us when they both were plotting on destroying us by sorcery, systems of debt, perversion, war, media, etc. Prime example of their deception using words is the word NUN. The definition of NUN is: ① A female who lives in a monastery or convent who chose to devote her life to prayer, service, & charitable work. ② A nun is also a male Monk ③ many religions including Catholicism, Buddhism, and Christianity have nuns. Here's

75. a few things about NUNS: ① A nun cannot marry, use social media, or smartphones. ② They can't own property or engage in sexual relationships. ③ Nuns are expected to renounce their inheritance and property rights. ④ Nuns have their own room which is called a CELL. ✳ NOW HERE'S the deception of definitions 1, 2, & 3 behind the word nun: ④ In the form of Adam & Eve's story being perverted is a female nun (Eve) + a male monk (Adam) = Dionysus because he was born a male and changed into a female (transgender). (Cain)

✳ Monk = Zues + female nun = Semele ✳
(Parents of Dionysus in the Greek religion)

Father + Mother = God
The way some catholics pray saying father/mother God...

(EVE)                    (plus)   (ADAM)

76  ③ A female nun = Roman Catholic + a male monk (nun) =
Insert ¶ #                    (=)   (CAIN)
Holy Roman Empire of Germany equals Buddhism (China,
Russia, Nepal, India, North/South Korea, Japan, Laos,
Bhutan, Cambodia, Taiwan, Hong Kong, Vietnam,
Singapore, etc.! * This is how they tried to play
us using words, religion, money, power, etc. This
is organized theft because the church is supposed
to be representing Jesus not all these other people

77. Gods that the Roman Catholic Church and
Insert ¶ #
Britain Empire is not making anybody aware
of... Buddhist is a representation of the god of wealth
that's another reason why gambling has been being
promoted worldwide with online casinos, sports bets,
lotto, etc. the name "bet" is derived from the West Semitic
word for "house" which means the casinos represent
the house of buddha and that means everytime we

78. gamble then we are worshipping Buddha without
Insert ¶ #
any knowledge of it. So as you can see, people have been
living in the world under the deception of the enemy.
He has used Religion as his driving force because it was
by him twisting Gods word that caused Eve and
Adam to fall. Basically, that's what we see happening
in today's situation because the religions that are
in on this scandal are all twisted words from
the original and the twist was done in attempt

1  79. to steal, kill, and destroy. John 10:1-16 ① Verily,
2  verily, I say unto you, He that entereth not by the
   *Insert ¶ #*
3  door into the sheepfold, but climbeth up some
4  other way, the same is a thief and a robber.
5  ② But he that entereth in by the door is the shepherd of
6  the sheep. ③ To him the porter openeth; and the sheep
7  hear his voice: and he calleth his own sheep by
8  name, and leadeth them out. ④ And when he putteth
9
10 80. forth his own sheep, he goeth before them, and
   *Insert ¶ #*
11 the sheep follow him: for they know his voice.
12 ⑤ And a stranger will they not follow, but will flee
13 from him: for they know not the voice of strangers.
14 ⑥ This parable spake Jesus unto them: but they
15 understood not what things they were, which he
16 spake unto them. ⑦ Then said Jesus unto them again,
17 Verily, verily, I say unto you, I am the door of the
18
19 81. sheep. ⑧ All that ever came before me are thieves
   *Insert ¶ #*
20 and robbers: but the sheep did not hear them. ⑨ I
21 am the door: by me if any man enter in, he shall be
22 saved, and shall go in and out, and find pasture.
23 ⑩ The thief cometh not, but for to steal, and to kill,
24 and to destroy: I am come, that they might have life,
25 and that they might have it more abundantly ⑪ I am
26 the good shepherd: the good shepherd giveth his life for
27 the sheep. ⑫ But he that is a hireling, and not the

27

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



82    shepherd, whose own the sheep are not, seeth
*Insert ¶ #*
the wolf coming, and leaveth the sheep, and
fleeth: and the wolf catcheth them, and
scatterth the sheep. ⑮ The hireling fleeth, because
he is a hireling, and careth not for the sheep.
⑭ I am the good shepherd, and know my sheep, and
am known of mine. ⑮ As the Father knoweth me,
even so know I the Father: and I lay down my

83  life for the sheep. ⑯ And other sheep I have,
*Insert ¶ #*
which are not of this fold: them also I must bring,
and they shall hear my voice; and there shall be
one fold, and one shepherd. ⓒ Catholicism (Eve) +
Roman Empire (old Babylon)(Greece being Adam) ≠ Buddhism (cain)
attempting to kill Christianity (Abel) how is this
proveable because they had to use witchcraft
in the form of music, media, drugs, clothes, religion,

84  etc to war with the King of Kings and Lord of Lords.
*Insert ¶ #*
Then they used Greece/Greek gods to ensnare Seth
which was Evas third Son so that Enos couldn't
be produced so they thought. But on top of that
because of their perverse thinking, Enos who brought
back the praise of the Lord, has been worded in the
form of anus which symbolize the backdoor
entrance to the temple (body) and it was through
Seth descendants that Noah came. then through

28
Page Number

85 . one of Noah's sons' which he had 3 named
*Insert ¶ #*
Shem, Ham, and Japheth. However, it was
through Shem that Gods Son Jesus Christ of
Nazareth was brought into this world ＊Now
here's a breakdown explaination of the few things
about Nuns: Ⓐ Nuns can't marry, use social media, or
smartphones however the Britain Kingdom and their
serpent seeds created the internet so that America

86 . could be distracted by the Harlots system as
*Insert ¶ #*
they attempted to paint us as Babylon and as they
attempted to stop the marriage of the Lamb and
His Bride (the REAL CHURCH). Ⓑ They can't own property
or engage in sexual relationships however their system
has Americans worshipping fornication so that
they could lock us down and conquer our inheritance,
property, and families. Ⓒ Nuns are expected to renounce

87. their inheritance and property rights however
*Insert ¶ #*
in America they used the system to obtain those rights
from us just like Jacob had Esau hand over his
birth right because Esau was hungry. If Jacob
really cared for his brother then he would have
fed Esau without asking for anything in return.
This is what China was used to do to America.
Also, remember Rebecca had Jacob trick Issac
into putting Esau's blessing on Jacob. Well, that's

88. what they had China use communism to help
Insert ¶ # pervert America so that the Roman Catholic church
could steal the blessing from the Black Church
and Britain could keep the Kingdom while
attempting to act like they didn't have anything
to do with the whole situation. However, truth
be told the Church belongs in Jerusalem but
the chosen ones are here in America buried under

89. all this mess. There wouldn't be two marriage
Insert ¶ # couples in Revelation if America was really Babylon.
All the sorcery came from U.K. so that is
where Babylon is located however they tried
to blackmail us by using Hollywood, Long
Beach, and San Francisco but the truth
is America was birthed from The Mother
of Harlots and that's why America looks

90. like the son who would rule with an Iron
Insert ¶ # Fist pertaining to the Drug game. IF they were
the truth then I would have left to be there but
I know they're a lie so I'm still here with
you because I refuse to see a half truth. Revelation
18:22-24 - (22) And the voice of harpers and musicians,
and of pipers, and trumpeters, shall be heard
no more at all in thee; and no craftsman, of
whatsoever craft he be, shall be found any more

30
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



91 . in thee; and the sound of a millstone shall be
Insert ¶ #
heard no more, at all in thee, ㉓ And the light
of a candle, shall shine, no more, at all in thee;
and the voice of the bridegroom and of the
bride shall be, heard no more, at all in thee;
for thy merchants were the great men of the
earth; for by thy sorceries were, all nations
deceived. ㉔ And in her was found the blood

92 . of prophets, and of saints, and of all
Insert ¶ #
that were slain upon the earth. Revelation 19:6-10
① And I heard as it were, the voice of a great
multitude, and as the voice of many waters,
and as the voice of mighty thunderings, saying,
Alleluia: for the LORD God omnipotent reigneth.
② Let us be glad and rejoice, and give honor to
him: for the marriage of the lamb is come, and

93 . his wife hath made herself ready. ⑧ And to
Insert ¶ #
her was granted that she should be arrayed in
fine linen, clean and white: for the fine linen
is the righteousness of saints. ⑨ And he saith
unto me, Write, Blessed are they which are called
unto the marriage supper of the lamb. And he
saith unto me, These are the true sayings of
God. ⑩ And I fell at his feet to worship him. And
he said unto me, See thou do it not: I am thy

31
Page Number

94. fellow servant, and of thy brethren that have the
Insert ¶ # testimony of Jesus: worship God: for the testimony
of Jesus is the spirit of prophecy. *x*x* See, God
is more advanced than humanity because He knew
in advance that there were going to be people fighting
against His return, he knew people were going to
pretend to be Him and/or pretend to be His Bride.
Jesus Christ of Nazareth knows the hearts of all

95. of humanity before it came down to the enemy
Insert ¶ # attempting to deceive the Elect (chosen ones of God).
However, due to there not being anything knew under
the sun; all the enemy did was confirm how real
the Word of God is and how badly we need our
savior Jesus Christ of Nazareth. The story about
Babylon speaks about Mystery Babylon and
the beast. The Mystery about Babylon has to

96. do with the sorceries that she uses against the
Insert ¶ # people and the beast that carries her which goes
back to the Roman Empire. Her sorceries is so
great that it causes all the kings and their
armies to make war with the Lamb but not
only that, the enemy knows that his time
is short however he still tries his best to stop
the Son of God from returning and even then the
enemy already knows he lost the battle a long time ago
so the enemy is basically just putting on a show.

"WICKEDNESS OF MANKIND"

1  97  Genesis 6:1-22  Wickedness of Mankind
   *Insert ¶ #*
2  ①And it came to pass, when men began to multiply
3  on the face of the earth, and daughters were
4  born unto them.②That the sons of God saw the
5  daughters of men-that they were fair, and they
6  took them wives of all which they chose.③And the
7  LORD said, My spirit shall not always strive with
8  man, for that he also is flesh: yet his days shall
9
10  98 be a hundred and twenty years.④There were
   *Insert ¶ #*
11  giants in the earth in those days; and also after
12  that, when the sons of God came in unto the daughters
13  of men, and they bare children to them, the same became
14  mighty men which were of old, men of renown.
15  ⑤And God saw that the wickedness of man was
16  great in the earth, and that every imagination
17  of the thoughts of his heart was only evil
18
19  99 continually.⑥And it repented the LORD that he
20  *Insert ¶ #*
21  had made man on the earth, and it grieved him
22  at his heart.⑦And the LORD said, I will destroy
23  man whom I have created from the face of the
24  earth; both man, and beast, and the creeping
25  thing, and the fowls of the air; for it repenteth
26  me that I have made them.⑧But Noah found
27  grace in the eyes of the LORD.⑨These are
28  the generations of Noah: Noah was a just man

33
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

100. and perfect in his generations, and Noah
*Insert ¶ #* walked with God. (10) And Noah begat three
sons, Shem, Ham, and Japheth. (11) The earth
also was corrupt before God, and the earth
was filled with violence. (12) And God looked upon
the earth, and, behold, it was corrupt; for all
flesh had corrupted his way upon the earth.
(13) And God said unto Noah, The end of all flesh

101. is come before me; for the earth is filled with
*Insert ¶ #* violence through them; and, behold, I will destroy
them with the earth. (14) Make thee an ark of
gopher wood; rooms shalt thou make in the
ark, and shalt pitch it within and without
with pitch. (15) And this is the fashion which
thou shalt make it of. The length of the ark
shall be three hundred cubits, and the height

102. of it thirty cubits. (16) A window shalt thou
*Insert ¶ #* make to the ark, and in a cubit shalt thou finish
it above; and the door of the ark shalt thou
set in the side thereof; with lower, second, and
third stories shalt thou make it. (17) And, behold,
I, even I, do bring a flood of waters upon the
earth, to destroy all flesh, wherein is the breath
of life, from under heaven; and every thing that
is in the earth shall die. (18) But with thee will

" NOAH ENTERS THE ARK (GENESIS 7) "

1  18. I establish my covenant; and thou shalt come into the
   Insert ¶ #
2  ark, thou, and thy sons, and thy wife, and thy sons
3  wives with thee. 19 And of every living thing of all flesh,
4  two of every sort shalt thou bring into the ark, to
5  keep them alive with thee; they shall be male and
6  female. 20 Of fowls after their kind, and of cattle
7  after their kind, of every creeping thing of the earth
8  after his kind, two of every sort shall come unto thee,
9
10 18† to keep them alive. 21 And take thou unto thee of
   Insert ¶ #
11 all food that is eaten, and thou shalt gather it to
12 thee; and it shall be for food for thee, and for them.
13 22 Thus did Noah; according to all that God commanded
14 him, so did he. Genesis 7:1-24 And the LORD said unto
15 Noah, Come thou and all thy house into the ark; for thee
16 have I seen righteous before me in this generation.
17 2 Of every clean beast thou shalt take to thee by
18
19 18. Sevens, the male and his female: and of beasts
   Insert ¶ #
20 that are not clean by two, the male and his female.
21 3 Of fowls also of the air by sevens, the male and female,
22 to keep seed alive upon the face of all the earth 4 For
23 yet seven days, and I will cause it to rain upon the earth,
24 forty days and forty nights; and every living substance that
25 I have made will I destroy from off the face of the earth.
26 5 And Noah did according unto all that the LORD commanded
27 him. 6 And Noah was six hundred years old when the flood

35
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  106. of waters was upon the earth. (7)And Noah went in, and his
   *Insert ¶ #*
2  sons, and his wife, and his sons wives with him, into the ark,
3  because of the waters of the flood. (8)Of clean beasts, and of beasts
4  that are not clean, and of fowls, and of every thing that creepeth
5  upon the earth. (9)There went in two and two unto Noah into the
6  ark, the male and the female, as God had commanded Noah.
7  (10)And it came to pass after seven days, that the waters of the
8  flood were upon the earth. (11)In the six hundredth year of Noah's
9

10 107. life, in the second month, the seventeenth day of the month, the
   *Insert ¶ #*
11 same day were all the fountains of the great deep broken up, and
12 the windows of heaven were opened. (12)And the rain was upon the
13 earth forty days and forty nights. (13)In the selfsame day entered
14 Noah, and Shem, and Ham, and Japheth, the sons of Noah, and
15 Noah's wife, and the three wives of his sons with them, into
16 the ark: (14)They and every beast after his kind, and all the
17 cattle after their kind, and every creeping thing that creepeth
18

19 108. upon the earth after his kind, and every fowl after his kind,
20 *Insert ¶ #*
21 every bird of every sort. (15)And they went into unto Noah into the
22 ark, two and two of all flesh, wherein is the breath of life. (16)And
23 they that went in, went in male and female of all flesh, as God
24 had commanded him: and the LORD shut him in. (17)And the flood
25 was forty days upon the earth; and the waters increased, and bare
26 up the ark, and it was lift up above the earth. (18)And the waters
27 prevailed, and were increased greatly upon the earth; and the
28 ark went upon the face of the waters. (19)And the waters prevailed

Civil Rights Complaint Pursuant to U.S.C. § 1983

## "THE WATERS RECEDE (GENESIS 8"

1  |09 . exceedingly upon the earth; and all the high hills, that
2  *Insert ¶ #*  were under the whole heaven, were covered. (20) Fifteen cubits
3  upward did the waters prevail; and the mountains were
4  covered. (21) All flesh died that moved upon the earth, both
5  of fowl, and of cattle, and of beast, and of every creeping
6  thing that creepeth upon the earth, and every man. (22) All
7  in whose nostrils was the breath of life, of all that was
8  in the dry land, died. (23) And every living substance was
9
10  |10 destroyed which was upon the face of the ground, both
11  *Insert ¶ #*  man, and cattle, and the creeping things, and the fowl of
12  the heaven; and they were destroyed from the earth:
13  and Noah only remained alive, and they that were with
14  him in the ark. (24) And the waters prevailed upon the
15  earth a hundred and fifty days. Genesis 8:1-29 (1) And
16  God remembered NOAH, and every living thing, and all the cattle
17  that was with him in the ark: and God made a wind to pass
18
19  |11 . over the earth, and the waters assuaged. (2) The fountains
20  *Insert ¶ #*  also of the deep and the windows of heaven were stopped, and
21  the rain from heaven was restrained. (3) And the waters returned
22  from off the earth continually: and after the end of the hundred
23  and fifty days the waters were abated. (4) And the ark rested
24  in the seventh month, on the seventeenth day of the month,
25  upon the mountains of Ararat. (5) And the waters decreased
26  continually until the tenth month: in the tenth month, on
27  the first day of the month, were the tops of the mountains

112. seen. (6) And it came to pass at the end of forty days,
*Insert ¶ #*
that Noah opened the window of the ark which he had made:
(7) And he sent forth a raven, which went forth to and fro,
until the waters were dried up from off the earth. (8) Also
he sent forth a dove from him, to see if the waters
were abated from off the face of the ground; (9) But
the dove found no rest for the sole of her foot, and
she returned unto him into the ark, for the waters

113. were on the face of the whole earth: then he
*Insert ¶ #*
put forth his hand, and took her, and pulled her
in unto him into the ark. (10) And he stayed yet other
seven days; and again he sent forth the dove out
of the ark; (11) And the dove came in to him in the
evening; and, lo, in her mouth was an olive leaf plucked
off: so Noah knew that the waters were abated from
off the earth. (12) And he stayed yet other seven days;

114. and sent forth the dove; which returned not again
*Insert ¶ #*
unto him any more. (13) And it came to pass in the
six hundredth and first year, in the first month,
the first day of the month, the waters were dried
up from off the earth: and Noah removed the covering
of the ark, and looked, and, behold, the face of
the ground was dry. (14) And in the second, on the
seven and twentieth day of the month, was the
earth dried. (15) And God spake unto Noah, saying,

38
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

// Genesis 9 God's Covenant w/ Noah verses 8-19 //
NOAH'S DRUNKENNESS verses 20-24
Curse of Canaan verses 25-29

115 (16) Go forth of the ark, thou, and thy wife, and
*Insert ¶ #*
thy sons, and thy sons' wives with thee. (17) Bring forth
with thee every living thing that is with thee, of all
flesh, both of fowl, and of cattle, and of every creeping
thing that creepeth upon the earth; that they may
breed abundantly in the earth, and be fruitful, and
multiply upon the earth. (18) And Noah went forth, and
his sons, and his wife, and his sons' wives with him:

116 . (19) Every beast, every creeping thing, and every fowl, and
*Insert ¶ #*
whatsoever creepeth upon the earth, after their kinds,
went forth out of the ark. (20) And Noah builded an
altar unto the LORD; and took of every clean beast,
and of every clean fowl, and offered burnt offerings
on the altar. (21) And the LORD smelled a sweet savor; and
the LORD said in his heart, I will not again curse the ground
any more for man's sake; for the imagination of man's

117. heart is evil from his youth; neither will I again
*Insert ¶ #*
smite any more every thing living, as I have done. (22) While
the earth remaineth, seedtime, and harvest, and cold
and heat, and summer and winter, and day and night
shall not cease. Genesis 9:1-29 (1) And God blessed Noah
and his sons, and said unto them, Be fruitful and multiply,
and replenish the earth. (2) And the fear of you and the
dread of you shall be upon every beast of the earth, and
upon every fowl of the air; upon all that moveth upon

39
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  1:3. the earth, and upon all the fishes of the sea; into
   Insert ¶ #
2  your hand are they delivered. Every moving thing
3  that liveth shall be meat for you; even as the green
4  herb have I given you all things. ④ But flesh with the
5  life thereof, which is the blood thereof, shall ye not eat.
6  ⑤ And surely your blood of your lives will I require; at
7  the hand of every beast will I require it, and at the
8  hand of man; at the hand of every man's brother will

10 1:9. I require the life of man. ⑥ Whoso sheddeth man's
   Insert ¶ #
11 blood, by man shall his blood be shed: for in the image
12 of God made he man. ⑦ And you, be ye fruitful, and
13 multiply; bring forth abundantly in the earth, and
14 multiply therein. ⑧ And God spake unto Noah, and to
15 his sons with him, saying, ⑨ And I, behold, I establish
16 my covenant with you, and with your seed after you;
17 ⑩ And with every living creature that is with you, of the

19 1:10. fowl, of the cattle, and of every beast of the earth
   Insert ¶ #
21 with you; from all that go out of the ark, to every beast
22 of the earth. ⑪ And I will establish my covenant with you;
23 neither shall all flesh be cut off any more by the waters
24 of a flood; neither shall there any more be a flood
25 to destroy the earth. ⑫ And God said, This is the token
26 of the covenant which I make between me and you
27 and every living creature that is with you, for perpetual
28 generations: ⑬ I do set my bow in the cloud, and it
   (add L to bow and you get Bowl with a cloud is the Crystal
    meth pipe aka pookey)

40
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

14 . shall be seen in the cloud: [15] And I will remember
*Insert ¶ #*
my covenant, which is between me and you and every
living creature of all flesh; and the waters shall no
more become a flood to destroy all flesh. [16] And
the bow shall be in the cloud; and I will look
upon it, that I may remember the everlasting
covenant between God and every living creature
of all flesh that is upon the earth. [17] And God said

122 . unto Noah, This is the token of the covenant, which
*Insert ¶ #*
I have established between me and all flesh that is
upon the earth. [18] And the sons of Noah, that went
forth of the ark, were Shem, and Ham, and Japheth:
and Ham is the father of Canaan. [19] These are the three
sons of Noah, and of them was the whole earth overspread.
[20] And Noah began to be an husbandman and he planted
a vineyard. [21] And he drank of the wine, and was drunken;

123 . and he was uncovered within his tent. [22] And Ham,
*Insert ¶ #*
the father of Canaan, saw the nakedness of his father,
and told his two brethren without. [23] And Shem
and Japheth took a garment, and laid it upon both
their shoulders, and went backward, and covered the
nakedness of their father's nakedness. [24] And Noah
awoke from his wine, and knew what his younger son
had done unto him. [25] And he said, Cursed be Canaan,
a servant of servants shall he be unto his brethren.

