

The Living WORD vs. Hypnosis Twisted Truth

406 . Genesis 2:18-25 (18) And the LORD God said, It is not good that the man should be alone, I will make him an help meet for him. (19) And out of the ground the LORD God formed every beast of the field, and every fowl of the air; and brought them unto Adam to see what he would call them: and whatsoever Adam called every living creature, that was the name thereof. (20) And Adam gave names to all cattle, and to the fowl of the air, and

*Insert ¶ #*

407. to every beast of the field; but for Adam there was not found an help meet for him. (21) And the LORD God caused a deep sleep to fall upon Adam, and he slept: and he took one of his ribs, and closed up the flesh instead thereof; (22) and the rib, which the LORD God had taken from man, made he a woman, and brought her unto the man. (23) And Adam said, This is now bone of my bones, and flesh of my flesh:

*Insert ¶ #*

408. She shall be called Woman, because she was taken out of Man. (24) Therefore shall a man leave his father and his mother, and shall cleave unto his wife: and they shall be one flesh. (25) And they were both naked, the man and his wife, and were not ashamed.

*Insert ¶ #*

*EXPLANATION

Genesis 2:18 The LORD said it wasn't good for the man to be alone; so he decided to make him a partner (Amos 3:3 Can two walk together except they be agreed?) Then God formed animal out of the ground

136
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

409. (just like he did when he took the dust of the ground to create Adam but there was one thing God didn't do to the animals like he did to Adam and that was to breathe the breath of life within them; so that is why he had Adam name the animals which made the animals subject to Adam's authority) Once Adam was done naming the animals the LORD still acknowledged that there was not a help meet (partner) for Adam which means that the animals are not his help meet because they are

410. on a lower level than the stance of Adam's authority. That's when the LORD caused a deep sleep to fall upon Adam, and he slept; and he took one of his ribs, and closed up the flesh instead thereof (Genesis 2:21). Now let me break down this verse real quick; the LORD caused a deep sleep to fall upon Adam.... this saying is speaking on a physical form of sleep which can be manifested in subconscious ways like as a trance. Trances manifest in the form of mysticism which entails a direct

411. connection, communication and communion with the divine; yoga, sufism, shaman, umbanda, crazy horse, etc are different groups that use mysticism which alters the subconscious mind. In the military there's a such thing as "battle trance" that's a mental state when combatants do not feel fear and pain, they lose their identity and acquire a collective identity. You also have hypnotherapy which is a type of mind-body intervention. Hypnosis is used to create a state of focused attention and increased suggestibility in the treatment of a medical or

Civil Rights Complaint Pursuant to U.S.C. § 1983

412. psychological disorder or concern. Next, the word Trance in American Christianity relates to "power or presence, or the indwelling of God, or Christ, or the spirits. In the 18th century the Anglo-American Protestants awakening brought about the psychology of religion. which consists of the application of psychological methods and interpretive frameworks to the diverse contents of religious traditions as well as to both religious and irreligious individuals. Some of these experiences consist of

413. uncontrolled bodily movements (fits, convulsions, catalepsy); spontaneous vocalizations (crying out, shouting, speaking in tongues); unusual sensory experiences (trances, visions, voices, clairvoyance, out-of-body experiences); and alterations of consciousness and/or memory (dreams, mesmeric trance, mediumistic trance, hypnosis, possession, alternating personality. Trance like states are often interpreted as religious ecstacy al visions. Some of the techniques vary from prayer, religious rituals,

414. meditation, breathwork, physical exercise, sexual intercourse MUSIC, DANCING, sweating, fasting, thirsting, and the consumption of psychotropic drugs such as cannabis. Sensory modality is the channel or conduit for the induction of the trance. Benevolent, neutral, and malevolent trances may be induced by different methods: (A) Auditory: driving through the sense of hearing by chanting, auditory storytelling, overtone singing, drumming, music, etc. (B) Disciplines: Meditation, Yoga, etc. (C) Gustatory:

