# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victoria Tenisha Shanae Dillihunt | **CASE NUMBER** |
| PLAINTIFF(S) | 2:24-cv-00363 WLH(KSx) |
| v. | |
| Catholic Health Assoication Santa Ana, CA et al | **ORDER RE TRANSFER (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

**TRANSFER ORDER DECLINED**

_____   _____
Date                                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Case involves different claims against different defendants, and assignment to another judge would not result in duplication of labor.

1/23/24                                           Cormac J. Carney
Date                                              United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:22-cv-08516 CJC(MAR)  and the present case:

- ☐ A. Arise from the same or closely related transactions, happenings or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ **TRANSFER ORDER DECLINED** to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (06/23)                     ORDER RE TRANSFER (Related Cases)