Hangover

41
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



1   124. And he said, Blessed be the LORD God of Shem; (26)
2   and Canaan shall be this servant. (27) God shall
3   enlarge Japheth, and he shall dwell in the tents
4   of Shem; and Canaan shall be his servant.
5   (28) And Noah lived after the flood three hundred
6   and fifty years. (29) And all the days of Noah
7   were nine hundred and fifty years: and he
8   died. Genesis 10:1-32 (1) Now these are the generations
9
10   125. of the sons of Noah, Shem, Ham, and Japheth:
11   and unto them were sons born after the flood. (2) The
12   sons of Japheth; Gomer, and Magog, and Madai,
13   and Javan, and Tubal, and Meshech, and Tiras.
14   (3) And the sons of Gomer; Ashkenaz, and Riphath,
15   and Togarmah. (4) And the sons of Javan; Elishah,
16   and Tarshish, Kittim, and Dodanim. (5) By these were
17   the isles of the Gentiles divided in their lands; every
18
19   126. one after his tongue, after their families, in their
20   nations. (6) And the sons of Ham; Cush, and Mizraim,
21   and Phut, and Canaan. (7) And the sons of Cush;
22   Seba, and Havilah, and Sabtah, and Raamah, and
23   Sabtechah: and the sons of Raamah; Sheba, and
24   Dedan. (8) And Cush begat Nimrod: he began to be
25   a mighty one in the earth. (9) He was a mighty
26   hunter before the LORD: wherefore it is said, Even
27   as Nimrod the mighty hunter before the LORD.

Insert ¶ #
Insert ¶ #
Insert ¶ #

42
Page Number

1  127 ⑩ And the beginning of his kingdom was Babel, and
   Insert ¶#
2  Erech, and Accad, and Calneh, in the land of
3  Shinar. ⑪ Out of that land went forth Asshur,
4  and builded Nineveh, and the city Rehoboth, and
5  Calah, ⑫ And Resen between Nineveh and Calah:
6  the same is a great city. ⑬ And Mizraim begat Ludim,
7  and Anamime, and Lehabim, and Naphtuhim, ⑭ And
8  Pathrusim, and Casluhim, (out of whom came Philistim,)

10  128. and Caphtorim. ⑮ And Canaan begat Sidon his
    Insert ¶#
11  first-born, and Heth, ⑯ And the Jebusite, and the Amorite,
12  and the Girgasite, ⑰ And the Hivite, and the Arkite,
13  and the Sinite, ⑱ And the Arvadite, and the Zemarite,
14  and the Hamathite: and afterward were the families of the
15  Canaanites spread abroad. ⑲ And the border of the Canaanites was
16  from Sidon, as thou comest to Gerar, unto Gaza; as thou goest,
17  unto Sodom, and Gomorrah, and Admah, and Zeboim,

19  129. even unto Lasha. ⑳ These are the sons of Ham, after
    Insert ¶#
21  their families, after their tongues, in their countries, and
22  in their nations. ㉑ Unto Shem also, the father of all
23  the children of Eber, the brother of Japheth the elder,
24  even to him were children born: ㉒ The children of
25  Shem; Elam, and Asshur, and Arphaxad, and Lud, and
26  Aram. ㉓ And the children of Aram; Uz, and Hul,
27  and Gether, and Mash. ㉔ And Arphaxad begat
28  Salah; and Salah begat Eber. ㉕ And unto Eber were

Civil Rights Complaint Pursuant to U.S.C. § 1983

130 . born two sons: the name of one was Peleg; for
*Insert ¶ #*
in his days was the earth divided; and his brother's
name was Joktan. ㉖ And Joktan begat Almodad and
Sheleph, and Hazar-maveth, and Jerah, ㉗ And
Hadoram, and Uzal, and Diklah, ㉘ And Obal, and
Abimael, and Sheba, ㉙ And Ophir, and Havilah, and
Jobab: all these were the sons of Joktan. ㉚ And their
dwelling was from Mesha, as thou goest unto Sephar,

131 . a mount of the east. ㉛ These are the sons of
*Insert ¶ #*
Shem, after their families, after their tongues, in their
lands, after their nations. ㉜ These are the families of
the sons of Noah, after their generations, in their nations:
and by those were the nations divided in the earth after
the flood.
✳✳✳ The Woman, Great Red Dragon, Man Child, Michael, & The Blood of the Lamb ✳✳✳
Revelation 12:1-17 ① And there appeared a great wonder in heaven:

132 . a woman clothed with the sun, and the moon under her feet,
*Insert ¶ #*
and upon her head a crown of twelve stars: ② And she being with
child cried, travailing in birth, and pained to be delivered. ③ And
there appeared another wonder in heaven; and behold a great
red dragon, having seven heads and ten horns, and seven
crowns upon his heads. ④ And his tail drew the third part of
the stars of heaven, and did cast them to the earth: and the
dragon stood before the woman which was ready to be delivered,
for to devour her child as soon as it was born. ⑤ And she brought

44

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

132. forth a man child, who was to rule all nations with
*Insert ¶ #*
a rod of iron: and her child was caught up unto God, and
to his throne. ⑥ And the woman fled into the wilderness,
where she hath a place prepared of God, that they should
feed her there a thousand two hundred and threescore days.
⑦ And there was a war in heaven: Michael and his angels
fought against the dragon; and the dragon fought and his
angels⑧ And prevailed not; neither was their place found any

133. more in heaven. ⑨ And the great dragon was cast out, that
*Insert ¶ #*
old serpent, called the Devil, and Satan, which deceiveth the
whole world: he was cast out into the earth, and his angels
were cast out with him. ⑩ And I heard a loud voice saying in
heaven, Now is come salvation, and strength, and the kingdom
of our God, and the power of his Christ: for the accuser of
our brethren is cast down, which accused them before our
God day and night. ⑪ And they overcame him by the blood

133. of the Lamb, and by the word of their testimony; and
*Insert ¶ #*
they loved not their lives unto death. ⑫ Therefore, rejoice, ye
heavens, and ye that dwell in them. Woe to the inhabiters of
the earth, and of the sea! for the devil is come down unto
you, having great wrath, because he knoweth that he hath
but a short time. ⑬ And when the dragon saw that he was
cast unto the earth, he persecuted the woman which brought
forth the man child. ⑭ And to the woman were given two
wings of a great eagle, that she might fly into the wilderness,

1  136 : into her place, where she is nourished for a time, from
2  Insert ¶ # the face of the serpent. ⑮ And the serpent cast out of his
3  mouth water as a flood after the woman, that he might
4  cause her to be carried away of the flood. ⑯ And the earth
5  helped the woman, and the earth opened her mouth, and
6  swallowed up the flood which the dragon cast out of his
7  mouth. ⑰ And the dragon was wroth with the woman, and
8  went to make war with the remnant of her seed, which
9
10 137 keep the commandments of God, and have the testimony
11 Insert ¶ # of Jesus Christ. ✱✱✱ Revelation 13:1-18 ✱✱✱
12 ① And I stood upon the sand of the sea, and saw a beast
13 having seven heads and ten horns, and upon his horns ten
14 crowns, and upon his heads the name of blasphemy.
15 ② And the beast which I saw was like unto a leopard, and
16 his feet were as the feet of a bear, and his mouth as
17 the mouth of a lion: and the dragon gave him his power,
18
19 138 and his seat, and great authority. ③ And I saw one of
20 Insert ¶ # his heads as it were wounded to death: and his deadly wound
21 was healed: and all the world wondered after the beast.
22 ④ And they worshiped the dragon which gave power unto
23 the beast: and they worshiped the beast, saying, Who is like
24 unto the beast? who is able to make war with him? ⑤ And there
25 was given unto him a mouth speaking great things and blasphemies;
26 and power was given unto him to continue forty and two
27 months. ⑥ And he opened his mouth in blasphemy against
28

46
Page Number

139 . God, to blaspheme his name, and his tabernacle,
*Insert ¶ #*
and them that dwell in heaven. ⑦ And it was given unto
him to make war with the saints, and to overcome
them: and power was given him over all kindreds, and
tongues, and nations. ⑧ And all that dwell upon the earth
shall worship him, whose names are not written in the book of
life of the lamb slain from the foundation of the world.
⑨ If any man have an ear, let him hear. ⑩ He that leadeth

140 . into captivity shall go into captivity: he that killeth with
*Insert ¶ #*
the sword must be killed with the sword. Here is the patience
and the faith of the saints. ⑪ And I beheld another beast
coming up out of the earth; and he had two horns like a
lamb, and he spake as a dragon. ⑫ And he exerciseth all
the power of the first beast before him, and causeth the
earth and them which dwell therein to worship the first
beast, whose deadly wound was healed. ⑬ And he doeth

141 . great wonders, so that he maketh fire come down
*Insert ¶ #*
from heaven on the earth in the sight of men. ⑭ And deceiveth
them that dwell on the earth by the means of those miracles
which he had power to do in the sight of the beast; saying to
them that dwell on the earth, that they should make an
image to the beast, which had the wound by a sword, and
did live. ⑮ And he had power to give life unto the image of
the beast, that the image of the beast should both speak,
and cause that as many as would not worship the image

47
*Page Number*

1  142. of the beast should be killed. ⑯ And he causeth
2  all, both small and great, rich and poor, free and bond,
3  to receive a mark in their right hand, or in the foreheads:
4  ⑰ And that no man might buy or sell, save he that
5  had the mark, or the name of the beast, or the number
6  of his name. ⑱ Here is wisdom. Let him that hath under-
7  standing count the number of the beast: for it is the
8  number of a man; and his number is six hundred threescore
9
10  143. and six. ✳ Let's break down 666 Biblically ✳
11  ✳ Step 1: Count 6 books of the Bible (Old & NEW TESTAMENT)
12  Step 2: Go to the 6ᵀᴴ Chapter of Book (Old & NEW TESTAMENT)
13  Step 3: Go to the 6ᵀᴴ verse of Book (Old & NEW TESTAMENT)
14  ✳ Step 1 Book Count: Genesis, Exodus, Leviticus, Numbers, Deuteronomy, Joshua
15  Step 2 & 3 Combined: Joshua 6:6 - And Joshua the son of NUN called
16  the priests, and said unto them, Take up the ark of the covenant,
17  and let seven priests bear seven trumpets of rams' horns before the
18
19  144. ark of the LORD. ✳ Step 1 Book Count (New Testament):
20  Matthew, Mark, Luke, John, ACTS, ROMANS ✳ Step 2 & 3 Combined:
21  Romans 6:6 - Knowing this, that our old man is crucified with
22  him, that the body of sin might be destroyed, that henceforth
23  we should not serve sin. (Add verse 7 to see why they tried
24  reincarnating the ROMAN EMPIRE but forgot that Jesus blood was on
25  their hands so instead the summoned dead/ancient demonic spirits)
26  Romans 6:7 - For he that is dead is freed from sin. ✳ Let's give
27  a brief explanation of Joshua ✳ Joshua 1:1-6 ① Now after the death

48

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    145 . of Moses the servant of the LORD it came to pass, that the
     *Insert ¶ #*
2    LORD spake unto Joshua the son of NUN, Moses' minister saying,
3    ② Moses my servant is dead; now therefore arise, go over this
4    Jordan, thou, and all this people, unto the land which I do give
5    to them, even to the children of Israel. ③ Every place that the
6    sole of your foot shall tread upon, that have I given unto you,
7    as I said unto Moses. ④ From the wilderness and this Lebanon even
8    unto the great river, the river Euphrates, all the land of the Hittites,

9

10   146 . and unto the Great Sea toward the going down of the sun,
     *Insert ¶ #*
11   shall be your coast. ⑤ There shall not any man be able to stand before
12   thee all the days of thy life: as I was with Moses, so I will be with
13   thee: I will not fail thee, nor forsake thee. ⑥ Be strong and of a good
14   courage: for unto this people shalt thou divide for an inheritance the
15   land, which I sware unto their fathers to give them. ✳✳✳ NOW
16   here's the backend which is the perverted way they used
17   the word to build the beast empire while "ATTEMPTING"
18                  (CAIN)(canaan)

19   147 . to Lock JESUS in their system so that they could blackmail
     *Insert ¶ #*
20
21   the chosen ones, Jews, children of Israel in order to steal
22   the substance of the land that was built by other people's
23   hands because the beast was cursed. Example: In Beauty and
24   the Beast, the Beast name is Prince Adam. Prince Adam only
25   means Cain which was Adams first son who killed Abel
26   the keeper of the sheep (shepherd) who was Adams second
27   son. Genesis 4:10-15 (page ___ ) (paraphrased) Cain was cursed from
28   the earth, when he tilled the ground the earth wouldn't yield her strength (produce),

                          49
                     *Page Number*

# JOB

148. and he was a fugitive (escapee or in hiding to avoid being arrested or persecuted) and a vagabond (going back and forth) so his system is a system of sorcery & of slavery. Job 1:1-3 (1) There was a man in the land of Uz, whose name was Job: and that man was perfect and upright, and one that feared God, and eschewed evil. (2) And there were born unto him seven sons and three daughters. (3) His substance also was seven thousand sheep, and three thousand camels, and five hundred yoke of oxen, and five hundred she asses, and a very great household; so that this man was the greatest

149. of all the men of the east. Job 1:7 And the LORD said unto Satan, Whence comest thou? Then Satan answered the LORD, and said, From going to and fro in the earth, and from walking up and down in it. Job 1:8 - And the LORD said unto Satan, Hast thou considered my servant JOB, that there is none like him in the earth, a perfect and upright man, one that feareth God and escheweth evil? Job 1:9 - Then Satan answered the LORD, and said, Doth Job fear God for naught? Job 1:11 - But put forth thine hand now, and touch all that he hath, and he will curse thee to thy face. Job 1:12 - And the LORD said unto Satan, Behold, all that he hath

(Satan)

150. is in thy power, only upon himself put not forth thine hand. So satan went forth from the presence of the LORD. Job 1:15 - And the Sabeans fell upon them, and took them away; yea, they have slain the servants with the edge of the sword, and I only am escaped alone to tell thee. Job 1:16 - While he was yet speaking there came also another, and said, The fire of God is fallen from heaven, and hath burned up the sheep, and the servants, and consumed them; and I only am escaped alone to tell thee. Job 1:17 - While he was yet speaking, there came also another, and said, The Chaldeans made out three bands and fell upon the camels, and have carried them away, yea, and slain the servants with the edge of the sword; and I only am escaped alone to tell thee.

Insert ¶ #

Uz = OZ (wizard)
Job = JOB (work)
1+3 = 10 Beast 1 of Revelation 13

G.O.A.T
Roman Catholic
BRICS

wandering - Cain = The land of Nod

Matthew 6:24 - No man can serve two masters: for either he will hate the one, and love the other; or else he will hold to the one, and despise the other. Ye cannot serve God and mammon!

*The World is under Satanic System! Their Job places the mark of the beast on them and their money does too. 911 get out of the System Now!

*Repent & Exit Money/Beast/Job/Social System! QUICKLY! It was a Set Up!!