138

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

415. driving through the sense of taste, and indigestion-including starvation, herbs, hallucinogens, and drugs. D) Kinesthetic: driving through the sense of feeling and movement. E) Miscellaneously: traumatic accident, sleep deprivation, nitrogen narcosis (deep diving), fever, by the use of a sensory deprivation tank or mind-control techniques, hypnosis, meditation, prayer, etc. F) Naturally occurring: dreams, lucid dreams, euphoria, ecstasy, psychosis

416. as well as purported premonitions, out-of-body experiences, and channeling. G) Olfactory: driving via scent through the sense of smell by perfume, pheromones, incense, flowers, pollen, indeed any scent for which we have an association or memory, etc; H) Photic or Visual: driving through the sense of sight by yantra, visual story telling, mandala, cinema, theater, art, architecture, beauty, strobe lights, form constants, symmetry. I) AUDITORY Driving and AUDITORY art: Charles Tart

417. provides the definition of auditory driving as being the induction of trance through the sense of hearing. this process is known as ENTRAINMENT (Brainwave entrainment refers to the observation that brainwaves will naturally synchronize to the rhythm of periodic external stimuli, such as flickering lights, speech, music, or tactile stimuli. As different conscious states can be associated with different dominate brainwave frequencies it is hypothesized that brainwave entrainment might induce a desired state.) Back to auditory driving and auditory art; it says the usage

139
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

418. of repetitive rhythms to induce trance states is an ancient phenomenon. Throughout the world, shamanistic practitioners (the word shamanism derives from the Russian word samán, which itself comes from the word samán from a Tungusic language that is spoken by Tungusic people who are native to Siberia, China, and Mongolia. The Tungusic people are categorized under Southern Tungusic and Northern Tungusic; both of these categories have sub-categories. When you look up southeastern Tungusic there's a group called

419. Nanaic Group. Nanai also means "NaNa" (Nana is the nickname my mother called me). In the southeastern Tungusic peoples they also have under the Nanai (Gold, Goldi (which are one of the ethnic groups within the people's republic of China and the Russian Federation) & Hezhen) after this group comes (Akani meaning Brother, Birar which is a village in India, & finally the last word is samagir). The last group in southeastern Tungusic is the Amur group which divides into Upper Amur, Central Amur, and

420. lower Amur. Ⓐ Upper Amur has the right-bank Amur (a river), Sungari meaning SUGAR (a river), and Bikin (Ussuri) in which Bikin (Ussuri) means the ceremony (Ussuri) (a river). Ⓑ Next group is Central Amur which has Sakachi-Alyan (also called Sikachi-Alyan & is a small Nanai village in Russia), Naykhin (basis of standard Nanai but not identical) Naykhin is a city in Russia, and Dzhuen (a city in Russia), Finally, we have Lower Amur has Bolon (a lake), Ekon, and Gorin (a river in Russia). The Amur River is the Tenth largest river in the world and it's

140

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

421. nickname is Black Dragon River. This Amur River also was a political body called the "Amur River Society" or the "Black Dragon Society". This society was founded in Japan in 1901. During the Russo-Japanese War, annexation of Korea, and Siberian Intervention, the Imperial Japanese Army made use of Black Dragon Society for espionage, sabatage, and assassination. The Black Dragons waged a very successful psychological warfare campaign in conjunction with the Japanese military, spreading disinformation and propaganda

422. throught the region (seems as if this is another repeat when it comes to China and the industries propaganda and disinfortion that's being spewed out through mainstream media). Methods of psychological warfare consists of: Demoralization, Propaganda radio stations, Renaming cities and other places when captured, such as the renaming of Saigon to Ho Chi Minh City after communist victory in the Vietnam War (*This is how people have taken other people's land and labeled it their own), false flag events (this is

423. an act committed with the intent of disguising the actual source of responsibility and pinning blame on another party), terrorism, the threat of chemical weapons (this would be chem-trails, drugs, etc in today's time), Information Warfare (fake news, social media information, reality shows, television, etc is promoting a lot of false information). According to Daniel Lerner who was in the Office of Strategic Services; most of these techniques were developed during World World II or earlier, and have been used to some degree in every conflict since. Lerner also divided the