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

151   Job 1:18- While he was yet speaking, there came also another, and
Insert ¶ # said, Thy sons and thy daughters were eating and drinking wine in their
eldest brother's house. Job 1:19- And, behold, there came a great
wind from the wilderness, and smote the four corners of the
house, and it fell upon the young men, and they are dead; and
I only am escaped alone to tell thee. Job 1:20-22 ⑳ Then
Job arose, and rent his mantle, and shaved his head, and

152. fell down upon the ground, and worshiped. ㉑ And said,
Insert ¶ # Naked came I out of my mother's womb, and naked shall
I return thither: the LORD gave, and the LORD hath taken
away; blessed be the name of the LORD. ㉒ In all this Job
sinned not, nor charged God foolishly. Job 2:3- And the
LORD said unto Satan, Hast thou considered my servant Job,
that there is none like him in the earth, a perfect and an

153 . upright man, one that feareth God, and escheweth evil?
Insert ¶ # and still he holdeth fast his integrity, although thou movedst
me against him, to destroy him without cause. Job 2:4 -
And Satan answered the LORD, and said, Skin for skin,
yea, all that a man hath will he give for his life. Job 2:5-
But put forth thine hand now, and touch his bone and his
flesh, and he will curse thee to thy face. Job 3:1-11 ㉑ After
this opened Job his mouth, and cursed his day. ㉒ And Job spake,
and said, ③ Let the day perish wherein I was born, and the

1  :3:4 . night in which it was said, There is a man child conceived.
   *Insert ¶ #*
2  ④ Let that day be darkness; let not God regard it from above,
3  neither let the light shine upon it. ⑤ Let darkness and the
4  shadow of death stain it; let a cloud dwell upon it; let the
5  blackness of the day terrify it. ⑥ As for that night, let
6  darkness seize upon it; let it not be joined unto the days
7  of the year; let it not be joined unto the days of the year;
8  let it not come into the number of the months. ⑦ Lo, let

9

10 :5:5 . that night be solitary; let no joyful voice come therein.
   *Insert ¶ #*
11 ⑧ Let them curse it that curse the day, who are ready to
12 raise up their mourning. ⑨ Let the stars of the twilight
13 thereof be dark; let it look for light, but have none; neither
14 let it see the dawning of the day: ⑩ Because it shut not up
15 the doors of my mother's womb, nor hid sorrow from mine
16 eyes. ⑪ Why died I not from the womb? Why did I not give
17 up the ghost when I came out of the belly? Job 6:6-9

18

19 :6:6 . ⑥ Can that which is unsavory be eaten without salt? Or is
   *Insert ¶ #*
20
21 there any taste in the white of an egg? ⑦ The things that my soul
22 refused to touch are as my sorrowful meat. ⑧ Oh that I might
23 have my request; and that God would grant me the thing
24 that I long for! ⑨ Even that it would please God to destroy
25 me; that he would let loose his hand, and cut me off!
26 ✳ Breakdown of JOB which is the medium of the system (beast) ✳
27 The word JOB is the name of a man/book in the Bible
28 (old testament) and the word JOB is also defined as: the

167 . principal activity in your life that you do to earn money,
Insert ¶ #
B) a specific piece of work required to be done as a duty or for
a specific fee. C) a state of difficulty that needs to be resolved
D) a program application that may consist of several steps but
is a single logical unit. E) a crime (especially a robbery). F) profit
privately from public office or official business. * This is what
is the beginning of their sorcery which is crossing words
in order to give it a different meaning. Also using phonics

168 . in order to confuse a person who doesn't understand
Insert ¶ #
different languages, etc. Prime Example: Caesar's world is
all about PROFITS which is money but Christ's world is all
about PROPHETS which is the mouthpiece of God being used
through a human being to declare and decree. Both words
sound the same but mean the total opposite * Now,
the word Medium is defined as A) An intervening substance
through which signals can travel as a means for communication

169 . B) Someone who serves as an intermediary between the
Insert ¶ #
living and the dead C) transmissions that are disseminated
widely to the public. D) a substance in which specimens are
preserved or displayed- Job 1:1 the land of UZ symbolize the
land of OZ from the Wizard of OZ | The definition of Oz is also
ounce which (crossword example: Witch) is a unit of weight in
the US customary system and imperial system of measurement
(an Ancient Roman). Job 1:2-3 the 7 sons + 3 daughters only
represent Revelation 13 the First beast which is the Gentile

1  160. nations (Revelation 13:1 - And I stood upon the sand of the sea,
   *Insert ¶ #*
2  and saw a beast rise up out of the sea, having seven heads
3  and ten horns, and upon his horns ten crowns, and upon his
4  heads the name of blasphemy.) * Blasphemy = blasphemous
5  behavior; the act of depriving something of its sacred character. *
6  Job 1:3 - His substance also was seven thousand sheep, and three thousand
7  camels, and five hundred yoke of oxen, and five hundred she asses,
8  and a very great household; so that this man was the greatest of
9

10  161. all the men of the east. * This verse can Symbolize sheep
    *Insert ¶ #*
11  as being cotton for clothing, camels is a form of cigarettes,
12  yoke of oxen can represent a slave system based upon an
13  animalistic system (beast system), she asses symbolizes the
14  females' ass especially African Americans because an ass
15  is just a donkey that is a domesticated equine (crossword Earth Queen)
16  which is derived from the African wild ass (Equus Africanus) this
17  is only a description of the (harlot system) Revelation 17:5-9
18

19  162 ⑤ And upon her forehead was a name written, MYSTERY, BABYLON
    *Insert ¶ #*
20
21  THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE
22  EARTH. ⑥ And I saw the woman drunken with the blood of the
23  saints, and with the blood of the martyrs of JESUS: and when
24  I saw her, I wondered with great admiration. ⑦ And the angel
25  said unto me, Wherefore didst thou marvel? I will tell thee the
26  mystery of the woman, and of the beast that carrieth her,
27  which hath the seven heads and ten horns. ⑧ The beast that
28  thou sawest was, and is not; and shall ascend out of the

54
*Page Number*

163 . bottomless pit, and go into perdition: and they that
*Insert ¶ #* dwell on the earth shall wonder whose names were not
written in the book of life from the foundation of the world,
when they behold the beast that was, and is not, and
yet is. ②And here is the mind which hath wisdom. The seven
heads are seven mountains on which the woman sitteth.
Greatest of all the men of the east is where they got the
acronym G.O.A.T which means Greatest of All Time!

164 . let me also add that camel is also a representation
*Insert ¶ #* of Egypt. The word substance. is defined as "the subject matter
of a text, speech, or work of art, especially as contrasted with
the form or style in which it is presented;" "wealth and
possessions," it also can mean "an intoxicating, stimulating,
or narcotic chemical or drug, especially an illegal one."
If you break substance down in two words you get
Sub meaning. submarine or to act as a substitute for

165. someone + stance. meaning the way in which someone
*Insert ¶ #* stands, especially when deliberately adopted (as in baseball, golf,
and other sports); a person's posture. East can represent the
Eastern Rite Catholic Church/Oriental Catholic Church.
Job 1:7. And the LORD said unto Satan, Whence cometh thou? Then Satan
answered the LORD, and said, From going to and fro in the earth, and
from walking up and down in it (★ going to and fro is a form of
wandering which is the definition of a vagabond and is exactly
what God called Cain after he killed Abel). Wandering is also

55
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

166 . a representation of the Land of Nod which means that
*Insert ¶ #*
LORD in this scenario is the King which makes the King the
real beast and the church (catholic) is the whore that
caused a lot of Kings to fall (Revelation 17:10 And there
are seven kings five are fallen, and one is, and the other
is not yet come; and when he cometh, he must continue
a short space.) The King that has a short space is King
Charles III because is reign is not that long due to

167 . his age, the days we're in which is Armageddon,
*Insert ¶ #*
and the truth being Revealed. Job 1:11 But put forth thine
hand now, and touch all that he hath, and he will curse thee
to thy face. Job 1:12 And the LORD said unto Satan, Behold,
all that he hath is in thy power, only upon himself put not
forth thine hand. Matthew 6:24 No man can serve two masters:
for either he will hate the one, and love the other; or else he will
hold to the one, and despise the other. Ye cannot serve God

168 . and mammon. Romans 4:4-5 Now to him that worketh
*Insert ¶ #*
is the reward not reckoned of grace, but of debt. ⑤ But to
him that worketh not, but believeth on him that justifieth
the ungodly, his faith is counted for righteousness. ✳ THE
SET UP OF THE Beast System ✳ Capitalism was created
by Adam Smith who was born in Kirkcaldy, fife,
Scotland. The first form of bank note was developed
in China during the Tang and Song dynasties, starting
in the 7th century. Its roots were in merchant receipts

169. of deposit during the Tang dynasty (618-907).

*Insert ¶ #*

During the Yuan dynasty (1271-1368), banknotes were adopted by the Mongol Empire. In Europe, the concept of banknotes was first introduced during the 13th century by travelers such as Marco Polo with European banknotes appearing in 1661 in Sweden. True paper money, called "jiaozi" were developed as promissory notes by the 11th century, during the Song dynasty. In 1661 the first

170. banknotes were created in Europe by Johan Palmstruch

*Insert ¶ #*

the founder of Stockholms Banco which was Sweden's first bank until it was liquidated in 1667. However, it served as the precursor to the central bank of Sweden that was founded in 1668 as Riksens Standers Bank until it was renamed in 1866 as Sveriges Riksbank which is the world's oldest surviving central bank. Also, the banknote of the one hundred daler issued by Stockholms $100

171. Banco and signed by Johan Palmstruch in 1666 (the

*Insert ¶ #*

mark of the beast in number form). ✳ Communism was created by Karl Marxism who was born in Trier, Rhine Province, Prussia Germany. Marxism was also created by Friedrich Engels who was born in Barmen, Jülich-Cleves-Berg Kingdom of Prussia which is now Wuppertal, Germany. Marxism is a method of socioeconomic analysis that uses a materialist interpretation of historical development, better known as historical materialism, to understand class

1   172. relations and social conflict and a dialectical perspective
    *Insert ¶ #*
2   to view social transformation. So basically, to sum up the
3   beast system it was derived from the book of Job. Job
4   was tested by Satan to see if he lost everything would he
5   curse God. Satan had the ability to do whatever he wanted
6   to Job except kill him. Satan was able to disconnect Job
7   from every type of human support, progress, or success
8   that he had just to see if Job would curse God to his
9

10  173 face. The social system is a reflection of Communism
    *Insert ¶ #*
11  which is when somebody else has control over another persons
12  possessions, it also goes hand and hand with the social
13  systems behind human relationships and behaviors, then
14  it is combined with capitalism which actually consist
15  of the progress and success of humans. People use their
16  progress and successes to help build their confidence
17  which then gives them a sense of pride about themselves.
18

19  174 So Jobs' story was the perfect story to make a
    *Insert ¶ #*
20
21  system for humanity when it came to their means of
22  providing, self confidence, and a sense of power that
23  can be obtained while they're progressing on their job.
24  Based upon this brief description of how they crossed
25  words to deceive the people, you should have a better
26  understanding on why it's so important for us to be
27  a free people versus us being a slave because people
28  enjoy their fun that only is tempory. In Matthew 6:24

175. God made it specific that nobody could serve
*Insert ¶ #*
two masters: for either he will hate the one,
and love the other; or else he will hold to
the one, and despise the other. Ye cannot serve
God and mammon. Romans 4:4-5 ① Now to him
that worketh is the reward not reconned of grace,
but of debt.※ Matthew 6:24 and Romans 4:4-5
both speak about money/reward however in Matthew

176. God has given a choice then in Romans the
*Insert ¶ #*
word tells you that the reward isn't grace however
it leds you into debt. Right there reality sinks
in letting you know that you lose more than you've
gained.※※※ This right here explains how they
set up America and also why America is still
in debt while the Americans suffer for something
they didn't put themselves in. Right now the

177. People are caught in the shackles of Americas
*Insert ¶ #*
debt to China for a debt that the people didn't
do but what makes it even more wrong is the fact
that China could have just helped America when
they bankrupt but instead people of those times
strategized a system that would be able to pay
back the debt yet the debt isn't paid off. Now, I
must also say that the marriage of the Lamb is
at hand in this time however, this was what

Civil Rights Complaint Pursuant to U.S.C. § 1983

178. I call a battle due to the tricks, traps, and schemes
of the enemy. See, the system that is being used
all across the world is an artificial way to force
slavery upon people, while making them believe that
they are free. Right now, people are striving for
the 'one world order' however the deception
behind the one world order is that humans are
losing their God giving rights of humanity to

179. their own creation which they don't exercise
full control over especially when there's so much
corruption going on and technology is bypassing
the human brains. People have forgotten what
it means to Live, Love, and laugh because our lives
have been being controlled by people in high places
who have evil motives. We must stop being so
naive to the traps of the enemy who does not

180. like Humanity whatsoever. In Heaven, Satan
caused some of the angels to be cast out with him,
in the garden of Eden he caused Adam & Eve to
be cast out the garden, and now he's at the
nations causing kings, queens, and others to
fall by keeping division between humanity as
he divides and conquers. We must open our eyes,
put pride aside, forgive one another, and put
Jesus back on the Throne because Truth be told

181. Satan has everybody fighting over who was first, whose religion is real, etc. What the people are failing to realize is that the battle isn't about none of the things he's using as cover ups to have you on his team. I say that because it's provable. ① All the Appetites that people have, that are against God comes from Satan not Eve. Adam was given power over Satan that's why

182. he chose to speak to Eve because she was still innocent, naive, and the enemy knew she was the only way he would have another chance to attempt to make his name bigger than God's. The devil was here before humans so he knew more just like AI because he understood that humans have a limited brain capacity and he also knew that they would be curious about the world around them. He also knew

183. that there are only two Spirits that can influence the people, and that's either the Holy Ghost (the prophecy of Jesus) or Satan (the prince of air who lets you do whatever you want and serve whoever you want as long as he has control over you which only leads to destruction). Jesus came so that we can have life in abundance however the rebellion of humanity has placed us in worldwide dispair, darkness, anger, anxiety, etc. Satan only comes

61

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

184. to steal, kill, and destroy which makes him
feel good because He Hates Himself, He Hates All
God's Creation, & He really Hates Jesus for Being
chosen. So, with All this being said the beast
system is a system of demonic mind control,
turmoil, Envy, Hatred, etc. as if Hell is on earth.
Also, the beast system is forced Satanic worship
due to the weapons he used to cause people

185. to believe a certain way which is only Indoctrination.
He has forced the world to live backwards by using
the Heaven and Earth that was created by God for
humans to freely possess, be fruitful, and multiply.
He has done so by Cain building a city (Fast forward)
then God flooded the whole earth however he saved
Noah and his family and Noah's sons' wives plus
two Cattle of every Kind including Fowls. After Noah

186. came out the ark, God told his family to be
fruitful and multiply in which they did. Then one
of Noah's sons named Ham saw his dad
naked which caused God to curse Hams' son
Cannan. However through Noahs' other son Shems'
bloodline came, Jesus'. So the world is backwards
because the cursed ones have been stealing and
making money off of Jesus while denouncing
Him at the same time. The cursed ones have,

62
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

187. been living like they're the chosen ones as they
*Insert ¶ #* have profitted off the chosen ones and portrayed
to the entire world as if the chosen ones were
the cursed ones by placing labels of lies on the
names of the chosen ones. Prime example JOB
is a book in the bible about a wealthy God fearing man.
The world took the name of JOB and made it a label
for work which is job. Many people have made

188. a very good living off of whatever job or career
*Insert ¶ #* they have. So here's the serpent's seed Cain who kills
Abel and they are hiding behind their jobs. Here are
some job titles to prove my point ① Doctors (the first
surgery was when God put Adam in a trance, opened
his side, took out his rib, and made Eve). ② Police Officers
(in Genesis 2:15: And the LORD God took the man, and put him
into the garden of Eden to dress and to keep it. ✷ Hebrew Definitions:

189. ① Dress → H5647 → ăbad → to serve ② Keep → H8104 → shâmar →
*Insert ¶ #* to protect. Law enforcement slogan is To Protect and to Serve). 
③ Teaching (in Genesis 1:2 - And the earth was without form, and
void; and darkness was upon the face of the deep. And the
Spirit of God moved upon the face of the waters) ✷ Now,
let's break this down in Hebrew: Form → H8414 → tshûw = empty
place, without form, adverbially, ✷ Adverbial means a word or
group of words playing the grammatical role of an adverb.
✷ Grammer means: the study of the way the sentences

163
*Page Number*

190 . of a language are constructed, morphology and syntax;
the elements of any science, art, or subject; a book
treating such elements. ※ Book is to enter an official
charge against (an arrested suspect) on police register.
VOID → H922 → bohuu = an undistinguishable ruin,
emptiness. Darkness → H2822-7 chosek → misery, de-
struction, wickedness, ignorance, death. ✱✱✱
From Genesis 1:2, I defined 3 words which are form,

191. void, and darkness! I used Genesis 1:2 to describe
how the serpent seed Cain (the son of Eve who built the city)
uses jobs and the system to kill Abel (his brother who he envied
because of his favor with God). Teaching is a job that is only
a weapon of indoctrination to kill the Godlike character
in individuals starting from a child that way they become
a program (like computer simulation) that was created to
destroy all Godly traits. For Example: The word form

192. in Hebrew means empty place (a childlike innocense),
then it breaks down adverbial which describes the grammatical
role of the adverb. Finally, the word grammer is described
as a study of sentences or a language., the elements of
science art, etc in the form of a book (meaning to be
arrested (institutionalized in the mind; indoctrinated). Then,
the next word is void meaning that the worldly teachings
causes emptiness and/or an undistinguishable ruin. Finally, the
words form and void sums up to darkness which means misery,
abstruction, wickedness, ignorance, and death (spiritually).

64
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

193. Even though I put Doctor as #1, Police as #2, and Teacher as #3 the correct order would be Teacher as #1 because God let Adam name the animals before He put Adam to sleep to create Eve. Also, in order to become a doctor, police, or teacher then you have to be educated by a teacher just to qualify according to the worlds system. Under those 3 titles can stem many other categories of

194. jobs such as under Doctor you can classify a nurse, psychologist, chemist, dentist, chiropractor, masseuse, biologist, etc. because they all deal with the mind or body whether it's evaluations, medicine (chemical substances) or hands on physicals, etc. Under Police you can go back a decade and find slave patchers which were called bounty hunter. In Modern times you have similar jobs such as security, bouncers, investigators, any other

195. title that pertains to Protecting and Serving (like DCFS), etc. Finally under Teacher you will find God as the first teacher, then in humanity today there are Apostles, Prophets, Evangelist, Pastors, and Teachers. Now, in the world you have many jobs that fall under teaching such as: Substitute teacher, Pre-K, Elementary, Middle, High School, & University Teachers. There's also life coaches (in all types of curriculums/hobbies), Online Teachers, and in digital realm music, movies, social media platforms such as: Tik Tok, FaceBook, YouTube

196 . Pictures, Paintings, Lyrics, etc (that can have influencers
*Insert ¶ #* who push hidden agendas while getting paid to do so at
the expense of peoples' sanity, lives, or beliefs). * Mark 8:34-38
³⁴ And when he had called the people unto him with his disciples
also, he said unto them, Whosoever will come after me, let
him deny himself, and take up his cross, and follow me ³⁵ For
whosoever will save his life shall lose it; but whosoever shall
lose his life for my sake and the gospels, the same shall

197 . save it. ³⁶ For what shall it profit a man, if he shall
*Insert ¶ #* gain the whole world, and lose his own soul? ³⁷ Or what
shall a man give in exchange for his soul? ³⁸ Whosoever
therefore shall be ashamed of me and of my words in this
adulterous and sinful generation; of him also shall the
Son of man be ashamed, when he cometh in the glory of
his Father with the holy angels. * Mark 8:15 - And he
charged them, saying, Take heed, beware of the

198. leaven of the Pharisees, and of the leaven of Herod.
*Insert ¶ #*
* Herod the Great was the Roman appointed king of Judaea who
built many fortresses, aqueducts, theatres, etc. Herod was born
in southern Palestine; his father was Antipater and he was an
Edomite (a semitic people that have been identified as Arab,
who converted to Judaism in the 2nd century BCE) Herod was
of Arab origin, although he was a practicing Jew. Herod killed
the infants of Bethlehem in order to try and kill Jesus while he
was still a baby then he died shortly after he had a bungled
suicide attempt. (just like Judas & HITLER) * The enemy sets
people up to try and kill
Jesus & then they die
afterwards *
Set up 2 FAIL !