141

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

424. psychological warfare operations into three categories, which are: White propaganda (omissions and emphasis): Truthful and not strongly biased, where the source of information is acknowledged. Gray propaganda (omissions, emphasis, and racial/ethical/religious bias): Largely truthful, containing no information that can be proven wrong; the source is not identified. Black propaganda (commissions of falsification): Inherently deceitful, information given in the product is attributed to a source that was not

425. responsible for its creation. * Now that we understand psychological warfare let me explain Black Dragon's Influence after being disbanded in 1946. The Black Dragon Society was reconstituted in 1961 by Omori Sogen as the Black Dragon Club. Their influence in United States came through the Ethiopian Pacific Movement and the Peace Movement of Ethiopia (Both African-American black nationalist organizations) claimed they were affiliated with the Black Dragon Society. As a part of their effort to support

426. such organizations, the Black Dragon Society sent an agent, Satokata Takahashi (sounds similar to Tekashi 69 who was labeled a snitch for telling and getting out of jail), to promote pan-Asianism and claim that Japan would treat them as racial equals. Satokata Takahashi became a patron of Noble Drew Ali and the Moorish Science Temple of America, Elijah Muhammed and the Nation of Islam, as well as the Pacific Movement of the Eastern World.

142

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

427. Genesis 1:1- In the beginning God created the heaven and the earth. John 1:1- In the beginning was the Word, and the Word was with God, and the Word was God. Genesis 1:3- And God said, Let there be light: and there was light. Genesis 1:6- And God said, let there be a firmament in the midst of the waters, and let it divide the waters from the waters, Genesis 1:9- And God said, Let the waters under the heaven, be gathered

428. together unto one place, and let the dry land appear: and it was so. Genesis 1:14- And God said, Let there be lights in the firmament of the heaven to divide the day from the night; and let them be for signs, and for seasons, and for days, and years: Genesis 1:20- And God said, Let the waters bring forth abundantly the moving creature that hath life, and fowl that may fly above the earth in

429. the open firmament of heaven. Genesis 1:22- And God blessed them, saying, Be fruitful, and multiply, and fill the waters in the seas, and let fowl multiply in the earth. Genesis 1:26- And God said, Let us make man in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth. Genesis 1:27- So God created man in his own image, in the image of God created

143

430. be him; male and female created he them. Genesis 1:28- And God Blessed them, and God said unto them, Be fruitful, and multiply, and replenish the earth, and subdue it; and have dominion over the fish of the sea, and over the fowl of the air, and over every living thing that moveth upon the earth. Genesis 2:16 - And the Lord God commanded the man, saying, of every tree of the garden thou mayest freely eat. Genesis 2:17 - But of the tree of the knowledge

Insert ¶ #

431. of good and evil, thou shalt not eat of it: for in the day that thou eatest thereof thou shalt surely die. *** Lets explain what I take from these scriptures *** Starting with Genesis 1:1 and John 1:1, these two scriptures to me are the foundation of perversion when it comes to the worlds system. See in Genesis 1:1 it says In the beginning God created the heaven and the earth then in John 1:1 it says In the beginning was the Word, and the Word was with God

Insert ¶ #

432. And the Word was God. The perversion snuk in because in the worlds system they twisted up the origin, purity, and likeness of Gods Word in order to redefine the heaven and earth. The backwardness comes in because the world puts the heaven and earth before they put the Word which is God. However, at the beginning of the Book it states in Genesis 1:1 that God created the heaven and the earth. Then, it goes to Genesis 1:3 and begins by saying God said... Now, when you go to John 1:1 it says In the beginning was the Word, and the Word was with God; and the Word was God.