\* PRIDE also represents LGBT Community which is PERVERSION and Perversion means "A Twisted Truth"

1  199. Edomites were Semitic people who fall under the
   *Insert ¶ #*
2  Category of Ammorites, Canaanites, and the Ara-maeans.
3  The word Edom means "RED" and the Edomites sin
4  was PRIDE. The Edomites were the descendents of
5  Esau and the Edomites worshipped many gods. Esau
6  became a pagan Roman who rebelled against the Torah,
7  a countermodel of the rabbinic Jew. Reading Rome, the
8  universal empire, into the Bible, and turning Romans.
9

10 200. into wayward brothers, the rabbis made Jewish history
   *Insert ¶ #*
11 universal. Pagan Rome disregarded them, but Christian
12 Rome made the typology part of European history.
13 The Church Fathers interpreted Jacob and Esau's
14 brotherhood as that of Christians and Jews, claimed
15 Jacob's legacy and decried the Jews as Esau. The
16 Empire's Christianization encumbered Christianity with
17 the Jewish-Roman past and Rome with the Christian
18

19 201. Claim to disinherit Israel, and forged a traumatic
20 *Insert ¶ #*
21 relationship that still hasn't been undone. \* Encumbered
22 means - to restrict or burden (someone or something) in such
23 a way that free action or movement is difficult. \* John 10:1
24 Verily, Verily, I say unto you, He that entereth not by the
25 door into the sheepfold, but climbeth up some other
26 way, the same is a thief and a robber. John 10:10 The
27 thief cometh not, but for to steal, and to kill, and to destroy:
28 I am come that they might have life, and that they might

202 . have it more abundantly. Matthew 23:1-10 Then spake Jesus to the multitude, and to his disciples, (2) Saying, The scribes and the Pharisees sit in Moses seat. (3) All therefore whatsoever they bid you observe and do; but do not ye after their works: for they say, and do not. (4) For they bind heavy burdens and grievous to be borne, and lay them on men's shoulders; but they themselves will not move them with one of their fingers. (5) But all their

203 . works they do for to be seen of men: they make broad their phylacteries, and enlarge the borders of the garments. (6) And love the uppermost rooms at feasts, and the chief seats in the synagogues, (7) And greeting in the markets, and to be called of men, Rabbi, Rabbi. (8) But be not ye called Rabbi: for one is you Master, even Christ; and all ye are brethren. (9) And call no man your father upon the earth: for one is your Father, which is in heaven. (10) Neither

204 . be ye called Masters: for one is your Master, even Christ. ✳ Descendents of Esau also known as Edom wore the People of Seir from ancient Spain, early Rome, Venice, Germany, Russia, China, Japan, and many other nations. The Edomites were always in conflict with Gods people. Esau gave rise to military elites such as the Spartans and warriors like Alexander the Great. ✳✳✳ Moving Forward, I will list a few more jobs that will also prove that they perverted the word of God to make merchandise of men

68

1  205 . by spiritually raping the people. in order to obtain self
2  *Insert ¶ #* gain and control which is still a form of slavery but
3  just in the mind, emotions, and spiritually while deceiving
4  the world to believe that they are still free when in
5  all actuality they are being mislead by a wolf in
6  sheeps clothing. (A) Astrologers (in Genesis 1:14-16 (14) And
7  God said, Let there be lights in the firmament of the
8  heaven to divide the day from the night; and let them
9
10  206 . be for signs, and for seasons, and for days, and
11  *Insert ¶ #* years: (15) And let them be for lights in the firmament
12  of the heaven to give light upon the earth: and it was
13  so. (16) And God made two great lights; the greater light
14  to rule the night: he made the stars also.) * According,
15  to Genesis 1:14-16 Astrology, cosmology, physics, psychics, tarot readers, etc are
16  **People** who have gone beyond what they should have, they
17  have perverted the origin of why God created the lights
18
19  207 . in the firmament which was to divide the day from
20  *Insert ¶ #* night, to be for signs (not horoscope, not for satelite, technology, etc),
21  for the seasons, for the days, and for the years. People
22  have gone beyond their boundaries while acting like
23  they were just studying Gods' creation but in all actuality
24  they were cooping-up with wicked inventions while getting
25  paid to do so. * Isaiah 47:1 – Come down, and sit
26  in the dust, O virgin daughter of Babylon, sit in the
27  dust, O daughter of the Chaldeans: for thou shalt no
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

208 . more be called tender and delicate. ② Take the
*Insert ¶ #* millstones, and grind meal: uncover thy locks, make
bare the leg, uncover the thigh, pass over the rivers.
③ Thy nakedness shall be uncovered, yea, thy shame shall
be seen: I will take vengeance, and I will not meet
thee as a man. ④ As for our redeemer, the LORD of
hosts is his name, the Holy One of Israel. ⑤ Sit thou
silent, and get thee into darkness, O daughter of the

209 . Chaldeans: for thou shalt no more be called, The
*Insert ¶ #* lady of Kingdoms. ⑥ I was wroth with my people, I
have polluted mine inheritance, and given them
into thine hand: thou didst show them no mercy;
upon the ancient hast thou very heavily laid thy
yoke. ⑦ And thou saidst, I shall be a lady for ever:
so that thou didst not lay these things to thy heart,
neither didst remember the latter end of it. ⑧ Therefore,

210 hear now this, thou that art given to pleasures, that
*Insert ¶ #* dwellest carelessly, that sayest in thine heart, I am, and
none else beside me; I shall not sit as a widow, neither
shall I know the loss of children: but these two things shall
come to thee in a moment in one day, the loss of children,
and widowhood: they shall come upon thee in their perfection
for the multitude of thy sorceries, and for the great
abundance of thine enchantments. ⑨ For thou hast trusted
in thy wickedness: thou hast said, None seeth me.

1  211. Thy wisdom and thy knowledge, it hath perverted
2  Insert ¶ #  thee; and thou hast said in thine heart, I am, and
3  none else beside me. (11) Therefore shall evil come upon
4  thee, thou shalt not know from whence it riseth: and
5  mischief shall fall upon thee; thou shalt not be
6  able to put it off: and desolation shall come upon
7  thee suddenly, which thou shalt not know. (12) Stand now
8  with thine enchantments and with the multitude of

10  212. thy sorceries, wherein thou hast laboured from thy
11  Insert ¶ #  youth; if so be thou shalt be able to profit, if so be thou
12  mayest prevail. (13) Thou art wearied in the multitude
13  of thy counsels. Let now the astrologers, the stargazers,
14  the monthly prognosticators, stand up, and save thee.
15  (14) Behold, they shall be as stubble; the fire shall burn
16  them; they shall not deliver themselves from the power
17  of the flame: there shall not be a coal to warm at, nor
18

19  213. fire to sit before it. (15) Thus shall they be unto thee
20  Insert ¶ #  with whom thou hast laboured, even thy merchants, from
21  thy youth: they shall wander every one to his quarter;
22  none shall save thee. ✳ People who work in the astrology
23  Tarot, physics, etc have been paid to search the hidden
24  mysteries of heaven and the earth which has also
25  been used for monetary game at the expense of
26  others while intentionally misleading people using
27  the signs. ⑤ Government Jobs (in Isaiah 9:6 ✳ For

71
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

214. unto us a child is born, unto us a son is given; and
Insert ¶ #
the government shall be upon his shoulder: and his
name shall be called Wonderful, Counsellor, The mighty
God, The everlasting Father, The Prince of Peace.
7) Of the increase of his government and peace there shall
be no end, upon the throne of David, and upon his
kingdom, to order it, and to establish it with judgement
and with justice from henceforth even forever. The

215. zeal of the LORD of hosts will perform this. ✳ In
Insert ¶ #
this passage of scripture it shows that the government
was upon his shoulders however there would come
a time that he would have to overturn it in order
to bring order to Man made mess, he would have
to establish it so that judgement and justice will
move according to TRUTH instead of just the labels
that humans have placed based on their own perception.

216. See, God knew that people would pervert the
Insert ¶ #
truth even if they knew the truth; so all the deep
state & worldly corruption only Jesus could fix entirely;
✳ To finalize the perverting of Jobs' name and story
from the bible and man treating Jobs(work) While
using Jobs' story to obtain the keys to rob the people,
cause them to curse or be mad at God, which robs them
of Gods restoration(because lack of faith), and enables the
beast system to drive them into debt which is a form

72
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

217. of slavery, and caused America to run up it's debt
*Insert ¶ #*
because of PRIDE, lack of Biblical Knowledge, but mainly
due to somebody else attempting to rob the people
of their rights so that they could push a one world
order for the beast system since they put their
trust in their work while thinking God hadn't heard
their cries. Basically, Satan has been hiding behind
God while using Gods word to enslave, deceive, and

218. destroy humanity. Let's prove it wasn't God but instead
*Insert ¶ #*
it was Satan (satan seed) hiding behind God. People like to blame
God for their misfortunes because they love to reference the
story of Job due to the conversation between the LORD and
Satan over trying Job as if God is just playing a game with
Satan and we are stuck in the middle. But that's not the
case; God isn't playing a game, it is Satan who is playing
the games with humanity because he's still trying to prove

219. that humans are not better than him. God gave Adam and
*Insert ¶ #*
Eve dominion over the mind of his adversary (tree of Good/Evil).
Satan (the serpent) played a mind game with Eve by twisting
of Gods word in order to deceive her. Once Adam & Eve fell
God cursed the serpent then told him that he put enmity
(jealousy) between the serpent seed and the womans seed.
Satan's goal then became his drive to steal the womans'
seed, turn them against God, turn them against themselves,
and cause them to fall which would then make them worship

Civil Rights Complaint Pursuant to U.S.C. § 1983

220. Satan instead of God. Let's use a few scriptures from Job
*Insert ¶ #*
to wrap this up and move on. Job 1:9 - Then Satan answered the
LORD, and said, Doth Job fear GOD for nought? (Basically he's asking
if Job would still fear God even if he had nothing?) Job 1:11 - But
put forth thine hand now, and touch all that he hath, and he
will curse thee to thy face. (Satan told God to remove Jobs things
and he would curse God to his face). Job 1:12 - And the LORD said
unto Satan, Behold, all that he hath is in thy power, only upon

221. himself put not forth thine hand. So Satan went forth from
*Insert ¶ #*
the presence of the LORD. (Right here The LORD gave Satan power
over everything of JOBS' except for his life. The LORD Knows the
heart of man so he knew JOB would not curse him to his
face also that was a way for God to show Satan that
money wasn't everything to everybody and that some people
truly do love God). Mind you, Satan is only looking for
worship because he wanted to be greater than GOD. Mark 14:62

222. And Jesus said, I am; and ye shall see the Son of man
*Insert ¶ #*
sitting on the right hand of power, and coming in the
clouds of heaven. Mark 16:19-So then after the LORD
had spoken unto them, he was received up into heaven,
and sat on the right hand of God. Revelation 13:13-16
(13) And he doeth great wonders, so that he maketh fire come
down from heaven on the earth in the sight of men. (14) And
deceiveth them that dwell on the earth by the means of those
miracles which he had power to do in the sight of the beast;

74
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

223. saying to them that dwell on the earth, that they
Insert ¶ #
should make an image to the beast, which had the wound
by a sword, and did live. [15] And he had power to give life
unto the image of the beast, that the image of the beast
should both speak, and cause that as many as would
not worship the image of the beast should be killed.
[16] And he causeth all, both small and great, rich and
poor, free and bond, to receive a mark in their right

224. hand, or in their foreheads. ✱ Breakdown of the
Insert ¶ #
scriptures pertaining to Job 1:12 - And the LORD said
unto Satan, Behold, all that he hath is in thy power,
only upon himself put not forth thine hand... Now,
I'm going to paraphrase a few scriptures from above to
paint the picture of satan pretending to be Jesus but in the
shadows. [1] Mark 14:61 Jesus is sitting on the right hand of
power. [2] Mark 16:19 - Jesus ascends to heaven to sit on the right hand

225. of God. [3] Revelation 13:13 (paraphrased) The Beast does great
Insert ¶ #
wonders (signs) by making fire come down from heaven. [4] Revelation 13:16
The beast causes all to receive a mark in their right hand,
or in their forehead [5] Genesis 1:14 - God created lights in the firmament
of heaven to divide day and night, let them be signs, and for
seasons, days, and years. [6] Isaiah 47:12-13 The daughter of Babylon
VIRGIN
was rebuked by the prophet for her enchantments, sorceries, astrologers,
stargazers, and monthly prognosticators (in verse 11, he said her wisdom
and knowledge perverted her & she became PRIDEFUL). [7] Mark 14:62 - And

75

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

226. Jesus said, I am: and ye shall see the Son of man
*Insert ¶ #*
sitting on the right hand of power, and coming in
the clouds of heaven. Matthew 28:18-19 (18) And Jesus
came and spake unto them, saying, All power is given
unto me in heaven and in earth (19) Go ye therefore,
and teach all nations, baptizing them in the name of
the Father, and of the Son, and of the Holy Ghost: (20) Teaching
them to observe all things whatsoever I have commanded

227. you: and, lo, I am with you alway, even unto
*Insert ¶ #*
the end of the world. Amen. ✱ Now in Job 1:12 God told
Satan that when it came to Job being tried, he had all
access to Jobs' possessions except he couldn't touch
Jobs' life with his hand. In the workforce (JOB) the
Boss has all the power of your money, hours, days,
and assignment just not over the individuals life in
a personal/physical sense. Mark 14:161 Jesus sits on

223. the right hand of power and comes in the clouds
*Insert ¶ #*
of heaven, Mark 16:19 Jesus sits on the right hand of
God, and Matthew 28:18 Jesus acknowledges All power is
given to him in heaven and in earth ✱ So you can see Satan
taking power while hiding behind Jesus because he knows the
word, knows how to manipulate it, and use it for is own
wickedness. However, Mark 14:161 Jesus comes in the clouds
of heaven; then in Revelation 13:13 the beast (Satan) does
wonders (signs/miracles) by making fire come down from heaven

229. Such as Astrology dealing with signs that they named in the
*Insert ¶ #*
sky to make fire come down symbolizes Technology,
media, electricity, Lightening, and fireworks. All
these methods of making fire come down is Satans attempt
to solidify his worldly Kingdom as he uses space/universe
to attempt to show forth his power as if he's God the
ultimate creator Like what God did in Genesis 1:14 when
he first created lights in the firmament of heaven to separate

230. day from night, be as signs, seasons, days, and years.
*Insert ¶ #*
So if Satan is a replicator of the original that means
his Church is Babylon according to Isaiah 47:12-13
that talks about the woman and her sorceries, enchantments,
astrologers, stargazers, and prognosticators (which all
these symbolize Witchcraft because its not the original
reason of why God created the lights in the firmament
and that means the readings are not coming from

(Prophetic)
231. the Holy Ghost but instead they are coming from
*Insert ¶ #*
demonic spirits) So they have the ability to transfer
into humans, possess them, and drive humans to
behave in abnormal ways, cause sicknesses, and/or
attach themselves in different areas dealing with a
persons' life. Speaking on Satan being a replica of God
(Yeshua), his hirelings the witches/sorcerers are only a
replica also known as a False Prophet(ess) because
they use other methods outside of Christ Jesus in order

77

232. to give people a false hope, a false sense of direction, etc and even though the false prophet(ess) may be right on their readings the main question is what Spirit are they moving in because that's what determines the purity of the Word That's spoken * See, Prophets are the mouthpieces of God which is a position that cannot be taken lightly because the LORD will hold every one of his

233. Prophets accountable for every word that has been spoken in the LORDS' name. The Office of a Prophet comes with a lot of responsibility, accountability, etc. Prophets are called by God (Yahweh, Jehovah, Yeshua) and not by man. However, God will use another leader to confirm the prophetic gifting on a persons' life then that person will go through life with God Teaching them and Gods shepherds (apostles, evangelist

234. pastors & teachers) helping the prophet grow in their gift. The prophetic gift CANNOT be taught by worldly/secular teachers. Prime example: I was going to school for psychology and the LORD had me drop the class because psychology tries to make sense of everything but God uses people and do things that don't make sense to the human mind all the time. Now, there's two forms of the prophetic which is ⒶThe Office of A Prophet and ⒷThe gift of prophesy. * The GIFT OF PROPHECY is a Gift of the Holy Spirit, every believer is encouraged

78
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

235. to prophecy, prophecy is for edification, exhortation, and comfort, prophetic utterance is a gift, a person that prophecy is defind as a saint doing the work of the ministry of Christ, the gift to prophecy if for life. * The OFFICE of a prophet(ess) is a gift from the Godhead, God chooses the prophet not humans, the prophetic office is a gift that is used to train, equip, direct, correct, warn and govern, the prophet is a gift to the body of Christ, a prophet is a part of the five-fold

236. ministry to equip the saints, and the Office if a Prophet(ess) is for life. * The Characteristics of a False Prophet * They point people back to themselves instead of to Jesus Christ of Nazareth, they lack spiritual accountability, they cause dissension/division within leadership and members within the church body, they are not seeing or speaking through the heart and eyes of God, they operate out of anger, frustration, and hurt, they Mislead people.

237. intentionally they cause people to rebell against God as they lead the people to worship false Gods (paganism), their in it for self gain and not to edify the church as the Body of Christ is a hospital. 1 Corinthians 14: 10-12 (10) There are, it may be, so many kinds of voices in the world, and none of them is without significance. (11) Therefore if I know not the meaning of the voice, I shall be unto him that speaketh a barbarian, and he that speaketh shall be a barbarian unto me (12) Even so ye, forasmuch as ye are zealous of spiritual

238 . gifts, seek that ye may excel to the edifying of the Church.

*Insert ¶ #*

Proverbs 18:21 - Death and Life are in the power of the tongue:
and they that love it shall eat the fruit thereof. Matthew 15:18-20
(18) But those things which proceed out of the mouth come
forth from the heart; and they defile the man. (19) For
out of the heart proceed evil thoughts, murders, adulteries,
fornications, thefts, false witness, blasphemies: (20) These are
the things which defile a man: but to eat with unwashen

239 . hands defileth not a man. Psalms 45:1-2 (1)My heart

*Insert ¶ #*

is inditing a good matter: I speak of the things which I have
made touching the King: my tongue is the pen of a ready writer.
(2) Thou art fairer than the children of men: grace is poured
into thy lips: therefore God hath blessed thee for ever.
* The Mouth has a way of revealing what is in the
heart of man whether the words are spoken in private
or in public. Now, the false prophet(ess) or witches

240. Use ritualism, music, tarot cards, horoscope, etc to obtain

*Insert ¶ #*

results that they desire however it causes more harm than
good because they tap into demonic spirits to obtain
whatever results they desire but they fail to realize
that those demonic entities can overpower them because they
have opened up themselves and others to those spirits.
However, God will use a prophet to stand up against
what's attempting to destroy his people so a lot of times
the prophet and prophetic ministry is rejected because people

241. are looking for temporary fixes since the root of a
Insert ¶ #
problem is too complex, painful, and time consuming
in order to correct the issue. When we are in this place it's
easier to listen to people who tell you what you want to hear
than to have to face the variety of emotions that show
up when you have been deceived, lied on or lied to, pushed
away, indoctrinated, misled, etc. However, the only way
for healing to truly happen is by people being willing to

242. accept the truth so that they can be set free.
Insert ¶ #
The Holy Ghost is the spirit of Truth, then there's the
spirit of error because the person didn't know any better,
and finally the spirit of falsehood which is when a
person is intentionally deceiving people. Revelation 13:15-
And he had power to give life to the image of the beast, that
the image of the beast should both speak, and cause that
as many as would not worship the image of the beast

243. should be killed. Romans 1:18-32 (18) For the wrath of
Insert ¶ #
God is revealed from heaven against all ungodliness and
unrighteousness of men, who hold the truth in unrighteousness;
(19) because that which may be known of God is manifest
in them; for God hath shewed it unto them (20) For the invisible
things of him from the creation of the world are clearly
seen, being understood by the things that are made, even
his eternal power and Godhead, so that they are without
excuse. (21) Because that, when they knew God, they glorified

81
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  |   24  him not as God, neither were thankful; but became
      Insert ¶ #
2  |  vain in their imaginations, and their foolish heart was darkened.
3  |  22 Professing themselves to be wise, they became fools,
4  |  23 And change the glory of the uncorruptible God into
5  |  an image made like to corruptible man, and to birds,
6  |  and four-footed beasts, and creeping things. 24 Wherefore
7  |  God also gave them up to uncleanness through the lusts
8  |  of their own hearts, to dishonor their own bodies between
9  |
10 |  245 themselves, 25 Who changed the truth of God into a lie,
      Insert ¶ #
11 |  and worshiped and served the creature, more than the
12 |  Creator, who is blessed for ever. Amen. 26 For this cause
13 |  God gave them up unto vile affections: for even their women
14 |  did change the natural use into that which is against nature:
15 |  27 And likewise also the men, leaving the natural use of the
16 |  woman, burned in their lust one toward another; men with
17 |  men working that which is unseemly, and receiving in
18 |
19 |  246 themselves that recompense of their error which was meet.
20 |  Insert ¶ #
21 |  28 And even as they did not like to retain God in their knowledge,
22 |  God gave them over to a reprobate mind, to do those things
23 |  which are not convenient; 29 Being filled with all unrighteousness,
24 |  fornication, wickedness, covetousness, maliciousness; full of
25 |  envy, murder, debate, deceit, malignity, whisperers, 30 Backbiters,
26 |  haters of God, despiteful, proud, boasters, inventors of evil
27 |  things, disobedient to parents, 31 Without understanding, covenantbreakers,
28 |  without natural affection, implacable, unmerciful: 32 Who knowing