Page Number 144

433. So if in Genesis 1:1 it says God created the heaven and the earth; that is basically explaining that God visualized what He was going to create. Genesis 1:3 And God said, Let there be light: and there was light. This scripture is God teaching us the power of words (God said, Let there be: and there was). That's an example of the supernatural being manifested into the natural realm. In other words, let's basically say that is sound and movement. ✳ This is why music,

433. movies, dances, etc. can easily go from something that started off innocent and then become something perverted. It's all about the vision (perception) of the individual that is creating the art. Whatever, visual the artist or creator had in mind while creating will be transferred to their content and whoever sees or hears that artist's work will then either grow from it or become destructive because of it. For example: The doctor tells

434. his/her patient that they have a sickness (remember the power of words) that's when the patient goes through a mental shock at the doctors office and the first thing the patient does is speak aloud what the doctor has just said because they're questioning the doctor. However what the patient doesn't know is by repeating the doctors diagnosis aloud that they have just made a verbal contract with the sickness and their body so the body begans to manifest signs of the sickness because of their own declaration, perception, and verbal agreement to their body for the sickness. Proverbs 18:29 145 Page Number Death and Life are in the power of the tongue; Rights Complaint Pursuant to U.S.C. § 1983 and he that loveth eat the fruit thereof. So it's the Spirit Realm VA the Natural Realm (to be taught later)...

# V. CLAIMS

## Claim #1

Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

Insert ¶ #    federal constitutional or statutory civil right:

Violation of all my GOD given rights & my civil rights

The above civil right was violated by the following Defendants:

Insert ¶ #

All defendants have played a part in the charades of witchcraft whether that be willingly or un-willingly.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

1) Defendants caused emotional, mental, spiritual, financial,

Insert ¶ #

physical, etc. anguish, embarrassment, humiliation, & persecution. 2) Defendants used bullying, mind games, obstruction of justice, sorcery, witchcraft, voodoo, santaria, etc. to attempt to wear me out. 3) Defendants attempted to mark me as the Beast & Whore as well as my partner. 4) Defendants had no reason to attack, obstruct, or bully me except for their own covetousness, envy, jealousy, insecurity, etc.

As a result of the Defendant's violation of the above civil right, Plaintiff

Insert ¶ #    was harmed in the following way:

Emotional, physical, spiritual torture! Just like genocide, assassination, etc without killing my body.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( )

*(insert Claim#)*

Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

. Violation of ALL MY GOD GIVEN & legal Rights

*Insert ¶ #*

Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants can and will find themselves partaking in the 45 points of Communism (below I named a few however please refer to pages 4&5 to see ALL points)

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

. According to Communist goals (pg 4&5) #12 says resist any attempt to

*Insert ¶ #*

outlaw the Communist Party. #15 Capture one or both of the political parties in the U.S. #20 Infiltrate the Press. #21 Gain control of Key positions in media. #25 Break down cultural standards of morality. #26 INFILTRATE THE CHURCHES & REPLACE REVEALED RELIGION w/ Social Religion. DISCREDIT THE BIBLE & EMPHASIZE the need for INTELLECTUAL MATURITY without RELIGIOUS CRUTCH. #36 Infiltrate and gain control of more unions. #37 INFILTRATE and gain control of big businesses. #41 Discredit the family as an institution. Encourage PROMISCUITY & EASY DIVORCE, etc

As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

I have been isolated, slandered, set up, family taken, etc in my fight against the communist agenda (#12, 15, 20 & 21). MY IDENTITY has been stolen, MY INHERITANCE HAS BEEN HIJACKED leaving me without finances, Other people have been pretending to be me when it comes to the CHURCH as I've been left in the streets to war against witchcraft, stalkers, drugs, perversion etc so _____ that #25, 26 are accomplished. Due to the U.S violating my rights it has caused me to be blacklisted due to communist controlling our government using #15, 20, 21, 25, 36, and 37. The weight of injustice has attempted to affect my relationship #41 in order to try to make me conform but I refuse.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

___ Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

___. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
*Insert ¶ #* federal constitutional or statutory civil right:

Amendment 1 & Violation of ALL my GOD given &
legal rights

___. The above civil right was violated by the following Defendants:
*Insert ¶ #*

All defendants are included in this charade of witchcraft
whether willingly or unwillingly.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

___. Defendants used names as a way to bewitch others
*Insert ¶ #* into their scheme of witchery and in a way to try and lock
out Jesus Christ of Nazareth. 2) Defendants used power of
position to attempt to build a demonic army in which
they had full control due to scorcery. 3) Defendants tangled
me up in a web of lies while exploiting me in an attempt
to leave me without anything, destroy my credibility,
and destroy my life too. Defendant's are thieves, liars, and murderers.