1  247. the judgement of God, that they which commit such
   Insert ¶ #
2  things are worthy of death, not only do the same, but
3  have pleasure in them that do them. * ** False Prophets
4  according to 2 Thessalonians 2:9-14 ⑨ Even him, whose
5  coming is after the working of Satan with all power and signs
6  and lying wonders, ⑩ And with all deceivableness of unrighteousness
7  in them that perish; because they received not the love
8  of the truth, that they might be saved. ⑪ And for this cause,
9
10 248. God shall send them strong delusion, that they should
   Insert ¶ #
11 believe a lie: ⑫ That they all might be damned who believed
12 not the truth, but had pleasure in unrighteousness. ⑬ But
13 we are bound to give thanks always to God for you, brethren
14 beloved of the Lord, because God hath from the beginning
15 chosen you to salvation through sanctification of the Spirit
16 and belief of the truth: ⑭ Whereunto he called you by our
17 gospel, to the obtaining of the glory of our Lord Jesus Christ.
18
19 249. * The methods of the False Prophets * 1 John 2:15-
20    Insert ¶ #
21 ¹⁵ Love not the world, neither the things that are in the
22 world. If any man love the world, the love of the Father
23 is not in him. ¹⁶ For all that is in the world, the lust
24 of the flesh, and the lust of the eyes, and the pride
25 of life, is not of the Father, but is of the world.
26 ¹⁷ And the world passeth away, and the lust thereof: but
27 he that doeth the will of God abideth for ever. ¹⁸ Little
28 children, it is the last time: and as ye have heard that

1  250. antichrist shall come, even now are there many
*Insert ¶ #*
2  antichrists; whereby we know that it is the last time.
3  ⑲ They went out from us, but they were not of us; for
4  if they had been of us, they would no doubt have continued
5  with us: but they went out, that they might be made
6  manifest that they were not all of us. ✳ Let me break
7  down the words ⓐ image, ⓑ sound, ⓒ logos after a few
8  scriptures to paint the TRUE PICTURE... Genesis 1:26-27
9
10  251 ㉖ And God said, Let us make man in our image, after
*Insert ¶ #*
11  our likeness: and let them have dominion over the fish of
12  the sea, and over the fowl of the air, and over the cattle,
13  and over all the earth, and over every creeping thing that
14  creepeth upon the earth. ㉗ So God created man in his own
15  image, in the image of God created he him; male and
16  female created he them. Genesis 2:7- And the LORD God formed
17  man of the dust of the ground, and breathed into his nostrils
18
19  252. the breath of life; and man became a living soul. ...
*Insert ¶ #*
20
21  Here's the words ⓐ image, ⓑ sound, ⓒ logos breakdown ⓐ image
22  is imago in Latin meaning LIKENESS, appearance, statue,
23  idea, echo. To me image can also mean: image (I+Mage=
24  eye magic meaning illusion) ⓑ sound root word in Greek is
25  phone. Sound is a type of wave motion that originates as the
26  vibration of a medium. In order to speak or sing, you
27  must add sound to letters. So in this breakdown of sound
28  I am going to use the Phoenician Alphabet which is the

84
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

253. Early Linear Script that was used to write the
*Insert ¶ 1* Early Iron Age Canaanite languages. The 14th letter
in the Phoenician alphabet is nūn which is the phonemic
representation of N and the numerical value of 50.
Nun is believed to be derived from an Egyptian hieroglyph
of a snake (serpent). In all languages, the "n" represents
the alveolar nasal. The voiced alveolar nasal is a
type of consonantal sound used in numerous spoken

254. languages. The symbol in the international Phonetic
*Insert ¶ #* Alphabet that represents dental, alveolar, and
postalveolar nasals is "n". A dental consonant is
a consonant articulated with the tongue against
the upper teeth. Alveolar consonants are articulated
with the tongue against or close to the superior alveolar
ridge, which is called that because it contains the
alveoli (the sockets) of the upper teeth. Post-alveolar

255. consonants are consonants articulated with the tongue
*Insert ¶ #* near or touching the back of the alveolar ridge. The Phoenician
alphabet was used to write the Early Iron Age Canaanite
languages, subcategorized by historians as Phoenician,
Hebrew, Moabite, Ammonite, Edomite, as well as Old Aramaic.
Logos in Ancient Greek means word, discourse, or reason
thats used in Western philosophy, psychology, and rhetoric; it
connotes an appeal to rational discourse that relies on inductive
and deductive reasoning. — In Christianity "Logos" means

256. The Word of God (John 1:1 - In the beginning was the Word, and the Word was with God, and the Word was God). See, this is why the deception has been so much when it comes to spells, cross of words, and playing with the Bible in the form of manipulating, in-doctrinating, controlling, labeling, stealing, and altering. This has occured using (A) Image (B) Sound, (C) Logos because whoever governs the Word of God as

*Insert ¶ #*

257. A steward is who controls or frees the people and their inheritance. So in this case we can see their motive at heart, which is their ability to play God in order to flee from judgement. Basically, while they're playing as God (false messiah) with their weapons of sorcery they are also leading people into Idolatry. They are also fleeing from judgement by pretending to be somebody that they are not and that's also how extortion is happening.

*Insert ¶ #*

258. All this means is that the false prophets (messengers) represents Revelation 13:11 - And I beheld another beast coming up out of the earth, and he had two horns like a lamb, and he spake as a dragon. *That sums up the three words (A) Image = eye magic (appearance), (B) sound = phone in Greek; and in the Pheenician Alphabet the letter n (representation) which is the word nun that resembles a snake (serpent) in Egyption hieroglyphs. Another meaning of nun (female) is the word Monk (male) and they are found in the religions of Catholicism, Lutheranism, Oriental Orthodoxy.

*Insert ¶ #*

86
Page Number

259. Eastern Orthodoxy, Calvinism, Anglicanism, and Methodism.
*Insert ¶ #*
They are also found in Indian Religions such as Hinduism,
Buddism, and Jainism. ① Logos= word, discourse or
reason. Discourse means -written or spoken communication
or debate. The word discourse is derived from the Latin
prefix "dis" meaning "away" and the root word "currere" meaning
"to run" and refers to the way that a conversation flows.
To study discourse is to analyze the use of spoken or

260. written language in a social context. Logo also represents
*Insert ¶ #*
a graphic mark, emblem, or symbol used to aid and
promote public identification and recognition (it can also
include text of the name it represents as in a wordmark).
Logo is another form of trademark or branding (sounds
like mark of beast in the forehead because of perception due
to the fact that Logos originally stands for The WORD of God and
not the words of the World.) 2 Corinthians 4:1— ① Therefore

261. seeing we have this ministry, as we have received mercy,
*Insert ¶ #*
we faint not; ② But have renounced the hidden things of
dishonesty, not walking in craftiness, nor handling the
word of God deceitfully; but by manifestation of the truth
commending ourselves to every man's conscience in the
sight of God. ③ But if our gospel be hid, it is hid to them
that are lost: ④ In whom the god of this world hath blinded
the minds of them which believe not, lest the light of the
glorious gospel of Christ, who is the image of God should shine unto them.

Civil Rights Complaint Pursuant to U.S.C. § 1983

262 . Another example of false prophets handling the word
*Insert ¶ #*
of God deceitfully to blind the minds of humanity in order
to keep them in darkness and away from Jesus Christ of
Nazareth being their savior is : Revelation 1:8- I am the.
Alpha and Omega, the beginning and the ending, saith
the Lord, which is, and which was, and which is to come,
the Almighty. The word Alpha means: 1st letter of Greek alphabet,
the vowel sound represented by this letter (a) ② Alpha, Astronomy.

263 . used to designate the brightest star in a constellation. ③ Chemistry
*Insert ¶ #*
(of an animal) having the highest rank in dominance of hierarchy : the
Alpha female of an elephant pack, Next, the word alphabet is alpha + above
definitions + bet = second letter in Phoenician alphabet and the letters
name means "House" now put them together and you get Alpha=Astronomy
+ bet = house ( Astronomy House or House of witchcraft ). then omega =
the 24th letter in the greek alphabet which is the last letter and the
word omega means "great O". Finally before I add it up the

264 . last part is the movie Alpha and Omega for kids in which
*Insert ¶ #*
Alpha is a female wolf and Omega is a male wolf. Now, all
this sum up to ⓐ The movie Alpha and Omega equals Wolf(Beast)=
"IMAGE (eye magic)" ⓑ The Alphabet equals to
"Astronomy House, House of Witchcraft, Babylon" meaning
"SOUND-Phone in Greek" ⓒ The word Alpha equals
1st letter of greek alphabet, the vowel sound of the letter (a), Alpha,
Astronomy, Alpha Centauri (triple star system in southern constellation
of Centaurus/south pole) meaning "LOGOS" equals the
mark of Beast in Hand (Phone) & Forehead (movies, tv, digital realm)
Technology
                              88
                         Page Number
✱ They swapped WHICH   Civil Rights Complaint Pursuant to U.S.C. § 1983
with WITCH because it's mentioned
3 times symbolizing TRINITY (Alpha Centauri)
not the Father, Son, and Holy Ghost... (Revelation 1:8)

SEASONS of The False Prophets Deception, Pimping & Harlotry

1  2o5. False prophets (THE END) Matthew 7:15 ⑮ BEWARE
Insert ¶ #       The End of their
2  of false prophets, which come to you in sheep's clothing,
3  but inwardly they are ravening wolves. ✳ Now let's go
4  to Genesis 1:14 And God said, let there lights in the
5  firmament of the heaven to divide the day from
6  the night; and let them be for signs, and for seasons,
7  and for days, and years... Here are a few seasons
8  and Holidays that have a different meaning or

10  2o6. overlooked meaning. #1 Autumn, also know as fall
Insert ¶ #
11  has Halloween in its season. Ironically, by autumn
12  being labeled as fall and Halloween being labeled
13  All Hallow's Eve. this pagan holiday is demonic,
14  satanic, and full of devil worship as it indoctrinates
15  the children since the children are the next generation.
16  Autumn/Fall indirectly glorifies the serpent for
17  causing eve to fall in the garden. Genesis 3:1 - Now

19  2o7. the serpent was more subtile than any beast of the
Insert ¶ #
21  field which the LORD God had made. And he said unto the
22  woman, Yea, hath God said, Ye shall not eat of every tree
23  of the garden ✳ This was the first voice (sound) that
24  Eve heard after being (created. This was the first
25  time the serpent twisted the word of God (Logos).
26  Genesis 3:4-6 ④ And the serpent said unto the woman,
27  Ye shall not surely die: ⑤ For God doth know that
28  in the day ye eat thereof, then your eyes shall be

89

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  268. opened, and ye shall be as gods, knowing good
2  and evil. ① And when the woman saw that the tree
3  was good for food, and that it was pleasant to the eyes,
4  and a tree to be desired to make one wise, she took
5  of the fruit thereof, and did eat, and gave also unto
6  her husband with her, and he did eat. ✱ This is the second
7  time she heard his voice (sound) as he twisted the Word
8  of God (logos) just to plant a picture in her head

10  269. (image). Genesis 3:7-8 ⑦ And the eyes of them were
11  both opened, and they knew that they were naked; and
12  they sewed fig leaves together, and made themselves
13  aprons. ⑧ And they heard the voice of the LORD God
14  walking in the garden in the cool of the day: and Adam
15  and his wife hid themselves from the presence of the
16  LORD God amongst the trees of the garden. ✱ This
17  is where her eyes opened however they were naked so

19  270. they made them some clothes to cover up their nakedness
20  which makes sense on why clothing is a tool people use
21  to project a certain image in society. This is also how
22  Figueroa became a hoe street where women walk
23  around naked to make some money. This is also
24  a representation of the police showing up on prostitution
25  streets and the men and women hide themselves when
26  they see or hear the police, like Adam & Eve did to God. Mind
27  you, this passage also shows that Eve finally heard the

90

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  #1 . Lords voice; however it was after the serpent had already
   Insert ¶ #
2  talked to Eve and caused them to fall. So basically, Autumn
3  symbolizes Adam and Fall symbolizes going downward and
4  the Halloween symbolizes Hallow Eve. This is crossing of
5  words also known as twisting words which is exactly what
6  the serpent did to Eve. The crossing of words is where
7  perversion (A twisted truth) and witchcraft (word curses) were
8  Birth out in the garden of Eden when Eve believed the
9

10  #2 . serpent then ate of the tree of good and evil. In this
    Insert ¶ #
11  season the serpent used the same tactics. perversion (a twisted
12  truth) and witchcraft (word curses) however this time the tree
13  of good and evil (knowledge) was "MONEY", the perversion used as weapons
14  in this season is sexuality, identity, education, career, technology,
15  religion, family, faith, Bible, morality, etc. The witchcraft used as weapons
16  are spells, lies, slander campaigns, influential peddling, obstruction
17  of justice, and Biblical scriptures used to manipulate, exploit,
18

19  #3 . blackmail, etc. the people. So, what happened here is
    Insert ¶ #
20  something we see everywhere in the world right now. It was
21  the enemy intentionally using such tactics against the people
22  so that they'd fall which then helps him profit off of the
23  demise, destruction, downfall, and/or death so that he can
24  advance his kingdom. Another name that goes with
25  Autumn/Fall is the words "Harvest Season" which is considered
26  the gathering of the fruit of ones labor. That means the enemy
27  has used the words Autumn, Fall, Halloween (Hallow Eve), and

Civil Rights Complaint Pursuant to U.S.C. § 1983

274. Harvest Season to indirectly mock Adams fall behind Eve listening to the serpent which caused their disobedience to God to cause them to produce the serpent a harvest. The word "Hallow" means to make holy, sanctify, consecrate, to honor as holy; consider sacred; venerate; to hallow a battlefield. The etymology of the word "ween" is the slang word for penis. Venerate means to regard with great respect; revere. Eve is defined as: ① the evening or the day before a

*Insert ¶ #*

275. special day ② Mother of all living (Genesis 3:20). ✱ In the western christian practice, the liturgical (customary public ritual of worship) celebration begins with its first vespers (evening prayer) in Catholic Latin/Eastern rites, Eastern Orthodox, Oriental Orthodox, and Lutheran liturgies) on the evening of 31 October, All Hallows Eve (All Saints Eve) and ends at the compline (night prayer) of 1 November. This is the day before All Souls Day (the commemoration of the poor souls in purgatory and gain them indulgences) on 2 November.

*Insert ¶ #*

276. Roman Catholics take part in this portion of Allhallowtide (a "Allhallowtide" 3 day religious observation called a triduum). Allhallowtide is a "time" to remember the dead, including martyrs, saints, and faithful christians. Hallowsday (All saints day) and thus of its vigil (Halloween) was established for Rome perhaps by Pope Gregory III (731-741) and was made of obligation throughout the Frankish Empire by Louis Pious in 835. In the 11th century All Souls Day was popularized, after Abbot Odilo established it as a day for the monks of Cluny and associated monasteries to pray for the dead. ✱ When

*Insert ¶ #*

Civil Rights Complaint Pursuant to U.S.C. § 1983

277. I see "Allhallowtide" being called a triduum to me
Insert ¶ #
it symbolizes a "false Trinity"; in fact it doesn't symbolize
anything because it is a "false trinity" when it comes to
Christianity and I have many reasons for renouncing
this as a part of Christianity. The first reason is since
the church was "built" off of Jesus' then the only Trinity is
The Father, The Son, and The Holy Ghost. The second reason is
Luke 20:38 - For he is not a God of the dead, but of the living;

278. for all live unto him. Matthew 8:21-22 And another of
Insert ¶ #
his disciples said unto him, Lord, suffer me first to go and
bury my father. (22) But Jesus said unto him, Follow me;
and let the dead bury their dead. Numbers 16:11 - And the priest
shall offer the one for a sin offering, and the other for a
burnt offering, and make an atonement for him, for that
he sinned by the dead, and shall hallow his head that same
day. Numbers 16:48 - And he stood between the dead and the

279. living, and the plague stayed. Numbers 19:11 - He that toucheth
Insert ¶ #
the dead body of any man shall be unclean seven days.
Numbers 19:16 - And whosoever toucheth one that is slain with
a sword in the open fields, or a dead body, or a bone of a man, or
a grave, shall be unclean seven days. Finally, 3rd reason, is because
God says let the dead bury the dead, so ritualism
and days of religious prayers for the dead are all
done in vain; they go against the words of Christ, which
means they symbolize the Anti Christ! To conclude this

← Number 16
shows Hallow's
dead in this
same verse

93
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

280. topic using a steganography for the words Autumn, Fall
Insert ¶ #
Halloween (HallowEve) and Harvest Season I will decode a
perverted meaning hiding in plain sight. HallowEve= Holy Mother
of all living + Halloween= sanctify the penis + Autumn=
of Adams' + Fall= Falling nature + Harvest Season (put it all together)
Holy mother of all living sanctify the penis of Adam's falling
nature; holy mother of all living sanctify the evening of November
2nd as All souls day in remembrance of the harvest season

281. of the dead (this is just what I got from looking at the
Insert ¶ #
words. But when I was researching Thanksgiving because its the
next holiday, which is still considered to some as being Autumn
also known as fall, I found under Black Friday My 2 aunts and
one of their husbands plus I found the word SACS. The
word SAC means Southern Association of Colleges and Schools. It's
headquarters are in North Druid Hills, Georgia near Decatur in
the Atlanta Metropolitan area and Decatur Georgia is where my

282. partner was born. So this confirms my halloween assumption
Insert ¶ #
about Adam and Eve.) Let me also breakdown "Allhallowtide"
which is called a triduum according to Catholicism. As I said
before triduum is a false trinity because its for the dead and
God is a living God. "Allhallowtide" means "Hallow= consecrate" +
"tide= flood" (put it all together) "Total consecrated flood" and since
its pertaining to the dead it will be a "totally consecrated flood
of the dead (from October 31- Nov 2)". I cast out any spirit of
infirmity that came into people's lives through pride, rejection,

94

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

233. trauma, accidents, witchcraft in the name of Jesus Christ
Insert ¶ #
of Nazareth. Lord, I command all spirits of lust, perversion,
adultery, fornication, uncleanness, and immorality to come
out of our sexual character in the name of Jesus Christ of
Nazareth. I command all spirits of witchcraft, sorcery, divination,
and occultism to come out in the name of Jesus Christ of Nazareth.
I speak to all generational and hereditary spirits operating in
our lives through curses to be bound and cast out in the

234. name of Jesus Christ of Nazareth. I command all
Insert ¶ #
spirits operating in my back, spine, sexual organs, skeletal
system, stomach, navel, abdomen, mind, heart, spleen, kidneys,
liver, pancreas to come out in the name of Jesus Christ of
Nazareth Amen. ✳ Autumn, also known as Fall
has Thanksgiving in its season. The story of Thanksgiving
is stated to had been first celebrated on September 8, 1565
in St Augustine, Florida. It was the Native Americans and

235. Spanish settlers that held a feast as the Holy Mass was
Insert ¶ #
offered. A second Thanksgiving celebration occurred on American
soil on April 30, 1598 in Texas when Don Juan de Oñate declared
a day of Thanksgiving to be commerated by the Holy Sacrifice of the
Mass. The Catholics considered Squanto, the Native American man
to be the beloved hero of Thanksgiving. Squanto mediated
between the Puritan Pilgrims and the Native Americans. He
had been enslaved by the English but was freed by Spanish Franciscans.
Squanto was a baptized Catholic Native American who

95

Civil Rights Complaint Pursuant to U.S.C. § 1983

286. orchestrated what became known as Thanksgiving. ✳ The
Insert ¶ #
Franciscans are a group of related mendicant (Roman
Catholic religious orders that have adopted for their male members
a lifestyle of poverty, traveling, and living in urban areas for
purposes of preaching, evangelizing, and ministry to the poor.)
Other mendicant orders are: Order of the Most Holy Trinity and
of the Captives (The Trinitarians) the founding-intention for the order
was the ransom of Christians held captives. In addition to ransoming

287. Christian captives their ministry included hospitality, care of the
Insert ¶ #
sick and poor, churches, education, etc. The ransom is for the Christians
that are held captive by Muslims. The Order of Preachers also known
as the Dominican Order was founded to preach the gospel and to
oppose heresy. The order is famed for its intellectual tradition by
having produced many leading theologians and philosophers. This
order was also into Mysticism which refers to the conviction that
all believers have the capacity to experience God's love and that this

288. love may manifest itself through brief estatic (religious ecstacy)
Insert ¶ #
(ecstacy = is also a drug pill people use to get high and enjoy sexual pleasures)
experiences, such that one may be engulfed by God and gain immediate
knowledge of him, which is unknowable through the intellect alone. (No
wonder ecstasy was so big in the black communities.) The Patron
Saints under this order is Saint Dominic (Dominic de Guzman; born in
present day Castile-Leon, Spain) He is the patron saint of astronomers
and natural scientists. Saint Mary Magdalene the one who witnessed
the crucifixion & burial of Jesus plus she was the first person to see

96

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  289. him after the Resurrection. Saint Mary Magdalene is the patron
    Insert ¶ #
2  Saint of Apothcaries (pharmacist and chemist), Arahal, Spain (a place
3  in the path where stopping to rest) in Arahal, Spain their are a few
4  monuments like Nta. Sra. de la Victoria Church, Vera-Cruz church
5  (founded by Knights Templar which is a Military order of the Catholic Church),
6  Nta. Sra. del Rosario convent (of the Rosary Convent), San Roque Church
7  (patron against diseases and healer of contagion of all kinds), Santa Maria
8  Magdalena parish-church, and finally San Antonio Hermitage (retreat).