___. As a result of the Defendant's violation of the above civil right, Plaintiff
*Insert ¶ #* was harmed in the following way:

Plaintiff life was put in jeopardy, family was separated without
proper cause, money was embezzled, stolen, and identity
has been stolen, infiltrated, and misappropriated numerous times

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( )

(insert Claim#)

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

(List any other legal claim you have that is related to your civil rights claim.)

___. All my rights given by God & the law have been violated.

Insert ¶ #

___. Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ #

All defendants are included in this charades of witchcraft whether willingly or unwillingly

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

___. • Compton CA my birthplace, • Compton, England

Insert ¶ #

• Republic of Tunisia is ran by Arabs ; Royal Tunbridge of Wells is where the great gay road was filmed (no wonder I was perverted, people accused me of things I knew nothing about, & I've been going through Hell behind people portraying to be me like Beyonce because Bey-Ottoman was in Tunisia but then removed in the 1900's) • Argentina, Hong Kong, Canada, etc all riding of me as Iim in poverty & struggling

___. As a result of the Defendant's violation of the rights giving rise to this

Insert ¶ # claim, Plaintiff was harmed in the following way:

The witchcraft of the Roman Catholic Church, Hinduism, Shamanism, Buddhism, etc has been violating me & I feel it in my body plus have wrestled with sexual abuse, drug abuse, social abuse (gangstalked by streangers), and political abuse

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



**MORE THAN A MAGAZINE, A MOVEMENT**

**ARTS & ENTERTAINMENT**

# Oshun Energy in Beyoncé's "Black is King"

**8/3/2020** by **JANELL HOBSON**



Still from Beyoncé's *Black is King*.

I cried. As did others who expressed the same sentiment on social media after watching the "Brown Skin Girl" segment of Beyoncé's grand and illustrious visual album, *Black is King*, on Disney+. I found myself overwhelmed by the sheer beauty and elegance of Black women and girls, who were given the space to shine in all their glory.

≡Q  wp                        Subscribe        Sign in

some point in the future, your high school history teacher can head to Old Havana just like Hova! Okay probably not, but...

Here's a look back at the exhaustively chronicled  international incident the Carters caused during their three-day trip to Cuba, which, by the way, was approved by the Treasury Department.

**1. Jay Z serving golf dad realness as he and Bey exit La Guarida restaurant in Havana.**



# "Be Alive" in Compton Tennis Court for the 2022 Oscars

An ornate performance of the *King Richard* song, introduced by Venus and Serena Williams. The song marks Beyoncé's first Academy Award nomination.

By Allison Hussey

March 27, 2022

f      X



Beyoncé, March 2022 (ROBYN BECK/AFP via Getty Images)

☰ THE WEEK 🇺🇸▾ 👤 🔍

SUBSCRIBE & SAVE - Less than $3 per week  >



(Image credit: REUTERS/Enrique De La Osa)



BY PETER WEBER, THE WEEK US
LAST UPDATED JANUARY 08, 2015

Last week, Mr. and Mrs. Shawn Carter celebrated their fifth anniversary by visiting Cuba, along with their mothers and a small entourage of bodyguards. The power couple better known as Beyoncé and Jay-Z did what you'd expect of tourists to the historic capital of a tropical island: Walked around Old Havana in summer clothes, taking pictures (her) and smoking cigars (him); dined out in restaurants (even though, less typically, police had to be called to keep crowds of fans at bay) and on rooftop terraces; and

## Claim #(____)

*(insert Claim#)*

___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. ß 86205(a)(b)(c)(d)(e)(f)

*Insert ¶ #*

ß 81001(a)(b)

___.   Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants due to the charade of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. In 2014, The Carters went to Havana,Cuba for their anniversary and

*Insert ¶ #*

it was approved by the Treasury Department. In, 2020 Beyonce did a

vusual album for Black is King where she rocked OSHUN(an Africa deity)

that is also linked to Cuba. Then, in 2022 Beyonce did a concert in the

city of Compton. All her moves are ritualistic in the realms of sorcery.