10  290. Atrani, Italy (sound like a tranny. aka transexual). Casamicciola
     Insert ¶ #
11
12  Terme (Main Sights: Church of Saint Antonio al Mortito dedicated to Saint
13  Anthony of Padua born in Lisbon Portugal, was given the title Doctor
14  of the Church. Anthony's attributes consisted of the Franciscan
15  habit, lily (purity, innocence, and rebirth), book (a medium for recording information)
16  tonsure (practice of cutting or shaving hair as a sign of religious humility or devotion
17  in Catholicism. * I believe this is hypocrisy because Sampson was an Israelite warrior
18  and judge who was know for his prodigious strength that came from his hair until

19
20  291. Delilah found out where his strength came from then she cut his hair to
     Insert ¶ #
21  weaken him), holding the Infant Jesus, mule (a hybrid between a female horse
22  and a male donkey meaning Jackass. Anthony of Padua is the patron
23  saint of Custody of the Holy Land (the mission of the Custody of the
24  Holy Land is to guard "the grace of the Holy Places" of the Holy
25  Land and the rest of the Middle East, "sanctified by the presence
26  of Jesus" as well as pilgrims visiting them, on behalf of the Catholic
27  Church. Activities owned by the Franciscan order are: Terra Santa
28  College in Nicosia, Cyprus, and Magnificat Institute in Jerusalem. The

97
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  292. Custody has a communication department in charge
   *Insert ¶ #*
2  of the official media in the Holy Land, which is based at
3  the Terra Sancta College in Jerusalem that has a multimedia
4  centre broadcasting news programmes in different languages,
5  an editorial office of the Christian Media Center and the
6  Terre Sainte Magazine in French.). Anthony of Padua is patron
7  saint of Miracles (my daughter who is in foster custody name), travelers, finding
8  one's spouse (sounds like cupid), pregnancy (I haven't been able to conceive with my

10 293. partner Antonio), harvests (all my resources have been held/dried up for 6 years),
   *Insert ¶ #*
11 animals, lost souls (there's many of those like never before), lost people (people been
12 disappearing), poverty (USA is in a famine), sterility (my partner), the sick (USA was hit
13 with Covid 19 killing thousands of people), the disabled (USA is full of disabled people),
14 the oppressed (All over the world), the hungry (All over the world), the elderly (All over the
15 world), faith in the Blessed Sacrament, sailors, fishermen (need more soul winners for Jesus),
16 watermen (paganism: Poseidon, Oceanus, Amphitrite, etc), swineherds, mail carriers (my
17 mail and other people mail has been tampered with), counter-revolutionaries, indigenous

19 294. peoples of the Americas, etc.) # Now back to Mary Magdalene. (Where
   *Insert ¶ #*
20
21 I found Anthony of Padua) She is the patron saint over the rest of
22 these: Ischia (Italian Island in the Tyrrhenian Sea), Contemplative
23 life (lifelong journey to God in prayer and worship), converts (religious
24 conversion), glovers (maker of gloves), hairdressers, Kawit (a province
25 of Cavite, Philippines whose sister city is Sakragawa, Japan), Amadeo, Cavite
26 (in Philippines), Magdalena (Laguna Philippines), Santa Magdalena (in
27 Philippines), perfumeries, people ridiculed for their piety (piety = virtue),
28 pharmacists, Pililla (in Philippines), penitent sinners, tanning (is

98

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

295. the process of treating skins and hides of animals to produce leather),
Insert ¶ #   Sexual temptation, and women. Saint Catherine Siena: attributes are:
ring, lily, cherubim (a winged angel according to bible), crown of thorns (was
placed on Jesus head for his crucifix), stigmata (body wounds that appear in
areas corresponding to the wounds of Jesus Christ), crucifix, book, heart,
skull, dove, rose, miniature church, miniature ship bearing Papal
coat of arms (mark of beast in my eyes). St Catherine Siena is the patron
saint of: against fire, bodily ills, people ridiculed for their piety, nurses,

296. Sick people, miscarriages, Europe, Italy, Diocese of Allentown,
Insert ¶ #   Pennsylvania, US; Bambang Nueva Vizcaya (in Philippines), and Samal
Bataan (Philippines). You have just read the 3 saints, their
attributes, and patronage (what/who the "protect or pray for); The 3
saints under the Dominican Order that you just learned about was
St Domic, St Mary Magdaline, and St Catherine.✳ Before I go back
to St Francis, I will name a few more saints over certain
topics ① St Cecilia attributes: flute, organ, roses, violin, harp, Baritone

297. harpsichord, songbird, singing. St Cecilia patron of: Hyms, great
Insert ¶ #   musicians, luthiers, poets, Albi, France, Archdiocese of Omaha, Mar del
Plata, Argentina (Pope Francis is from Argentina) Pipe Organs ② Saint
Jesus Malverde, born in Sinaloa Mexico. Jesus Malverde
is patron of Mexican drug cartels, drug trafficking, outlaws,
bandits, robbers, thieves, smugglers, people in poverty (he
became a Saint in Sinaloa, Folk Catholicism) ③ St Maximilian
attributes: Franciscan habit, Rycerz Niepokalanej (a Polish Roman
Catholic monthly magazine), Nazi concentration prison uniform,

Civil Rights Complaint Pursuant to U.S.C. § 1983



298. Nazi concentration camp badge, crucifix, rosary. He is
Insert ¶ ii
the patron of: families, recovery from drug addiction, prisoners,
amateur radio operators, journalists, political prisoners, pro-
life movement, esperantists, Militia immaculate (army of the immaculate)ate
one) His face was also commemorated on a West Germany stamp in
1973. ④ St Genesius of Rome is the patron saint of: Actors, playwrights,
clowns, comedians, comics, converts, dancers, musicians, printers
stenographers, epileptics, thieves & torture victims. ⑤ Saint Columba

299. of Spain they celebrate her on September 17 annually (*this
Insert ¶ ##
is my partners birthdate). St Columba of Spain is the patron of
magic, witches, magicians, wizards, hags, andorra, chevilly &
galicia. Her shrine is at Old Castile, priory of St Columba and the
royal Abbey of Our Lady at Najera. ⑥ Saint John Bosco is the
patron of christian apprentices, editors, publishers, students, young
children, magicians, juvenile delinquents, Piura Peru, Brasilia
Brazil ⑦ St Albertus Magnus aka Albert the Great/Albert

300. of Cologne he is the patron of those who cultivate the
Insert ¶ ##
natural sciences, medical technicians, philosophers, and scientists.
His scientific career fields were: natural science, alchemy, jurisprudence,
diplomacy, theology, and Natural philosophy. His main interests:
philosophy, physiology, mineralogy, astrology, geography, astronomy,
music theory, natural science, alchemy, jurisprudence, diplomacy,
theology, and natural philosophy. *** Returning to The
franciscans (explanation) they are a group of related mendicant
Christian religious orders within the Catholic Church. It

100
Page Number

301. Was founded in 1209 by the Italian saint Francis
Insert ¶ #
of Assisi, the Order of Friars Minor was for men. Their
Motto is: Peace and the good and their ministry consisted of
Preaching, missionary, educational, parochial, & charitable
works. the Order of Saint Clare which is the Franciscan's
second branch was founded by Clare of Assisi and Francis
of Assisi on Palm Sunday, this order is for nuns. St.
Francis had a third order which was for people

302. of both sexes that were married but couldn't leave
Insert ¶ #
the world or abandon their avocations, but still were part
of the Franciscan movement. He also had a Secular Franciscan
order that let men and women make a spiritual commitment
to their own Rule. however the Secular Franciscan fraternities
can not exist without the assistance of the first and
second Franciscan Order. Since Clare of Assisi is one of
the founders for the Order of Saint Clare (2nd branch of the

303. Franciscan Order) I will describe her attributes: Monstrance,
Insert ¶ #
Pyx (boxwood receptacle), lamp, habit of the Poor Clares. Saint
Clare is the patron of: eye disease, goldsmiths, laundry, television,
bicycle messengers, good weather, needleworkers, remote
viewing, extrasensory perception, Santa Clara, California,
Santa Clara Pueblo, New Mexico, Obando, Bulacan, Philippines.
Saint Francis attributes were: Franciscan habit, birds, animals,
stigmata, crucifix, book, and a skull. Saint Francis of
Assisi was patron of: Franciscan Order, poor people, ecology,

101

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  304. animals, stowaways, merchants, Aguada (town in Puerto
*Insert ¶ #*
2  Rico); Naga, Cebu (in Philippines); Balamban, Cebu (in Philippines),
3  Dumanjug, Cebu (in Philippines); General Trias (in Philippines),
4  and Italy [THE END OF THE FRANCISCANS under Saint Francis of Assisi].
5  Finally, here are a few names of people and places with the
6  Word "Franc" in the beginning? ① In year 1539 France was the
7  1st country to establish a nationwide population register
8  using the Catholic parish register. ② Francis Solanus born

10  305. March 10, 1549 - July 14, 1610 was a Spanish friar and
*Insert ¶ #*
11  Missionary in South America, belonging to the Order
12  of Friars Minors (the Franciscans) and is honored as a
13  saint in the Roman Catholic Church. He is the patron saint
14  of ARGENTINA, BOLIVIA, CHILE, PARAGUAY, PERU,
15  also against earthquakes. He was born in Montilla, Spain
16  and he died in Lima, Peru! ③ Francis Albert Lai born
17  in Nice, Alps-Maritimes, France. He was a Film score

19  306. composer who did music for film. ④ Francis Patrick
*Insert ¶ #*
20  Mary Brown was a distinguished Irish Jesuit and
21  a prolific photographer (did the photos of RMS Titanic). He
22  also was a military chaplain during First World War.
23  He was born in Cork, Ireland and died in Dublin,
24  Ireland. ⑤ Francis Brown Wai was born in Honolulu,
25  Hawaii and he died in Leyte Philippines. He was a
26  US Army Captain who was killed in action the
27  liberation of Philippines Island from Japan. (End of Topic
28  for Thanksgiving which led me to The Franciscans). Some people call
thanksgiving "FRANKSGIVING" *Page Number* because of Franklin D. Roosevelt.

357. Black Friday is not an official holiday in the U.S.
*Insert ¶ #* but California and some other states observe "The Day After
Thanksgiving" as a holiday for state government employees.
The SouthPark neighborhood of Charlotte, North Carolina is
the most trafficked area of the U.S. on Black Friday. The neighborhood
was once a part of a 3,000 acre (1,200ha) farm owned by former
North Carolina Governor Cameron Morrison. The front
entrance to the mall is on Sharon Road. * Right here.

358. under the Black Friday topic based on SouthParks I see
*Insert ¶ #* my aunt Charlottes name in whom she is married to
Morris' her husband and then I see my Sharon's
name as well and she's my other aunt (they both worked
with kids) plus she's Charlottes older sister as well.) Then,
when you scroll down and click on Transportation infrastructure
(wikipedia search SouthPark, Charlotte) you will see bus #'s for their
transit system (C.A.T.S.= Charlotte Area Transit System); #29 (UNC Charlotte/

359. (crosstown) click on UNC Charlotte and it will redirect you
*Insert ¶ #* to University of North Carolina at Charlotte then you will see the
school information. When you see accreditation is shows SAC and
and a little further down you see the word Chancellor with the
name Sharon Gaber (mind you Sharon is the name of my aunt
who worked at a childcare, Sharon is also the mom of my cousin
Dameka (who messed with me when I was around 7 (incest/homosexuality)
and Sharon has a son named Steven who messed with me til I was
almost 17 years old (incest) all behind another parties witchcraft,

103

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

310 . perversion, narcissism, scandal, etc. that was coming
Insert ¶ #
from people misusing their position of power that was supposed
to lead people to Jesus Christ of Nazareth in Italy. Messed my
head up to actually come to the reality of the depth of my pain
that was stemming from a part of the world that I've never
seen. But to make things worst in order to confirm my statement
then return to the rest of my story let me show you Italy's (Babylon/Rome)
scandal that reaches "ALL OVER THE WORLD". Catholicism

311 . is a Christian church that "VENERATE" (to honour or very
Insert ¶ #
much respect a person or thing) basically to venerate means
to "reverance, worship". Catholicism venerates people & things
who they feel are worthy of being given respect for their
attributes or past accomplishments. Now there's nothing wrong
with wanting to respect the accomplishments of others from
the past because that's how generations learn from each other.
Disclaimer: what I am about to say will open your mind to another

312 . level of thinking that comes from the wicked, depraved, and
Insert ¶ #
perverse mind of the enemy but it will also confirm why God
gave certain commandments to protect His people. Now, the way that
Catholicism venerates people or things is in a form of Idolizing
the dead while attempting to control the present so that they
can ensnare the future generations. "Let me pin their moves so that
I can paint their picture and I'm going to paint their
picture so that "You" may be able to pin their moves"(quote by
Victoria Dillihunt LOL) ① They put a seal on you at birth (footprint,

1  313. birth certificate, social security number ③ They have their
Insert ¶ #
2  professionals monitor your whole life (pediatrician, dentist, etc)
3  ★ Please remember this Beast is a system with Billions of peoples identity
4  inside that it controls & NOBODY is EXEMPT WHETHER YOU ARE RICH, POOR, FREE,
5  or BOND & race doesn't MATTER PERIOD!!!) Now, I understand there were
6  systems before this time however those were destroyed but the one that
7  has been put in place today came from Catholicism and France was
8  the first country to use their registry in 1539 (the Catholic Parish Registry).
9

10 314. See, people fail to realize that while Europeans were playing
Insert ¶ #
11 the game "Scatter Africa" the mother land that they were learning
12 other peoples way of living, culture trends, inventions (like Asia,
13 Egypt, Babylon, etc) so that they could build, divide to conquer,
14 steal & replicate to rename as their own. They wrote things
15 down in their own words (better yet in their own languages) because
16 playing with sound and words is a subtle way to manipulate
17 a person who lacks the knowledge of the truth which brings me
18

19 315. to my next point) ③ As a child (modern days) you are expected
20 Insert ¶ #
21 to go to school in order to learn what is necessary to be
22 accepted in their system [professional field] because they
23 know you gotta make money to live in their world (but what
24 people fail to realize is in their world they make money off of
25 you being in their system as soon as your born and they use
26 you to make money as soon as you die. Ex: funeral, debt, fraud, etc.).
27 ④ In the professional field they make money off of you,
28 they also tax you (which is more money), then you have to

105

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  31b. pay them to live (bills, entertainment, food, travel, child care, etc)
2  *Insert ¶ #* now when I say them I talking about the chain of command
3  that consists of countries debt, international trade, governments
4  (federal & state), corporations, & even streets (depending on the person).
5  ⑤ Now to bring it full circle and back to European & Catholicism,
6  Europe Kings & Queens rule different countries under different
7  titles. The Roman Catholics have their churches planted in
8  different countries under different titles (ex: ArchDiocese of Atlanta
9
10  317. Catholic Church, East Orthodox Catholic Church, Roman Catholic
11  *Insert ¶ #* Church, etc) also different positions of hierarchy such as Pope,
12  priest, nun, etc and they have sub categories that range
13  from Education, Hospitals, Finances, military orders,
14  etc. So with all this being said, here's two kingdoms
15  that worked together on conquering everybody else until
16  the other kingdom got out of hand and moved with betrayal.
17  ⑥ However, the betrayal came into full affect after
18
19  318. the legalization of same sex marriages in 2015 because
20  *Insert ¶ #* same sex marriage (under Barack Presidency) is when the
21  spirit of Perversion was activated which only means
22  a twisted truth. So, what that did was Awaken the dead the
23  demons, witches, etc that was already put into place
24  by the idolatry of both Kingdoms which consisted
25  of them coveting, stealing, & entertaining the paganism
26  of other peoples religions now don't mistake that I
27  am saying that it didn't exist already because that's not what I am
28  saying instead I am saying the mixing of the religions caused strange fire.
   So the confusion at hand ____**Page Number**____ is because of the truth and the lie
   colliding.