She is also Catholic and her moves are just like the Scatter Africa era to

keep the world under the realm of manipulation, witchcraft, idolatry, etc

___.   As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The CARTERS have been pretending to be ME and My Partner while using

the power of influence, witchcraft, and money to try and cover their steps

while blackmailing me for no apparent reason other than Jealousy.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. ß 86205(a)(b)(c)(d)(e)(f)

*Insert ¶ #*

ß 81001(a)(b)

_____

_____

_____

_____

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants due to the charade of witchcraft

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. Ice Cube Movie the barber shop with Nicki Minaj is a replication of

*Insert ¶ #*

my life right now. For instance, Tyga playa as a ViceLord which is my

partner's hood. Then there's a kid named Anthony that gets shot and Nicki

aka Draya is sad behind it. Anthony is another way to say my partner

name.Then, in the movie you have Eve wife of Common... All these

shows were ways for people to try and still my life like they've been doing

TYLER PERRY MOVIES ARE STOLEN AS WELL!

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

stealing another person's life to become successful while blackmailing

is a shame. All this money, fame, and fortune people made thinking that

they were going to get rid of me to cover their tracks. Yet I am suffering

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #()

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. According to communist goals in our congressional records
*Insert ¶ #* dated January 10, 1963 #17 says Get control of schools, #37 Infiltrate big businesses

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All defendants

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. In year 666, King Ashurbanipal who ruled Assyria constructed a library
*Insert ¶ #* In year 1666 the French Academy of Science was founded by Louis XIV.
In year 1666 Isaac Newton discovered the spectrum of Light, worked out his system of fluxions the precursor of modern calculus, & started considering gravity. 1613 the definition of "Computer" was a job title for somebody who was a book keeper (libraries) and somebody who did computation (mathmaticians, astrologers, scientist, data entry programs

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:
Mislead intentionally about my history and about life. People have used sorcery against me to attempt to make me pay their debts. Strangers from all walks have used their positions to make life hard for me then act like if I am the problem. Had me go to school and forced me to learn math & spelling while ~~Page Number~~ knowing it was sorcery because it wasn't according to ~~the~~ ~~Civil Rights Complaint Pursuant to U.S.C. § 1983~~ laws of God but it was designed to turn me away from who God called me to be as I strived for man's validation

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

___. It would be nice If you can restore Honor to me & my partners names, I'd like My life restored so I can get off the streets living like a pauper, being harassed, stalked, etc

Insert ¶ #

___. I don't Know what to ask for because too much has been done to me that's beyond what My mind can fanthom.

Insert ¶ #

___. People need to pay for their sorcery starting with that Church. Technology has to go because its Demonic. Stop getting Rich off of me as I starve & be Humiliated

Insert ¶ #

___. Let me & my family go free and stop lying on my name, hiding behind my gifts as you do your dirt; release My stuff - 01/12/2024 '0', Stop trying to keep me a prisoner (Its been like this ALL MY LIFE) NO MORE!

Insert ¶ #

Dated: **01/11/2024**

Sign: _____

Print Name: Victoria Dillihunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

___. That I am restored
Infiltrators destroyed from their positions
Babylon Must go

___. The Inheritance Must be released to proper person
All officials that obstructed justice must be reprimanded

___. Whatever else you Must do to make things right in God's eyes.
I need housing with PRIVACY since it's been violated my whole life. I want PEACE!

___. I want my company back, I want what is do to me because other people have made a lot of money off of 01/12/2024 & many other peoples lives & we deserve whats been stolen to be restored to who it belongs too.

Dated: 01/11/2024

Sign: [signature]

Print Name: Victoria Dillihunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: **01/11/2024**

Sign:

Print Name

**01/12/2024**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983