1  319. **Christmas December 25**
2  *Insert ¶ #*
3  Christmas is an annual festival commemorating
the birth of Jesus Christ, observed primarily on
4  December 25 as a religious and cultural celebration
5  among billions of people around the world. The
6  history behind Christmas is vague, so I will break
7  down Santa Claus also known as father Christmas,
8  Saint Nicholas, etc. Since Saint Nicholas is venerated

10  320. by the Catholic church I will talk about him. He was
11  *Insert ¶ #*
      born March 15, 270 (Roman Empire) and he died December
12  6, 343 (Roman Empire, Diocese of Asia). Little was known about
13  the historical Saint Nicholas however one of his most famous
14  incidents from his life is that it was said that he rescued three
15  girls from being forced into prostitution by dropping a sack
16  of gold coins through the window of their house each night
17  for three nights so their father could pay a dowry for each
18

19  321. of them. Saint Nicholas is the patron saint over these
20  *Insert ¶ #*
      categories: Children, coopers, travelers, sailors, fishermen,
21  merchants, broadcasters, the falsely accused, repentant
22  thieves, brewers, pharmacists, archers, pawnbrokers, unmarried
23  people, prostitutes, Prilep, Aberdeen, Galway, Russia, Greece,
24  Hellenic Navy, Liverpool, Bari, Siggiewi, Moscow, Amsterdam,
25  Lorraine, Royal School of Music and Duchy of Lorraine, Students
26  in various cities and countries around Europe & Russian Navy.
27  Another thing about Saint Nicholas is that he was a monk
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  322. and he was born in Patara, Turkey. ※ After Saint Nicholas
*Insert ¶ #*
2  the prominence of Christmas Day increased gradually after
3  Charlemagne, also known as Charles the Great who was
4  King of the Franks (a germanic speaking people whose land was
5  divided into different kingdoms like ② West Francia became the
6  Kingdom of France, East Francia became the kingdom of Germany,
7  and Middle Francia became the kingdom of Lotharingia in the
8  north, kingdom of Italy in the south, and the kingdom of

10  323. Provence in the west.) Charles the Great was King of
*Insert ¶ #*
11  the Franks from 768 when he was crowned as the Emperors
12  of the Romans by Pope Leo III on December 25, 800. Pope
13  Leo III was the bishop of Rome (the pope which was head of the
14  worldwide Catholic Church and he was ruler of the papal states
15  which were the major states of Italy.) ※ So basically, if Christmas
16  is supposedly the day to worship the birth of Jesus then what
17  Jesus are people worshipping? because Saint Nicholas who

19  324. is supposedly the pagan representation of Jesus Birth
20  *Insert ¶ #*
21  because Saint Nicholas allegedly lived in a crypt near Bethlehem
22  where the Nativity of Jesus is believed to have taken place and thats
23  where the Church of Saint Nicholas in Beit Jala, a Christian town
24  of which Nicholas is the patron saint. Then you have Charles
25  the Great who was crowned Emperor of Rome on December 25, 800
26  and then you also have Jesus Malverde who is a drug
27  lord and they made him a saint in the catholic church
28  located in Sinaloa, Mexico? So what Jesus is really being

108
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ³25 . represented by the church and the pagan holidays.
2 Insert ¶ # Also, one of Santa's sayings is: Ho, Ho, Ho Merry Christmas
3 and what I see when I hear that is Horace Marriage
4 Christ's Massacre which is exactly what they tried
5 to do; thinking that they were cheating me out of
6 my inheritance (that's where we are now) Horace also stands
7 For Ho Race which would symbolize Babylon's Mystery
8 The Mother of Harlots and the abominations of the
9
10 ³26. Earth (Revelation 17) which is the first "Bridegroom and
11 Insert ¶ # Bride, then after Babylon falls comes the Marriage of
12 the lamb. However, under this guise of treachery we
13 see that Hamas has hit Israel which lets us know
14 that all those individuals (Muslims) are the seeds of the
15 Serpent because if they weren't then they would have
16 never touched "The Holy Land". Also, they go by the name
17 Hamas which people will say is from Ham who is one of
18
19 ³27. Noah's son and that would further prove that they
20 Insert ¶ # are all Canaanites and Europe Kingdoms are Cain (same
21 thing because Cain was cursed and Ham's son Canaan
22 was cursed). Now, what people may have not known
23 is "Yeshua Hamashiach" means "Jesus the Messiah" so
24 why is Hamas proclaiming Allah and denouncing the
25 very God that their name stems from? Do you know
26 that Christmas (Santa Claus) is how they indirectly planted
27 the seed of pimping and hoeing to our children because
28

109

Page Number

Civil Rights Complaint Pursuant to U.S,C. § 1983

1  328. the story of Saint Nicholas talks about him rescuing
2  Insert ¶ #
   three girls from being forced into prostitution by dropping
3  a sack of coins through the window of their house each
4  night for three nights so their father could pay a dowry (the
5  money, goods, or estate that a woman brings to her husband
6  or his family in marriage) but that's not scripture! In
7  Genesis 24: 21-23, 28-40 [21] And the man wondering at her
8  held his peace, to wit whether the LORD had made his
9

10 329. journey prosperous or not. [22] And it came to pass, as
11 Insert ¶ #
   the camels had done drinking, that the man took a
12 golden earring of half a shekel weight, and two bracelets
13 for her hands of ten shekels weight of gold. [23] And said,
14 Whose daughter art thou? tell me, I pray thee: is there room
15 in thy father's house for us to lodge in? [24] And the damsel ran,
16 and told them of her mother's house these things. [25] And
17 Rebekah had a brother, and his name was Laban: and
18

19 330. Laban ran out unto the man, unto the well. [30] And
20 Insert ¶ #
   it came to pass, when he saw the earring and bracelets upon
21 his sister's hands, and when he heard the words of Rebekah
22 his sister saying, This spake the man unto me; that he came
23 unto the man; and behold, he stood by the camels at the
24 well. [31] And he said, Come in, thou blessed of the LORD; wherefore
25 standest thou without? for I have prepared the house, and
26 room for the camels. [32] And the man came into the house:
27 and he ungirded his camels, and gave straw and provender
28

331. for the camels, and water to wash his feet, and the
Insert ¶ # men's feet that were with him. (34) And there was set meat
before him to eat: but he said, I will not eat, until I have
told mine errand. And he said, Speak on. (35) And he said,
I am Abraham's servant. (36) And the LORD, hath blessed
my master greatly; and he is become great: and he hath
given him flocks, and herds, and silver, and gold, and
menservants, and maidservants, and camels, and asses.

332. (36) And Sarah my master's wife bare a son to my master
Insert ¶ # when she was old: and unto him hath he given all that
he hath. (37) And my master made me swear, saying, Thou
shalt not take a wife to my son of the daughters of
the Canaanites, in whose land I dwell: (38) But thou
shalt go unto my father's house, and to my kindred,
and take a wife unto my son. (39) And I said unto
my master, Peradventure the woman will not follow

333. me. (40) And he said unto me, The LORD, before whom
Insert ¶ # I walk, will send his angel with thee, and prosper thy way;
and thou shalt take a wife for my son of my kindred, and
of my father's house: Genesis 24:50-53 (50) Then Laban and
Bethuel answered and said, The thing proceedeth from the LORD:
we cannot speak unto thee bad or good. (51) Behold, Rebekah is
before thee, take her, and go, and let her be thy master's son's
wife, as the LORD hath spoken. (52) And it came to pass, that,
when Abraham's servant heard their words, he worshiped

///

Page Number

1  334. the LORD, bowing himself to the earth. ㉝ And the,
Insert ¶ #
2  servant brought forth jewels of silver, and jewels of
3  gold, and raiment, and gave them to Rebekah: he gave
4  also to her brother and to her mother precious things.
5  *** Now that you know what the scriptures
6  say, you see with your own eyes that the story
7  of Saint Nicholas story, is a perverted (twisted
8  truth) of God's word. However, Dowries have long
9                                    stealing from.
10  335. histories in Europe, South Asia, (Africa) and other
Insert ¶ #
11  parts of the world but not in United States. Middle
12  East still practices the Dowry system however
13  in India, dowry is called Dahez in Hindu, and Jahez
14  in Arabic among the Islamic Community. In other
15  parts of India (eastern) the dowry is called Aquunnpot.
16  Dowry is a payment from the bride's family to the
17  bridegroom's family upon marriage. In Pakistan,
18
19  336. the dowry is called Jahez in Arabic. Pakistan's Muslims
Insert ¶ #
20
21  make dowry an obligation in Islamic practice. In
22  95 percent of all marriages in Pakistan involves transfer
23  of a dowry from the bride's family to the groom's
24  family. In Afghanistan the dowry is called Jehez
25  it is transferred from the bride's family to the groom's
26  family. *** This is called PIMPING not a marriage;
27  a woman isn't supposed to pay a man to be married
28  and this is what Jesus Christ died on the cross of

772
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

337. Calvary for, his death was for the remission
*Insert ¶ #*
of humanities sin so how can you put a price on a
person (male or female) when Christ gave his life for
ALL HUMANITY. Then to make matters worst they used
Christmas as a way to plant the seed of Harlotry/athiesm.
Ho, Ho, Ho Merry Christmas seem so innocent to the
naive however then you have the question of have
you been naughty or nice? Even in some places

338. they have a person dressed up as Santa and
*Insert ¶ #*
the child goes to sit on a strangers lap just to take
a picture while their parents are talking about how
cute the child looks. What that parent doesn't know
is that subconsciously that gets programmed into a
child's mind. So, as they're growing up they remember
those moments which then confuses them when their
parents say stay away from strangers or don't accept

339. nothing from strangers. Instead of the child asking
*Insert ¶ #*
their parent why? they leave with a sense of confusion
because Santa Claus is a ① stranger, he gives good
② gifts, we celebrate the ③ birth of the savior during
that time, and they were allowed to ④ sit on a strangers
lap to take a picture that the ⑤ parent said was cute.
It's something so simple as a holiday, movie, music
video, video game, etc. that plant and water seeds of
twisted truths (lies & perversion). #1, 2, 4, & 5 all look innocent
as 1 & 2 hides in front of Christ (purity, sacrificial love, etc) the
3 & 4 hides behind Christ's _____ Pureness of character but
1, 2, 3 & 4 are        Civil Rights Complaint Pursuant to U.S.C. § 1983
training tactics to be prostituted whether it be on the streets,
on stage, on T.V., at a job, to get a degree, or government assistance, etc.

340. Now during Christmas season which is Winter
*Insert ¶ #* there's a such thing as Christmastide. Its different days
of celebrations during Christmas time and here's the list:
Dec. 25 - Christmas, Dec 26 - St. Stephen's Day Dec 28 -
Childermas, Dec 31 - New Years Eve, Jan 1 - the feast of
the circumcision of Christ or the Solemnity of Mary, Mother
of God, and The Feast of the Holy Family (date varies)
* Saint Stephen's Day is to celebrate him as the first christian
341. martyr. Saint Stephen's Day is celebrated on Dec 25 in Armenia
*Insert ¶ #* and Dec 26 other Christianity. His attributes are: red martyr,
stones, dalmatic, censer, miniature church, Gospel Book,
martyr's palm, orarion. He's the patron saint of:
altar servers, native american Pueblo, bricklayers, casket
makers, Cetona, Italy, deacons, headaches, horses, Kessel
Belgium, Masons, etc. The next holiday is Dec 28 called
Childermas (Massacre of the Innocents) this day is pertaining
342. to children. *** Valentine's Day is the feast of
*Insert ¶ #* Saint Valentine was known as a Bishop in the Roman empire
who ministered to persecuted christians. He was martyred and
his body buried on the Via Flaminia on February 14, which has
been observed as the Feast of Saint Valentine also known
as St. Valentine's Day since the eighth century. He is also a
patron saint of Terni, Italy; epilepsy, affianced couples,
against fainting, beekeepers, happy marriages, love,
mentally ill peoples, plagues, Lesvos (for Catholics) Lesvos

114
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1. 343. is also called Lesbos which is a Greek Island
   Insert ¶ #
2. located in the northern Aegean Sea. The region includes
3. the island of Lesbos, Chios, Ikaria, Lemnos, and Samos.
4. A third of Lesbians live in the capital, while the remainder
5. are in small towns & villages. The larges are Plomari (the
6. southernmost on Lesbos Island & not too far from Plomari is
7. the church of Agios Pantelkimones with the Saint Pantaleon
8. who is a saint over physicians, apothecaries, midwives, livestock,
9.

10. 344. lottery, lottery winners and victories, lottery tickets; invoked
    Insert ¶ #
11. against headaches, constipation, locusts, witchcraft, accidents
12. and loneliness; helpers for crying children). Kalloni is
13. after Plomari then Gera Villages (Gera Lesbos is named after
14. a lesbian city called Hiera (sounds like hierarchy) that may have been
15. Portus Hieraeus). After Gera there's Agiassos, Eresos, and
16. Molyvos (the ancient Mythimna) all this falls under
17. Saint Valentine (Valentines Day). ✱ ✱✱ Now, let's talk
18.

19. 345. about names and death because this will prove a point
    Insert ¶ #
20. I will make later on in the packet. The Catholic Encyclopedia
21. and other hagiographical (is a biography of a saint or an
22. ecclesiastical leader, as well as, by extension, an adulatory
23. and idealized biography of a preacher, priest, founder, saint,
24. monk, nun or icon in any world's religions (NOT the REAL
25. thing because this is IDOLATRY & WORSHIP OF THE DEAD).
26. Christian hagiographies ascribed to men and women are
27. canonized (declaration of a deceased person as an officially recognized

346. saint) by the Roman Catholic, Eastern Orthodox,
Insert ¶# Oriental Orthodox Churches, and the Church of the
East (is also called East Syriac Church, Church of Seleucia-
Ctesiphon, the Persian Church, the Assyrian Church, the
Babylonian Church, or the Nestorian Church was the
Eastern Christian Church of the East Syriac Rite based
in Mesopotamia. It was one of three major branches of Eastern
Christianity that arose from the Christological controversies of

347. the 5th & 6th centuries, alongside the Oriental Orthodox Churches
Insert ¶# and the Chalcedonian Churches (whose Eastern branch became
Eastern Orthodox Church.) Since the latter half of the 20th
century three churches in IRAQ claim the heritage of
the Church of the East. Meanwhile, the East Syriac churches
in India claim the heritage of the Church of the East
in India.) The East Syriac Churches or East Syrian
Rite also called the Edessan Rite, Assyrian Rite, Persian

348. Rite, Chaldean Rite, Nestorian Rite, Babylonian Rite
Insert ¶# or Syro-Oriental Rite is an Eastern Christian liturgical rite.
It originated in Edessa Mesopotamia however it is now
the Church of the East and established themselves in
modern-day Kerala. The Church of the East and Catholic
Church split in 431 AD through the Council of Ephesus, in
1994 the Assyrian Church Patriarch Mar Dinkha IV
and Pope John II signed a common declaration in Vatican.
The Common Christological Declaration (1994) document

349. asserted that the split that occurred due to the Council
*Insert ¶#* of Ephesus in 431 was "due in large part of misunderstandings,"
affirmed for both that "CHRIST IS TRUE GOD and
TRUE MAN," then recognized "each other as sister
churches" and vowed to resolve remaining differences.
✳ Now returning to my explanation of hagiographies it is
when men & women are canonized as saints. The Roman Catholics,
Eastern Orthodox, Oriental Orthodox, and Church of the East

350. that canonize deceased human names as saints in the
*Insert ¶#* Christian Church (this IS IDOLATRY & WITCHRAFT) Now, the
other religions that also create and maintain hagiographical
text concerning saints, gurus and other individuals believed
to be imbued with sacred power is Buddhism, Hinduism,
Taoism, Islam, Jainism, and Sikhism (such as Sikh
Janamsakhis (biography of Guru Nanak-the founder of Sikhism
who travelled as a missionary) and went to mythical places

351. such as Mount Meru (sacred mountain of Hindu, Jain, and
*Insert ¶#* Buddhist cosmology which is the center of their spiritual universe)
The last part presents him as settled in Kartarpur with his
followers. Sikh writers were competing with mythological
stories about Muhammad created by Sufi Muslim in
medieval Punjab region of South Asia). Hagiographic works,
especially those of the Middle Ages (in the history of Europe
the middle ages lasted from the 5th to the late 15th century
while aligning with the post-classical period of global history.)

Civil Rights Complaint Pursuant to U.S.C. § 1983

32. The Middle Ages can incorporate a record of institutional
and local history, and evidence of popular cults, customs,
and traditions. However, when referring to modern, non-
ecclesiastical Works, the term hagiography is often used
today as a pejorative reference to biographies and
histories whose authors are perceived to be uncritical
or excessively reverential toward their subject. ** 
* So as you can see, every saint that has been

33. canonized in these churches, religions, and other
forms of spirituality, such as occultism, paganism,
and any form of mysticalism that may fall under
the above ritualism that occurs in these churches
all are very symbolic in the everyday life of humanity.
Let me explain myself to help you further understand
what I mean. In 1994, The Common Christological Declaration
was signed that affirmed that "CHRIST IS TRUE GOD and

34. TRUE MAN" due to a misunderstanding from the past.
But when I see a title such as: The Common Christological
Declaration after seeing what's all connected to the foundation
of the parties involved I see the perversion of a sick person's
mind hidden in plain sight. I see: "The Cummin Crysto (Crystal)
logical D clair" Clair is a civil parish in Madawaska County,
New Brunswick, Canada. The parish has bodies of water at least
partly in the parish: Saint John River and Thompson Lake. Saint
John River (Bay of Fundy) is a bay between Canadian provinces of

1  355 . of New Brunswick and Nova Scotia, with a small portion
   Insert ¶ #
2  touching the U.S. State of Maine . It is an arm of the
3  Gulf of Maine . The River Sources are ⒝ Big Salmon River,
4  ⒝ The Magaguadavic River is known as the "River of Eels" once you translate
5  the words "Maliseet Passamaquoddy. Passamaquoddy had an oral
6  history supported with visual imagery. This indian tribe has been
7  forced off their original lands from the 1800s. They have lived on
8  off reservation trust lands in Five Maine counties such as ⓪ Somerset
9
10 356. County, ② Franklin County (the county seat of farmington old territory of
   Insert ¶ #
11 the Canibas tribe of Abenaki Indians a group from Topsham. The
12 town border the towns of Industry, New Sharon, Chesterville
13 Wilton, Temple, Strong, and New Vineyard. Franklin County
14 sites of Interest ° Geanache and Hiram Ramsdell House (called
15 the octagon house, located on High and Perham Street. The house was
16 built in 1855 by mason Cyrus Ramsdell). Franklin county was
17 named after Benjamin Franklin. The county high point is Sugarloaf
18
19 357. Mountain which is the 3rd mountain with the highest peak after
   Insert ¶ #
20
21 Katahdin's Baxter and Hamlin Peaks. Sugarloaf is south by Spaulding
22 Mountain & Sugarloaf mountain is in Carrabassett Valley
23 where Crocker mountain is as well (The Appalachian Trail
24 crosses the western side of the town, climbing the slopes
25 of Sugarloaf Mountain and the summit of Crocker
26 Mountain). ③ Hancock County was named after John
27 Hancock. In Hancock County they have Cadillac Mountain
28 which is located on Desert Island. ④ Penobscot County

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  358 . and ⑬ Charlotte County which was named after Queen Charlotte.
Insert ¶ #
2  These were the five counties that the Passamaquoddy Indians
3  lived in Maine. Returning to the Magaguadavic River in
4  York County here's what I find in York County. Saint John
5  River and the Southwest Miramichi River (this river has it's
6  origin in Carleton County. Under Miramichi you'll find the
7  Tributaries in which you will see Cains River which then flows
8  through Crown land that is territorial area belonging to the monarch.

10  359 . of who has the crown. Crown land provides the country
Insert ¶ #
11  and the provinces with the majority of their profits from
12  natural resources. In province Alberta, Crown land, also
13  called public land is territory registered in the name of "His
14  Majesty the King in right of Alberta (Charles III). Alberta,
15  Canada has the Rocky Mountains which was the home to
16  the indigenous people such as Indian tribes. Rocky Mountains
17  have lake of the Woods. Lots of Woods also have Islands

19  360 . and I will name a few: Copeland Island aka Camp
20  Insert ¶ #
21  Stephens, Brush Island, Chapel Island, Magnuson's
22  Island site of the restored Fort St. Charles, Massacre
23  Island, Ontario which is marked by a large wooden cross
24  in the middle of the Island. In Australia, The
25  Crown land is Victoria which is governed by Charles VI.
26  * Now, returning back to Saint John River (Bay of Fundy)
27  is a part of the border between New Brunswick and
28  Maine. New Brunswick settlements are ① Edmundston

120
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

361. Which is a city in Madawaska County, New Brunswick,
Insert ¶ #
Canada. In 1851 it was named Edmundston after
Sir Edmund Walker Head who was Lieutenant Governor
of New Brunswick, under the monarch of Victoria.
In 1857 he was Privy Councillor and 1860 he was
Knight Commander of the Order of the Bath. ② Saint
John is a seaport city located on the Bay of Fundy in
the province of New Brunswick, Canada. It is Canada's

362. oldest incorporated city, established by royal charter
Insert ¶ #
on May 18, 1785 during the reign of George III. The
Reversing Falls are a series of rapids on the Saint
John River located in Saint John, New Brunswick,
Canada. This city is named after Saint John the Baptist
who was canonized by the Dicastery for the Causes of Saints.)
**** Returning to The Common Christological Declaration
so I can get to my point about ritualism, occultism, paganism,

363. and mysticalism. The Common Christological Declaration
Insert ¶ #
or my view of their hidden perversion The Commin+[rysto (crystal) +
Logical + D + Clair + ation = The seeming crystal mind
deceived clear action, The coming Christ mind did clear
action, or The coming Christ mind deception (devils agenda to
keep Kingdom). All this was to show how the Church
has raised up all these false gods to use in the form
of witchcraft in order to attempt to deceive the people
about Christ Jesus being the true messiah. The worship

121

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

364. of the dead being witchcraft and the names of the
Insert ¶ #
individual who is canonized as a saint comes with certain
attributes and are the saints over certain categories, so
whoever is born under that name is controlled by the
church (Roman Catholics) in their attempt to keep the Kingdom.
The witchcraft is systematic (digital) because the universe
is the abode of Satan and his demons) Ephesians 2:2-5
Wherein in time past ye walked according to the course of this

365. world, according to the prince of the power of the air,
Insert ¶ #
the spirit that now worketh in the children of disobedience
③ Among whom also we all had our conversation in times
past in the lusts of our flesh, fulfilling the desires of
the flesh and of the mind; and were by nature
the children of wrath, even as others. ④ But God
who is rich in mercy, for his great love wherewith
he loved us, ⑤ Even when we were dead in sins,

366. hath quickened us together with Christ, (by
Insert ¶ #
grace ye are saved); ✱ The prince of the air is
a spirit that is contrary to the Holy Spirit. The
Holy Spirit is a teacher, comforter, friend, is gentle, etc
but that other spirit is controlling, misleading,
deceptive, subtle, manipulative, etc. The Holy Spirit
does not have to use technology, science, astrology,
tarot cards, etc to direct humanity and the Holy
Spirit is a revealer of ALL truths. However, the

367. prince of the air is using the same trick that
the serpent used in the garden. #1 Sound, #2 Twisting the
Word #3 driving people into enslavement to his lies while
driving people away from the presence of God. Let me
show you what I mean with four words that will
#1 sound similar but not the same #2 twist the words
#3 one pair will be on a higher level because God is in
it and the other pair will be on a lower frequency level

368. even though you can use both words in unlimited ways.
Here's the 1st pair of Words: Vows and Covenant
Here's the 2nd pair of Words: Vowels and Consonant
Pair #1 moves on a higher frequency because God is the
WORD (John 1:1 - In the beginning was the Word, and the
Word was with God, and the Word was God. John 1:14
And the Word was made flesh, and dwelt among us,
(and we beheld his glory, the glory as of the only begotten

369. of the Father,) full of grace and truth) since God
is the Word that means that Vows represent 2 people
promise to each other to become 1 in their covenant
with God (2 becoming 1) which is Unity. Pair #2
moves on a lower frequency because SPELLING is the
WORD. Vowels is the pronunciation that is the sound
of the letter and Consonant is the agreement between
the letters in order to define the word. However you
must spell the words correctly in order to get an understanding.

Ex: NUN = a female            * Do you see how easy it was
     NUN = a male monk         to change vous and consonants
     none = Nothing            to get different words & Results???
     Si = yes
     see = look          123    * God's Word Stays the Same with Power
     Sea = water                unless man use Gods word to manipulate
                                 the hearts of Humanity

1 370. Finally, to wrap up Valentines Day because it's paganism;
Insert ¶ #
2 I like to say loving somebody isn't 1 time a year. LOVE
3 takes work because in order to Love; you have to spend
4 time with God. LOVE cannot be bought (not real love)!
5 However, LOVE can be sacrificial not destructive. John 3:16-
6 For God so LOVED the world that he gave His only begotten
7 son that whosoever believeth in Him should not perish
8 but have everlasting life. 1 Peter 4:8 -And above all

10 371. things have fervent charity among yourselves: for
11 charity shall cover the multitude of sins. 1 Peter 4:9-
Insert ¶ #
12 Use hospitality one to another without grudging.
13 Romans 5:5 And hope maketh not ashamed; because
14 the love of God is shed abroad in our hearts by
15 the Holy Ghost which is given unto us. Proverbs 13:12-
16 Hope deferred maketh the heart sick: but when
17 the desire cometh, it is a tree of life. 1 Corinthians 11:3-

19 372. But I would have you know, that the head of every
20 man is CHRIST, and the head of the woman is the
Insert ¶ #
21 man; and the head of Christ is God. ** Basically,
22 Valentines Day is a day of idol worship even though
23 we celebrate our loved ones. But in all reality on Valentines
24 Day we are actually celebrating St Valentine and what he(they) stood
25 for which was epilepsy, Lesvos(lesbians), mentally ill people, plagues,
26 and everything else I placed under this category. In fact, this
27 goes for every holiday, church, and religion that has saints (idols).
28 Romans 1:25- who changed the truth of God into a lie, and worshipped and
served the creature more than the _____ Creator, who is blessed for ever. Amen.

※ Is Easter about Jesus or Ishtar?

1  373. ※Easter "The Celebration of the Resurrection of Jesus Christ"
2  *Insert ¶#* Easter, also called Pascha or Resurrection Sunday, is
3  a Christian Festival and cultural holiday commemorating
4  the resurrection of Jesus from the dead, described
5  in the New Testament as having occurred on the third
6  day of his burial following his crucifixion by the Romans
7  at Calvary c. 30 AD. It is the culmination of the Passion
8  of Jesus Christ, preceded by Lent (or Great Lent), a 40-d

10  374. period of fasting, pray, and penance. Celebrations onsist
11  *Insert ¶#* of church services, festive Family meals, Egg decoration/egg
12  hunt, and gift-giving. Easter is related to Passover (Jewish
13  holiday that celebrates the Biblical story of the Israelites escape
14  from slavery in Egypt.), Septuagesima, Sexagesima, Quinquagesima,
15  Shrove Tuesday, Ash Wednesday, Clean Monday, Lent, Great
16  Lent, Palm Sunday, Holy Week, Maundy Thursday, Good
17  Friday, and Holy Saturday which leads up to Easter, and
18

19  375. Divine Mercy Sunday, Ascension, Pentecost, Trinity Sunday,
20  *Insert ¶#* Corpus Christi (day of the Most Holy Body and Blood of
21  Christ), and finally Feast of the Sacred Heart which
22  follow it. The Easter Bunny was First mentioned in Georg Franck
23  von Franckenaus De ovis paschalibus (About Easter eggs)
24  in 1682 referring to a German tradition of an Easter
25  hair bringing eggs for the children. In ancient times, people
26  believed the hair was a hermaphrodite (both sexes) (Easter Bunny),
27  Easter eggs symbolize the empty tomb of Jesus, from which
28

125
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

376. Jesus was resurrected because people saw eggs as a
Insert ¶ #
traditional symbol of fertility and rebirth. The christian
church officially adopted the custom, regarding the eggs as
a symbol of the resurrection of Jesus, with the Roman Ritual,
the first edition of which was published in 1610 but which
has texts of much older date, containing among the Easter
Blessings of food, one for eggs, along with those for lamb,
bread, and new produce. In 1874 German philologist

377
Adolf Holtzmann stated "The Easter Hare (Bunny) is
Insert ¶ #
unintelligle to me, but probably the hare was the sacred
animal of Ostara the goddess. In 1941 Christina Hole
wrote, "The hare was the sacred beast of Eostre (or Eastre), a
Saxon goddess of spring and of the dawn. Ostara and
Eostre are the same. and theories tried connecting Eostre
with re ___ of Germanic Easter customs, including hares
and eggs however Eostre/Ostara are venerated in some,

378. forms of Germanic neopaganism. ✴✴✴ Ishtar?
Insert ¶ #
Ishtar Terra is the second largest of the three continental
terrae regions on the planet Venus, the others being
Aphrodite Terra and Lacda Terra. Ishtar is a highland
region named after the Akkadian goddess Ishtar (the
Akkadian Empire was the first ancient empire of
Mesopotamia, succeeding the long-lived civilization of
Sumer (earliest known civilization of Mesopotamia (now south-central
Iraq). Ishtar also known as Inanna is the Mesopotamia goddess

126
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

379. of love, war, and fertility. She is also associated with
Insert ¶ #
beauty, sex, divine law, and political power. Her title was
"The Queen of Heaven. Her planet is Venus, a few of her
cult centers are Uruk, Agade, & Niner b; her abode is
heaven, and her symbols are hook-shaped knot of reeds,
eight-pointed star, lion, rosette, dove. Individuals who went
against the traditional gender binary (male/female) were heavily
involved in the cult of Ishtar (Inanna). During Sumerian

380. times, a set of priests known as gala worked in Inanna's
Insert ¶ #
temples, where they performed elegies and lamentations.
Men who became gala sometimes adopted female names.
Some Sumerian proverbs seem to suggest that gala had
a reputation for engaging in anal sex with men. During
the Akkadian period servants of Ishtar dressed in female
clothing and performed war dances in Ishtar's temples.
Several of the Akkadian proverbs suggests that

381. they may have also had homosexual proclivities.
Insert ¶ #
In another Akkadian hymn, Ishtar is described as
transforming men to women. With all this being
said, Easter/Inanna is another false religion
with pagan gods that hid behind Jesus Christ
so they could still the glory. Plus, all their different
seasons/holidays are false prophets who represent
witchcraft but haven't came out and told the truth about
themselves in order to validate their insecurity now to finally

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  332. finalize this topic on Easter paganism and
2  *Insert ¶ #* Ishtar by saying "The cult of Ishtar was long
3  thought to have involved "sacred prostitution", "temple
4  prostitution", "cult prostitution", and "religious prostitution"
5  which are purported rites consisting of paid intercourse
6  performed in the context of religious worship. In Ancient
7  East these ceremonies were a part of the regions of
8  Sumer for the goddess Ishtar & Babylonia for the

10  333. goddess Aphrodite. The terms associated with
11  *Insert ¶ #* "Temple Prostitution" is: Abtess, Priestess, NUN, Hierodule
12  Priestess, Cult Prostitute, A Class of Women, and Prostitute.
13  The Hittites practiced sacred prostitution as a part of a
14  cult of _____ , including the worship of a mated pair
15  of deities, a bull god ("My opinion Baphomet) and a lion
16  goddess, the mother goddess became prominent, representing
17  fertility, and (in Phoenicia) the goddess who presided over

19  334. human birth. Venus was a temple of temple prostitution
20  *Insert ¶ #* in Rome during the 4th century when Emperor Constantine
21  closed down her temples. In India (Devadasis) are temple
22  priestess/prostitutes. In Japan "Miko" is a young priestess
23  also known as a shrine maiden (prostitute). In Maya (southern
24  Mexico, Guatemala, and Northern Belize) they had several phallic (
25  relating to a penis) religious cult possibly including homosexual
26  temple prostitution. In Aztec (now central & southern Mexico)
27  they had prostitutes (pleasure girls). In Inca civilization

Civil Rights Complaint Pursuant to U.S.C. § 1983

385. which is South America countries (Peru, Bolivia, Ecuador,
*Insert ¶ #*
Colombia, and Argentina) they dedicated young boys as temple
prostitutes. The boys were dressed in girl clothing (transexual/Dionysus
behavior). The chiefs and head men would have ritual sexual
intercourse with them during religious ceremonies and on
holy days. Some people even use sex magic which is sexual
activity used for witchcraft purposes (gotta be careful because
you don't know people true motives) ✳ In South Asia, Hijra

386. are eunuchs, intersex people, or transgender people who live
*Insert ¶ #*
in communities that follow a kinship system called guru-chela
system (this is the Indian subcontinent). In Pakistan, they are
known as Khawaja sira. In the Islamic spirituality they respect
the term Khawaja sira for transgender. India, Pakistan, and
Bangladesh have a limited protection for such individuals.
✳✳✳ Wow, do you see the Harlotry of the System that's
been governing humanity? These holidays, systems, and religions

387. are ridiculous for prostituting the church for their own
*Insert ¶ #*
Lustful desires and self gain. JESUS CHRIST OF NAZARETH
is the ONE & ONLY TRUE LIVING GOD. It's
time there people stop pretending to be GOD'S CHOSEN
because humanity is broken and in need of some
healing but WHO & WHAT BROKE US CANNOT HEAL US
and it's time they stop pretending like they can as they
make money on our down falls that they caused.
# REAL TALK! YOU'RE FORGIVEN but NOW YOU
MUST STOP PLAYING GOD! 129
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Saint Patrick's Day!!!

388. Saint Patrick was a fifth-century Romano-British
Insert ¶ #
Christian missionary and bishop in Ireland. Known as
the "Apostle of Ireland", he is the primary patron saint
of Ireland, the other patron saints being Brigid of
Kildare and Columba. Patrick wasn't canonised however
he is venerated as a saint in the Catholic Church, the
Lutheran Church, the Church of Ireland (part of the
Anglican Communion), And in the Eastern Orthodox

389. Church, where he is regarded as equal to the apostles
Insert ¶ #
and Enlightener of Ireland. XXX Saint Patrick was
born in Roman or sub-Roman Britain then he died in Ireland
His attributes are: crozier, mitre, holding a shamrock, carrying
a cross, repelling serpents, harp. St Patrick is the patronage
saint of Ireland, Nigeria, Montserrat (it is nicknamed The
Emerald Isle of the Caribbean" both for its resemblance to
coastal Ireland and for the Irish ancestry of many of

390. its inhabitants) Montserrat's Anthem is "God save the
Insert ¶ #
King" and their national song is "Motherland". The capital
of Montserrat is Plymouth which is a ghost town. Plymouth
motto is: "God save the Queen" Due to Plymouth being the capital
and a ghost town, there's a new capital under construction
at Little Bay, with nearby Brades serving as the capital for
the time being. After the establishment of the first European
colony on the island in 1632, St Anthony's Church was established
in Plymouth in 1636 (this St Anthony's isn't Catholic) however

<u>130</u>
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

391. Anthony Brisket was an Irish man who went to England
Insert ¶ # to get money to build an Anglican church. The church was built
several times due to earthquakes and hurricanes and as
of 2021, the church is buried deep in the ash. * Little Bay
is a port town under construction to be the future capital
of the Island of Montserrat. * Brades has been the
capital on Montserrat since 1998 with an approximate population
of 1,000 people and the majority are Black. * The Witchery

392. About Montserrat is that it's Motto is "God Save the King"
Insert ¶ # as an anthem and the national song is "Motherland" but when
you go to Plymouth (the original capital) it is a ghost town with
the Motto "God save the Queen" and its nickname is "The
Emerald Isle of the Caribbean". Now in Plymouth, the
ghost town is also where St Anthony's the Anglican
church is buried under ash. On September 17, 1989
hurricane Hugo struck Montserrat destroyed a 180-foot

393. Stone jetty in Plymouth's harbour, and destroyed many
Insert ¶ # other buildings. After the hurricane in 1989, Montserrat
was hit by volcanic eruptions in 1995 which caused ash
to fall across a wide area of Plymouth * Now, let me break
this down, Montserrat is governed by the United Kingdom
however its in the caribbean sea near Venezuela, Puerto Rico, (U.S)
Dominican Republic, Haiti, Jamaica & Cuba before reaching
the United States. So, on August 26, 1989 I was born in
Compton CA (mind you there is a Compton Surrey England).
Also, I was born at Dominguez Hospital in Compton CA.

131
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

394. On September 17, 1989 (the year of my birth) my partner
*Insert ¶ #*
who has Dominican in his bloodline turned 9 years old, this
is also the same day that Plymouth the capital of Montserrat
got hit by hurricane hugo. Montserrat Motto is "God Save
the King", the national anthem is "Motherland", and Plymouth's
motto is "God save the Queen" and its nickname is "Emerald
Isle of the Caribbean." Basically, the U.K. governs Monserrat
however their anthem is Motherland when we all know that

395. Africa is the "REAL MOTHER LAND" so this sounds like
*Insert ¶ #*
somebody is trying to pretend to be who they are not. This
is located in the caribbean sea meaning CA+RIB+BEAN
which means the false Mother has displaced the title
mother from its true foundation and placed it upon herself; this
also reflects the church being in ROME instead of in Israel.
Also, this shows the world being turned in the wrong direction
because its backwards, the backwardness seemed beneficial

396. for many such as White, Hispanic, Indian, & Chinese, etc
*Insert ¶ #*
however in reality, even though it was designed to affect/
confuse, & misdirect the blacks; all it did was change the whole
world from the foundation of truths into a perverted lie (that's
why everybody else was able to cheat in attempt to steal
the inheritance because they knew more about the Blacks
history than the blacks did, due to alot of deception). In fact,
to prove this claim from this topic; I'd like to add that
after Plymouth got hit by hurricane (Hurry cane) Hugo

397. its 180-foot stone jetty fell into Plymouth's harbour
*Insert ¶ #* and destroyed other buildings and became a ghost town.
This kind resemble how God destroyed the tower of Babel, changed
their languages (which you see 3 languages), and scattered them
throughout the earth.* Now, remember that St Anthony's
Church (none catholicism) was planted in Plymouth in 1636
by an Irish man named Anthony Brisket. However, right before
1636, in the year 1619 the term "Computer" was used to define a

398. person who knew how to calculate or keep books.
*Insert ¶ #* Then, fasting forward to 1636, add 140 years that will
then lead us to the year 1776 which is when they broke
away from King George III. So, basically what I got from
this knowledge is that it was premeditated prior to the Blacks
arrival in America in 1776 (now that's just my assumption).
The calculations do add up pertaining to my assumption due
to the fact that in the 1500's there was a line of separation

399. drawn in the Catholic church due to claims of the misuse
*Insert ¶ #* of power while leading the members to believe that they can
pay to receive a lessor penalty. This is what brought upon
the church dividing and the Protestants going their
own way especially because they don't believe in the Pope
playing the middle man, as if the Pope is God. The only
issue with this whole situation is that this goes to show
that the Catholic Church DID NOT accept the church people
wanting to separate because He had his own evil

_133_
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

400. agenda in mind. Technically, the Roman Catholic's agenda
*Insert ¶ #*
was to overtake humanity, conquer the lands, place his
and other people in positions that surround who he
considers as outsiders. So, the only way to get away
from here is to face the process of the journey that
fulfills Biblical prophecy. This, is why the end-time battle
comes to play because the sorcery of the Roman Catholics.
In fact, right now we see, the truth unfolding before

401. our eyes every day. What we see right now is the
*Insert ¶ #*
end-time battle, the antichrist deceiving the entire
world, and a fight to overcome the deception at hand.
Even, when you go to Revelation 12:1-6 it says: And there
appeared a great wonder in heaven; a woman clothed with
the sun, and the moon under her feet, and upon her head
a crown of twelve stars: And she being with child cried,
travailing in birth, and pained to be delivered. And there

402. appeared another wonder in heaven; and behold a
*Insert ¶ #*
great red dragon, having seven heads and ten horns, and
seven crowns upon his heads. And his tail drew the
third part of the stars of heaven, and did cast them to the
earth: and the dragon stood before the woman which was ready
to be delivered, for to devour her child as soon as it was born.
And she brought forth a man child, who was to rule all
nations with a rod of iron: and her child was caught up
unto God, and to his throne. And the woman fled into

Civil Rights Complaint Pursuant to U.S.C. § 1983

403. the wilderness, where she hath a place, prepared of God,
*Insert ¶ #*
that they should feed her there a thousand two hundred
and threescore days. **✳✳** As you can see, they attempted
to create a false version of Revelation by placing people
in positions that would adhere to their agenda, cause the
world to believe that other women were that great wonder
in heaven (stealing worship again by falsifying identities)
and that the true person was the red dragon. To break

404. it down using religion is you had people who were working
*Insert ¶ #*
for the red dragon (systematically) that worked to get rid
of the black protestant church, to steal the inheritance,
and to attack Israel- Roman Catholics used sorcery,
the bible, etc in order to attempt to be that woman
however the results (fruit) that came from such evil has
only been lack, perversion, drugs, violence, & pride.
The reason this is so is because you know a tree by its

405. fruit. The fruit that came forth has been demonic,
*Insert ¶ #*
mind controlling & deceptive, etc. With all this being
said, open your eyes and see the truth so that
we know it was only by God that turned this whole
situation around. Also, must I add that while they
were pretending to be me, they were destroying the
land as well while blackmailing me

Civil Rights Complaint Pursuant to U.S.C. § 1983